IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kim Smith<br>1 Kelley Dr<br>Coal Township Pa<br>17866-1021<br>**Name of Plaintiff(s)**<br><br>v.<br><br>Warden Morgan SCIS et AL<br>P/O Box 999, 1100 Pike St Huntt Pa 16652<br>Warden Gillis SCIC et AL<br>1 Kelley Dr. Coal Township Pa 17866-1021<br>**Name of Defendant(s)** | 1: CV01-0817<br>Civil Case No.<br><br>_____<br>Judge<br><br>(Number and Judge to be assigned by court)<br><br>Caption<br>Morgan et AL<br>Gillis et AL<br><br>**FILED**<br>**SCRANTON**<br>MAY 10 2001<br>_____ LMT,<br>DEPUTY CLERK |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __√__  I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. __√__  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes __X__   No ____

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes __X__   No ____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

Because of inadequate treatment for diabetes, sleep apnea, lower back problems, foot skin, left wrist sores on body and the delay in adequately treating diabetes could result in serious illness or death

4. (a) Are you presently employed at the Institution? Yes ___ No X

   (b) If yes, what is your monthly compensation? $ 0

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ___ No X

If the answer is "yes" to any of the above, describe each source and the amount involved.

2 dependant children

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5-9-01
          (Date)                                    (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.