Kim Smith CT2162
1 Kelley Dr
Coal Township, Pa 17866-1021

9/6/1/0

June 1, 2001

Office Of the Clerk
U.S. District Court
Middle District of Pa
William J. Nealon Federal Bldg
& U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton Pa 18501-1148

FILED
SCRANTON

JUN - 6 2001

PER _____
DEPUTY CLERK

In Re:    Marshal Service Forms
          C.A 1:01-CV-817

Dear Sir:

    Please be advised that this institution-
al library will not provide me with the 16
forms I need in additional to the ones al-
ready sent. Could you please provide me
with such so I can have the named
parties served.

                          Thank You