```
06/12/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ         DATE       FUND      CASE NO              DEF           AMOUNT
*************************************************************************************
                                      SCRANTON
80300226701.    06/11/01    6855XX    3:01-CR-020-01        1            -25.00
80300226702.    06/11/01    504100    3:01-CR-020-01        1             25.00
80300226801.    06/11/01    6855XX    3:97-CR-255-01        1            -30.00
80300226802.    06/11/01    504100    3:97-CR-255-01        1             30.00
80300226901.    06/11/01    086900                          0            -20.00
80300226902.    06/11/01    6855XX    3:01-OP-1             1             20.00
80300227001.    06/11/01    6855XX    3:01-OP-1             1         -5,100.00
80300227002.    06/11/01    504100    3:98-CR-289-01        1          5,100.00
80300227101.    06/11/01    6855XX    3:01-OP-1             1            -75.02
80300227102.    06/11/01    5100PL                          0              5.59
80300227103.    06/11/01    5100PL                          0              6.29
80300227104.    06/11/01    5100PL                          0              4.79
80300227105.    06/11/01    0869PL                          0              8.32
80300227106.    06/11/01    5100PL                          0              5.79
80300227107.    06/11/01    5100PL                          0              8.09
80300227108.    06/11/01    0869PL                          0             24.53
80300227109.    06/11/01    5100PL                          0             11.62
80300227201.    06/11/01    6855XX    3:01-OP-1             1            -52.45
80300227202.    06/11/01    5100PL                          0              5.88
80300227203.    06/11/01    5100PL                          0              7.08
80300227204.    06/11/01    5100PL                          0             30.00
80300227205.    06/11/01    5100PL                          0              9.49

                                                        DIVISION TOTAL     0.00
```

FILED
SCRANTON
JUN 14 2001
PER _____
DEPUTY CLERK

T 2272-5  $9.49   1:01-817 Smith

6-14-01  (10)