**JUDGE'S COPY**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH | : CIVIL ACTION NO. 1:01-0817 |
|     PLAINTIFF | : |
| | : (CALDWELL, J) |
|     VS. | : |
| | : (MANNION, M.J.) |
| JAMES MORGAN et al., | : |

FILED
HARRISBURG

JUN 1 8 2001

MOTION FOR ENLARGEMENT OF TIME

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

    **AND** come plaintiff Kim Smith a lay person not lettered in legal matters without the aid of counsel, moves and prays that a less stringent standard be applied to this pro-se pleading for enlargement of time.

    This request for time comes from the May 10, 2001 order post marked June 6, 2001 received June 11, 2001, this time is requested due to the fact that plaintiff must file a discovery motion in order to obtain records from institutional staff, and staff at Camp Hill to so and prove exhaustion of administrative remedies. Also to better submit his claim and allegation of abuse of power and denial of health care. This will help plaintiff in the amending of his complaint to comply with the May 10, 2001 order, request for 60 days after plaintiff gets discovery form respondents.

RESPECTFULLY SUBMITTED

_____

PROOF OF SERVICE

And now this ___15___ day of ___June__, _2001_ a true and correct copy of this motion was forwarded to the below listed parties, by turning legal mail over to D Block officers to mail to institutional mail room to be processed and forwarded to the United States Postal Service, for mailing.

CLERKS OFFICE
U.S. DISTRICT COURT
228 N. WASHINGTON AVE
P.O. BOX 983
HARRISBURG, PA. 17108

KIM SMITH