Sir:

1-01-817

The reason for this letter is I'm concerned about the status of T.R.O. Injunction, sent to the court in or about the same time as the motion for enlargement of time. I'm concerned about the status of such, as I've not been informed, as I'm still being subjected to abuse, as I was issued a misconduct because I would not jump off the toilet and take a curtesy curtain down. Then a Cpt Witty and C.O. Cory opened door took down curtain, then stood in the door for 5 or more minutes, while I was still on toilet, without reason or provocation, then C.O. Cory comes around the Cpt and looks at me in a sexual manner. I should not have to endure this abuse and this enclosed motion should be granted. This is the second order sent. As the period of time there C.O. stood in door after taking papers down I felt I was being sexually harrassed. See letter sent T.R.O.

Respectfully,
[signature]

FILED
SCRANTON
JUL 10 2001
PER _____
DEPUTY CLERK

Sir This institution and Camp Hill has failed as of this date to comply with order granting discovery as of this date I've not gotten a copy of any misconducts or grievances to Camp Hill or their decisions. As of July 4, 2001 I feel the respondents are in violation of this order and an injunction for relief should be imposed in the amount of $150.00 per day for violation of that order granting discovery. Without such I can not adequately amend complaint

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>1 of 2 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Deputy Johnson | 2. Date: 7-4-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CJ2162<br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Moser<br><br>5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment<br>W/A | 7. Housing Assignment<br>D-2-19 |

8. Subject: State your request completely but briefly. Give details.

On 7-4-01 during line movement, I put paper on door for privacy to take a dump, as soon as I started, C.O Pastirzak was at my door ordering me to take paper down, I advised him I would as soon as I was done. 2 seconds later he's calling over speaker to take paper down, I advised him I would as soon as I was done. In seconds he's calling over speaker to take the paper down, I was not done, seconds later, Lieby and C.O Cox was at my door, opened it, took paper down, then stood their looking and disrespecting me in a sexual manner. With all due respect, I should've been given consideration and respect while taking a dump and not be disrespected or forced such, putting myself at risk for health problems to comply with orders. Nor should I be expected to jump up off the toilet at a drop of a pin. How could your staff expect me to do something they are not willing to do. Nor should I be disrespected to a point that I'm angered when taking a dump. Consideration should be given in such a state. I was given more than I was disrespected as if I have no right to take a dump. Such

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
Print                 Sign

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>2 of 2 | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Deputy Johnson | 2. Date:<br>7-4-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT2162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mr. Moser<br>5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment<br>U/A | 7. Housing Assignment<br>D-2-19 |

8. Subject: State your request completely but briefly. Give details.

a act of staff denied me the free exercise of my rights and a invasion of my privacy, and disrespect and abuse. I should not have to endure. I should not have to be subject to abuse or disrespect by C.O Paslupski, Couy or Cpt Witz, or be sexually harassed by Cpt Witz and Couy by them standing in door while I was on toilet with pants around my ankles.

Respectfully Submitted
Kim Smith

Proof of Service
Sent to U.S. District Court and Deputy on or about 7-4-01 or soon thereafter.

cc on 7-4-01

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐           To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____  Date _____
                   Print              Sign

Revised July 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH                               :
    PLAINTIFF                        :
                                     :CIVIL ACTION NO.1:01-0817
    vs.                              :
                                     :
JAMES MORGAN et al,.                    :
                                     :(CALDWELL J.)
                                     :(MANNION , M.J.)

FILED SCRANTON
JUL 9 2001
PER _____ DEPUTY CLERK

## TEMPORARY RESTRAINING ORDER

    AND now comes Kim Smith a pro-se person not lettered in legal matters and without the aid of counsel moves in this motion for temporary restraining order to stop the abuses of the staff at State Correctional Institution Coal Township Pa. 17866-1021. And prays that a less stringent standard be applied to this pro-se motion, as plaintiff is not lettered in Pa. Rules of Criminal Procedure or most civil rights of Constitutional Rights that he may have advers following:

    Plaintiff has been subjected to cruel punishment by staff in connection with an April 18, 2001 misconduct for disobeying an order when an RN Bernas knowingly and intentionally with malicious intent, willful and with malice cut me off my diabetic medication without orders or authority to do so, and in order to justify he incompetence her and a Lt. Jordan conspired to deprive interfear with plaintiff health care with deliberate intent issued a misconduct, and Nurse Ambrose, and Wolfgang conspired and interfeared with health care and stop me from getting a blood test for my diabetes. This action put me at risk for serious health problems and even death. Plaintiff was given 45 days for this misconduct in which it was claimed by Deputy Warden Johnson, R. Smith Lt. Gula, Counselor Dunn the reason that I was placed in a hard cell was that I had a bad attitude, or that I voice my opinion towards being denied my diabetic medication. But known of this is a punishable charge that would

warrant me being subjected to cruel punishment. The R.H.U. staff and Lt. Gula hindered my due process rights and access to administrative remedies from bring an appeal to the misconduct and grievances filed and I have been denied my right to address this issue in court because their is not paper work stating that I filed an appeal and Camp Hill refused to address this issue as well as the warden, claiming these appeals were untimely by D.O.C. policy. Even though such was filed and sent plaintiff never got a reply to any of the appeals that he filed.

I was also stated that he would not get idel pay for 60 days and he would not be placed on a list for employment for 90 days after his release for the R.H.U. in violation of D.O.C. policy, causing me to be deprived and denied access to the court and to meet file dates, and paper to type petition as well as carbon paper.

See the attached exhibits in support of this motion and the 8th amendment violation and abuse as their is nothing in or on the tape of April 18, 2001 that would warrant the abuse and cruel punishment that the staff at this institution subject plaintiff to for a 45 day period of time, moreover dening him his due process rights as plaintiff filed grievance and appeals in a timely manner but they either never got to the grievance office or R.H.U. staff never forwarded them, none the less I was denied my appeal rights and afforded the right to be heard, and he fears for his safety as staff has already projected a level of indifference that may bring plaintiff harm in the denial of his diabetic medication and the placing him in a hard cell without provacation claiming he had a bad attitude, or that he ran his mouth and the tape of that date would show none of this that would warrant this level of abuse.

Whrerfore plaintiff prays that this motion would be granted.

RESPECTFULLY SUBMITTED

## ORDER OF THE COURT

And, now this _____,day of _____,_____ it is the order of this court that plaintiff's motion for temporary restraining order is granted until he is released from his incarceration and even if transfered this order will be in affect so plaintiff does not have to suffer retalitority act .

_____
BY THE COURT

PROOF OF SERVICE

I certify a true and correct copy of this motion was sent to the below listed parties on or about June 25, 2001 by placing this in institutional mail box to be processed to the United States Postal Service to mail. *Sent once again on 7-4-01*

I certify the forgoing is true and correct under the penalty of perjury.

CLERKS OFFICE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235
N. WASHINGTON AVE.
P.O. BOX 1148
SCARNTON PA. 18501


WARDEN GILLIS
KIM SMITH