```
07/11/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ        DATE      FUND     CASE NO          DEF         AMOUNT
*************************************************************************

                                   SCRANTON

8030022950.   07/10/01   6855XX   3:01-OP-1          1          -57.17
8030022950.   07/10/01   5100PL                      0            5.60
8030022950.   07/10/01   5100PL                      0            7.41
8030022950.   07/10/01   0869PL                      0            1.58
8030022950.   07/10/01   5100PL                      0           20.00
8030022950.   07/10/01   5100PL                      0            7.43
8030022950.   07/10/01   5100PL                      0           15.15

                                       DIVISION TOTAL             0.00
```

T2295-6  $7.43   1:01-817  Smith

FILED
SCRANTON
JUL 1 1 2001
PER _____ DEPUTY CLERK

(16) dm
7-11-0