JUDGE'S COPY

FILED
HARRISBURG

JUL 11 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH

V.                                            CA. NO. 1:01 - 0817

JAMES MORGAN et al.,

## APPLICATION FOR THE ASSIGNMENT OF COUNSEL

PETITIONER, ABOVE NAMED, PRO SE., HEREBY APPLIES FOR THE ASSIGNMENT OF COUNSEL AND IN SUPPORT THEREOF, AVERS AS FOLLOWS:

1. I AM AN INMATE CONFINED IN THE STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, 1 KELLEY DRIVE, COAL TOWNSHIP, PA. 17866-1021.

2. ON THE __25__ DAY OF __JUNE__, 20__01__, THE HONORABLE JUDGE __CALDWELL, MANNION__ SENTENCED PETITIONER TO A STATE SENTENCE HAVING A MINIMUM OF __8__ YEARS AND __0__ MONTHS TO A MAXIMUM OF __20__ YEARS AND __0__ MONTHS FOR THE FOLLOWING CHARGES: __MURDER 3_____.

3. I REQUIRE COUNSEL TO PROPERLY PREPARE AND EFFECTIVELY REPRESENT ME FOR THE FOLLOWING: CIVIL ACTION IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PA. FOR CIVIL RIGHTS VIOLATION CRUEL PUNISHMENT DELIBERATE INDIFFERENCE DENIAL OF HEATH CARE.

-2-

4. I AM UNABLE TO OBTAIN COUNSEL TO REPRESENT ME IN THIS MATTER BECAUSE

I HAVE NO MONEY TO RETAIN SUCH

5. I AM UNABLE TO OBTAIN FUNDS FROM ANYONE IN ORDER TO OBTAIN PRIVATE COUNSEL.

BECAUSE THEY DO NOT HAVE ADEQUATE FUNDS

6. I AM UNSKILLED IN THE LAW AND CANNOT PERFECT THE ABOVE MENTIONED WITHOUT THE ASSISTANCE OF COUNSEL.

Plaintiff is a lay person and may not be able to present this claim correctly

FOR THE REASONS SETFORTH HEREIN, PETITIONER RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT THIS APPLICATION FOR THE ASSIGNMENT OF COUNSEL.

RESPECTFULLY SUBMITTED,

*[signature]*

DATE: 6/25/01

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH

V.

CIVIL ACTION NO. 1:01-0817

JAMES MORGAN et, al.,

## VERIFICATION

I, __KIM SMITH__ swear/affirm, under the penalties provided for under 18 Pa. C.S. 4904 ( unsworn falsification ) that the facts contained herein are true and correct to the best of my knowledge, information and beliefs.

Petitioner / Appellant

date: 6/215/01

SCI Coal Township
1 Kelley Drive
Coal Township, Pa. 17866-1021

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH       :
                :
        V.      :   C.P.#
                :
JAMES MORGAN et al.,  :   CIVIL ACTION NO. 1:01-0817
                :

## PROOF OF SERVICE

I, ____KIM SMITH____, certify that I am this date and via ____INSTITUTIONAL____ Mail, forwarding the enclosed ____TO THE UNITED STATES POSTAL SERVICE TO MAIL TO THE COURT____ to the person listed below:

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

228 N. WASHINGTON AVE,

P.O. BOX 983

HARRISBURG PA. 17108

_____
Petitoner Pro-Se
One Kelley Drive
Coal Township, PA
17866-1021

Date: ____6/25/01/____