ORIGINAL

FILED
HARRISBURG

JUL 1 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                        :
                                  :
            Plaintiff,            :
                                  :        Civil Action No. 1:01-0817
      v.                          :
                                  :        (Judge Caldwell)
JAMES MORGAN, et al.,             :
                                  :        (Magistrate Judge Mannion)
            Defendants.           :

### RESPONSE OF THE SECRETARY'S
### OFFICE OF INMATE GRIEVANCES AND APPEALS

The following information is provided in response to the Order of Magistrate Judge

Malachy E. Mannion to serve upon the Court and the Plaintiff any and all information relating to

the Plaintiff's exhaustion of administrative remedies concerning the following grievances.

1.)    The Order listed the following grievances from SCI-Coal Township:

       0062-01, 0071-01, 0072-01, 250-01, 282-01, 0108-01, 0062-01 and 0342-01.

       Grievance Number 0062-01 – in process, grievance referred to Health Care on June 7,
       2001.  Copy of documentation attached.

       Grievance Number 0071-01 – in process, rejection letter sent to inmate on February 26,
       2001 requesting supporting documentation.  Inmate has not responded to letter.  Copy of
       documentation attached.

Grievance Number 0072-01 – in process, rejection letter sent to inmate on February 26, 2001 requesting supporting documentation. Inmate has not responded to letter. Copy of documentation attached.

Grievance Number 250-01 – in process, rejection letter sent to inmate on May 16, 2001 requesting supporting documentation. Inmate has not responded to letter. Copy of documentation attached.

Grievance Number 282-01 – in process, rejection letter sent to inmate on May 31, 2001 requesting supporting documentation. Inmate has not responded to letter. Copy of documentation attached.

Grievance Number 0108-01 – in process, grievance referred to Health Care on June 7, 2001. Copy of documentation attached.

Grievance Number 0342-01 – grievance received on May 11, 2001. Documentation does not exist as it is currently being reviewed for processing.

2.)     The Order listed the following grievances from SCI-Smithfield:

353-01, 417-00, 413-00, 353-00, 032-00, 326-98, 419-98, 030-00.

Grievance Number 353-01 – grievance number assigned to an inmate's grievance other than Kim Smith.

Grievance Number 417-00 – appealed to final review, response letter attached.

Grievance Number 413-00 – appealed to final review, response letter attached.

Grievance Number 0353-00 – appealed to final review, response letter attached.

Grievance Number 032-00 – grievance number does not exist. Copy of documentation attached for grievance Number 032-01.

Grievance Number 326-98 – grievance sent back to inmate Smith. Copy of documentation attached.

Grievance Number 419-98 – appealed to final review, response letter attached.

Grievance Number 030-00 – appealed to final review, response letter attached.

3.)     Plaintiff requested information relating to any grievances from SCI-Camp Hill.

The previous tracking system used at SCI-Camp Hill indicates that Inmate Smith did not

file any grievances during the time period from April 27, 1995 through July 7, 1995.

2

4.)     Copies of relevant documents relating to each of the above grievances are attached as

Exhibit A.  Each and every one of these documents has previously been provided to

Inmate Smith.

5.)     This case has not as yet been delegated or assigned by the Office of Attorney General.

Respectfully submitted,

William E. Fairall, Jr., Esquire
Deputy Chief Counsel for Litigation
Attorney I.D. No. 20840

Pa. Department of Corrections
55 Utley Drive
Camp Hill, Pa  17011
(717) 731-0444

Dated: July 18, 2001

# TAB - 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 7, 2001

Kim Smith, CT-2162
SCI Coal Township

Re:    DC-ADM 804 – Final Review
       Grievance Nos. COA-0062-01 and COA-0108-01

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievances.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of these grievances; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to refer these grievances to the Bureau of Health Care Services for review. Upon completion of this review, I will then complete final review of your grievances and provide you with a written response.

This letter is to advise you that final review will be delayed pending review by the Bureau of Health Care Services.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ/kp

cc:    Superintendent Gillis

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

February 26, 2001

Kim Smith, CT-2162
SCI Coal Township

Re:    Final Review
       COA-0071, 0072-01

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office. Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC ADM 804 effective January 2, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision. The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two (2) pages.

You have failed to include your appeal to the Superintendent and the Superintendent's response to your appeal.

Review of the record reveals that your appeal is incomplete. An appeal at this level will not be permitted until you have complied with all procedures established in DC ADM 804.

Sincerely,

*Tshanna Kyler*

Tshanna C. Kyler
Administrative Assistant

File

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 16, 2001

Kim Smith, CT-2162
SCI Coal Township

RE:    DC-ADM 804 – Final Review
Grievance No. COA-0250-01

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office. Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision. The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal is incomplete. You have failed to provide this office with the required documentation that relates to your appeal. An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

*Tshanna Kyler*

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:    Superintendent Gillis
Grievance Office
Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims"

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 31, 2001

Kim Smith, CT-2162
SCI Coal Township

RE:    DC-ADM 804 – Final Review
~~Grievance No. COA-0282-01~~

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office. Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision. The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal is incomplete. You have failed to provide this office with the required documentation that relates to your appeal. An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

*Bhanna Kyler*

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:    Superintendent Gillis
Grievance Office
Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

December 13, 2000

Kim Smith, CT-2162
SCI Smithfield

Re:     DC-ADM 804 - Final Review
        Grievance No. SMI-0413-00
                      SMI-0417-00

Dear Mr. Smith:

Your appeal of the above-referenced grievances has been received by this office for review. However, our inquiry into this matter reveals that you have not yet appealed to the Superintendent of your institution as required by DC-ADM 804, VI D, 2. Until this appeal is completed, final review cannot be granted. Upon receiving the response from your appeals to the Superintendent, you may once again submit a timely written appeal for final review.

This response does not grant you a right to an appeal if it would otherwise be untimely to pursue that appeal. However, in evaluating the timeliness of any appeal you submit, the time consumed by erroneously directing your appeal to this office may be disregarded at the discretion of the recipient of your next appeal.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ:tck

pc:     Superintendent Morgan

PART II

**COMMONWEALTH OF PENNSYLVA.**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17011

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO.  SMI-417-

| TO: (Name & DC No.) | INSTITUTION | QUARTERS | GRIEVANCE DATE |
|---|---|---|---|
| KIM SMITH, CT2162 | SCIS | E/A/2029 | 11/03/00 |

The following is a summary of my findings regarding your grievance:

I am in receipt of your grievance wherein you indicate that you have been unjustly placed into the con
unit and that a transfer has been denied.

While it is true that PRC had previously denied a transfer request, that decision changed following your
day control unit review. I was unaware of PRC's previous stance on this issue and as a result, authoriz
the circulation of a transfer vote sheet for separation purposes. That recommendation was approved, a
a transfer request is pending. My rationale for supporting the transfer was based on the concern
safety of staff. Your refusal to discuss your stance with regard to staff (and your) safety is interpreted
me as an unacceptable risk, and therefore, I support your transfer to the farthest location from your ho
region.

Your placement in the control unit is consistent with policy promulgated by Superintendent Morgan and
less restrictive than placement into administrative custody. Your placement into the unit is viewed
appropriate given your current and past circumstances, and that decision will stand pending the results
our transfer request.

Lastly, you should not consider a transfer (if approved by Central Office) as a solution to your Smithfi
difficulties. Your difficulties are a result of your behavior, and that will follow you wherever you go.

rlh/jm

cc:    Superintendent Morgan
       Major Norris
       Captain Glenny
       Mr. Royer
       DC-14
       DC-15
       File

R. L. Heaster, Unit Manager          Date

| Refer to DC-ADM 804, Section VIII, for instructions on grievance system appeal procedures. | SIGNATURE OF GRIEVANCE COORDINATOR | DATE |
|---|---|---|
| | | 11/27/00 |

**DC-804**
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. | 5m) -4)

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Burke | S.C.I.S. | 11-3- |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT262 | Kim Smith | |
| WORK ASSIGNMENT    N/A | QUARTERS ASSIGNMENT    E-4-29 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

In Sept. I was told by P.R.C. and A. Zimmerman that I would be transfer. According to A. Zimmerman because I would not cooperate and advise her of my intent towards C. O Whys that I would not be transfered. How could Zimmerman ask me to incriminate myself for a issue such as this, then punish me by placing me on control unit, and deny transfer, for no reason. Claiming I refused transfer, which I did not. I want out of this place in the worse way. Why am I being punished when it is cruel to hold me on C/U based on A. Zimmerman expectation that I must cooperate and incriminate myself and inform her of my intent based on this idealism. If I'm not to be transfered why am I being held on C/U. and is such justifable [SEE ATTACHED

B. Actions taken and staff you have contacted before submitting this grievance:

A. Zimmerman, Lt. Shoop, Burario, Un. Mag. Heaster Ms. Hannah, D. Williamson.

Your grievance has been received and will be processed in accordance with DC-ADM 804.



Signature of Grievance Coordinator                                    Date

DC-804
Part II

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17011**

## OFFICIAL INMATE GRIEVANCE

GRIEVANCE NO.

SMI-413-00

| TO: (Name & DC NO.)<br>Smith, Kim    CT2162 | INSTITUTION<br>SCIS | QUARTERS<br>E A 2029 | GRIEVANCE DATE<br>11-10-00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:
In inmate Smith's grievance, he states that he is being denied idle pay because he is in the control unit and through no fault of his own he is being denied idle pay.

Inmate Smith, CT2162, is not receiving maintenance payroll (idle pay) because on June 14, 2000 he received a misconduct and was removed from his job by the hearing examiner, also on June 16, 2000 he received a Class I Category A misconduct. As per the following DC ADM 816 F (2) any employed inmate found guilty of a Class I Category A misconduct shall be removed from his work assignment. DC ADM 816 I (1) Inmates who do not have a work assignment, including education, through no fault of their own are eligible to receive a daily allowance. Inmate Smith does not have a job due to his behavior and subsequent job removal. Also DC ADM 816 I (3) Inmates who are terminated from a work assignment are ineligible for a daily allowance until unit team action or reassignment.

DOC policy and procedures have been properly followed in regards to inmate Smith's job removal and loss of maintenance payroll. The employment office will continue to provide assistance to inmate Smith's pursuit of employment provided it is within the guidelines set forth in DC ADM 816.

Category: Work

cc: Superintendent Morgan
    Major Tennis
    Captain Glenny
    Mr. Royer
    DC-15
    File

Brian Lightner
Employment Officer
11-22-00

| Refer to DC-ADM 804,<br>Section VII<br>for instructions on grievance<br>system appeal procedures | SIGNATURE OF GRIEVANCE COORDINATOR | Date<br>11/22/00 |
|---|---|---|

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. _Smi -_

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Ms. Burks | SCIS | 11-10- |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Kim Smith CJ3162 | Kim Smith |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| N/A | E-A-39 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I've been advised that I can not get idol pay because I'm on control unit. Through no fault of my own. A Zimmerman determined the denial of transfer and this placement claiming I would not cooperate, and inform her of my intent towards CT Whyeang. I told her I intended to see him, and it appearing not to be good enough for her standard or expectation. If this issue is through no fault of my own, I'm being denied idol pay, have no control over staffs opinionated determination, and being held in a unit based on their determination, it would appear not to be my fault idol pay is being asked for, dept is sure to the date and forward. This confinement on Control Unit is not my fault and where am I being denied idol pay.

B. Actions taken and staff you have contacted before submitting this grievance:

Bivans, A. Zimmerman, Hostler, Employment Office

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Sharon M. Burks_
**Signature of Grievance Coordinator**

11/15/00
**Date**

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth
Department

INSTRI
Complete items number 1-8
preparing your request, it ca
promptly and intelligently.

*Sharon – Centra
unit review
should occur
in mid - Dec.
PRC*

1. To: (Name and Title of Officer)
P.R.C

2. Date:

3. By: (Print Inmate Name and Number)
Kim Smith C. 2162

*(Kim Smith)*
Inmate Signature

4. Counselor's Name
A. Zimmerman

5. Unit Manager's Name
Keester

6. Work Assignment
N/A

7. Housing Assignment
F-A-29

8. Subject: State your request completely but briefly. Give details.

When I saw P.R.C it was determined that an investigation into my claim would be done. There is no fault of my own I am being held on C/U. And A. Zimmerman states I will not get a transfer because I will not complete, with her and told her my attention towards I.C.O. why sorry. I told her I extorted. He sees him I have not demonstrated any behavior that was to support I accused on C/U as ones reasoning I may very well not demonstrate me as a being a problem. Once my past behavior does not support me as being a problem. In this.

Reviewing the of my own and determination beyond my power why am I being denied idol, pay. Boldly appeal this issue to A. Zimmerman, Keester, Preplaninent, Scenario

9. Response: (This Section for Staff Response Only)

Mr. Smith –

I'm not sure I understand your request slip as it is difficult to read. I will attempt to answer as best I can. Capt. Glenny's investigation found NO reason for you to be transferred. You have continued to make verbal threats of what you might do if returned to general population. Therefore you are on the Control unit. The other alternative would be to maintain you in AC status. If you can convince your unit team that you will return to population without incident, PRC would certainly consider releasing you through the vote sheet process.

To DC-14 CAR only ☑          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / FR Rogers    Date 11/15/00
                        Print            Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

December 13, 2000

Kim Smith, CT-2162
SCI Smithfield

Re:    DC-ADM 804 - Final Review
Grievance No. SMI-0353-00

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

③

CC Burks
Counselor
DL-75

TLJ:tck

pc:    Superintendent Morgan

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Smithfield**
**Superintendent's Office**
November 2, 2000

**SUBJECT:**   Appeal of Inmate Grievance #SMI-353-00

**TO:**   Kim Smith, CT-2162
H/2

**FROM:**   James M. Morgan
Superintendent

The following is in response to your appeal dated October 5, 2000, received on October 10, 2000, of the grievance officer's response to you with reference to the above noted inmate grievance.  After review of your original grievance and your appeal, and the response provided by Major Norris, please be advised that your appeal is denied and the findings of the grievance officer are sustained in full.

JMM:ACB:sdw

cc:   Deputies (2)
Major Norris
Mrs. Burks
DC-15
File

**DC-804**
PART II

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17011

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.    | SMI – 353-00 |

| TO: (Name & DC #) | INSTITUTION | QUARTERS | GRIEVANCE DATE |
|---|---|---|---|
| CT-2162  Smith | SCI-Smithfield | H/2/32 | 9/26/00 |

For your information policy 6.5.1 Administration of Security Level 5 Housing Units became effective September 1, 2000, by the authority of Martin F. Horn, Secretary of Corrections.

The policy requires the institution to issue the RHU Inmate Handbook to inform inmates of the rules and regulation of the RHU. Also, part of the policy requires the Major of the Guard and the Deputy for Facility Management to review/revise the handbook annually. That is the reason for the signature on the front of the handbook.

In that no policy has been violated, your grievance is denied.

*Dale M. Norris*
**Dale M. Norris**
**Major of the Guard**

Category: Search

cc:    Superintendent J. Morgan
Captain R. Glenny
DC 15
File

| Refer to DC-ADM 804, Section VIII, for instructions on grievance system appeal procedures. | SIGNATURE OF GRIEVANCE COORDINATOR | DATE |
|---|---|---|
|  | *Sharon M. Burks* | 10/3/00 |

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | Smi - 25

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Burks | S.C.I.S | 9-26- |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | H-2-32 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

at II-A-1 new RHU Policy is unconstitutional as Dale ?
Norris Major of the Guard, & John A. Rowley Deputy ?
Facility Management are not Policy makers for the DOC
and this is not a state wide policy, and to act as policy ?
maker for the DOC is an abuse of power and official oppr
title 18 2530) (i)(D) as I'm not on death row, and this
institution has no right enforcing such policy on me since
I'm not under status of capital punishment. As a Federal
protected, and state protected, right as well as a liberty int
to be free from this form of punishment would be
a clear showing of 5th amendment discrimination, policy ?
Practice, Due Process, Unjustifiable wanton infliction & matter ?

**B. Actions taken and staff you have contacted before submitting this grievance:**

Major Norris. Lt Terrell, Lt ?many, Sgt Burks

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks                    10/2/00
Signature of Grievance Coordinator                    Date

*DC-ADM 804, Inmate Grievance System*

DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001

*Attachment B*

*COA*

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.     | SMI-032-01

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION H/B | GRIEVANCE DATE |
|---|---|---|---|
| Kim Smith     CT-2162 | SCI-Smithfield | | 1/05/00 |

The following is a summary of my findings regarding your grievance:

You are indicating that the Corrections Health Care Administrator has denied you the use of the C-Pap device. You state you never refused to use this instrument.

**Disposition:**

I am answering this request without the medical record. You have been transferred to another institution to which the medical record has been forwarded. What I remember of this situation is that you were placed in the Restricted Housing Unit. Medical staff observed that you had sufficient length of electrical cord on the device to plug into the electrical socket and use the device. You were not satisfied with this, therefore, you chose not to utilize the device for several months. You bring up the issue of an extension cord. Since it was determined that the device was useable without the extension cord, an extension was not provided. I also remember that before you got to the RHU there was a signed refusal on the medical record to accept the machine. Several months without the use of the machine produced no problems for you, therefore, Dr. Long discontinued the order for using the machine. This order was generated after I instructed medical staff to review the issue again for reissuing of the machine, prompted by Ms. Hannah's (Unit Manager) request that you wanted the machine again.

Category: Health Care

Cc: Superintendent Morgan
    Major Norris
    DC-15
    File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| George Weaver Corrections Health Care Administrator | *[signature]* | 1/12/01 |

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. *Smi-03*

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| J. Burks | SCIS | 1-05-0 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | H-B-13 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On 1-04-00 I was told by Ms Hannah that CHCA G. Weaver stated I refused to use C-Pap device. I time I did not. On 1-03-0 me and Dr Pulmiller, went over medical chart and their was no evidence that I refused such. In June 2000 this device was taken from my property as well as a knee sleeve, and back brace, at that time Weaver stated to contact him if I need the device, all request since then have not been addressed and he is now denying me this health care, since I never refused such, and cells on J-H Blocks do not have power to use device as well as an extension cord to safely use the device

B. Actions taken and staff you have contacted before submitting this grievance:

Dr Long; Lt Hear; D. Weaver; C.O. Long
A. Zimmerman; C.O. Siquel; Ms. Hannah

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Shawn M. Burks
**Signature of Grievance Coordinator**

1/5/01
**Date**

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**State Correctional Institution at Smithfield**
**Correction's Health Care Administrator's Office**
**(814) 643-6520**
**August 3, 1998**

**SUBJECT:**   Grievance SMI-326-98
Kim Smith  CT2162

**TO:**   Sharon Burks
Assistant to the Superintendent

**FROM:**   Patricia A. Yarger
Corrections Health Care Administrator

Grievance SMI-326-98 has already been sent to the Bureau of Health Care Services at Camp Hill.
It is in the process of being reviewed by Dr. Lewis; therefore, I am returning this grievance to you
as I have no further comments at this time.

PAY:smm

Attachment

cc:   File

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) *Miss Burk Ass't Warden* | 2. DATE *8-19-98* |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) *Glen Smith; CT-2162* | 4. COUNSELOR'S NAME *Gerald* |
| 5. WORK ASSIGNMENT *Kitchen* | 6. QUARTERS ASSIGNMENT *— A — 39* |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Reason for this request is a concern about your decision as well that Varges, Supt Morgan regard a grievance I filed for being denied health care treatment for sleep apnea. It is my desire to hear your reply on this matter so the required steps can be taken to obtain medical treatment for this problem. If I do not hear from your office in 20 days on this matter, I will consider my grievance denied and that you are enforcing the denial of medical treatment for my sleep apnea problem. Thank you.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
State Correctional Institution at Smithfield
Office of the Superintendent's Assistant

**MEMORANDUM**

**DATE:**    August 13, 1998

**SUBJECT:**    VOIDED GRIEVANCE NO. SmI — 326-98

**TO:**    Kim Smith CT2162
I-block

**FROM:**    *Sharon M. Burks*
Sharon M. Burks
Superintendent's Assistant

The subject grievance that you submitted on ___7/29/98___ has been voided/
cancelled for the following reason(s):

Since you circumvented the grievance
procedure by writing directly to
Camp Hill. Dr. Lewis, Bureau of
Health Care Services, will be responding
to your complaint.

cc:

File

D8-13

**DC-804**
**PART 1**



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**   GRIEVANCE NO. | Smi-326-98

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Burks | SCIS | 7-29-98 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Tim Smith <T919> | Tim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Kitchen | I-A-39 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

After getting a apena, sleep, study and pulmonary that Dr order a c, pap, or oxygen mask during sleep to help breath during sleep, since I was test, and I stop breathing during sleep a number of times for a number a second. This prolonged period of not breathing has a damage effect on heart, lungs and brain, so with deliberate indifference to my health and this life threatening aspect, medical Dept of Correction refused to treat this problem, after taking me these a number of test to find the problem only to refuse treatment which is causing mental anguish, pain and suffering and inappropriate treatment and denial of medical

B. Actions taken and staff you have contacted before submitting this grievance:

Dr Long, Pat Ogyre, Health Care at camp Hill Central Office. Because this will case Dr Long advised me to take these steps to obtain treatment.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks
**Signature of Grievance Coordinator**                        7/31/98
                                                             **Date**

**WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1451 N. MARKET STREET**
**ELIZABETHTOWN, PA 17022**

OFFICE OF THE
CHIEF HEARING EXAMINER

January 25, 1999

Kim Smith, CT-2162
SCI Smithfield

Re:    DC-ADM 804 – Final Review
       Grievance No. SMI-0418-97 and SMI-0419-98

Dear Mr. Smith:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI, D, as amended effective November 1, 1997, I have reviewed Grievance Nos. SMI-0418-98 and SMI-0419-98 and all documents related to your appeal at the institutional level and this office.

After a careful evaluation of the entire record, it is the decision of this office that your appeal to final review be dismissed. Review of the record reveals that on October 13, 1998, you refused two opportunities to be seen by Dr. Long to discuss the issues raised in your grievance. Having refused to discuss your issues with the Medical Director at initial review, you cannot appeal the response provided at initial review.

For the above stated reasons, your appeal to final review is dismissed.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:ph

pc:    Superintendent Morgan

cc: Ms. Burks
Counselor (3)
DC-15

Department of Corrections
SCI-Smithfield
Superintendent's Office
December 30, 1998

SUBJECT:   APPEAL TO GREIVANCE 418/419-98

TO:        Kim Smith CT2162
           I Block

FROM:      James M. Morgan, Superintendent

This is in response to your appeal of the above subject grievance,
wherein you contend that you were not given the opportunity to
speak to the medical director regarding the copay issue.

If you had remained in the medical department, you would have
received an explanation of the copay charge. However you took it
upon yourself to make certain assumptions and left prior to being
provided with an explanation.  I find no merit to your grievance and
it is denied.

cc:   G. Weaver, CHCA
      Ms. Burks
      DC-15
      File

·DC-804
· PART II

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

**OFFICIAL INMATE GRIEVANCE**                    **GRIEVANCE NO.   SMI-418-98/SMI-419-98**
**INITIAL REVIEW RESPONSE**

| To: (Name and DC No.) Kim Smith      CT-2162 | Institution Smithfield | Quarters I/B 2042-01 | Grievance Date 10/09/98 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

You state you were seen in June or July for a boil and you were charged co-pay. You again signed up in September
the same problem and were again charged co-pay. You feel this is abuse of policy. Also, you state you are being de
treatment for sleep apnea.

**Disposition:**

On 10/13/98, Dr. Long has you scheduled for MD line to discuss both this problem and the perceived problem of med
co-pay. However, you left the Medical Department at 0940 without being seen. At 1015 hours, you were called b
to medical and you refused to sign a release of responsibility, and again left medical without being seen. Since you v
offered an opportunity to talk with the Medical Director and would not stay to do it, I find no merit in your grievan

Category: Medical

cc Superintendent Morgan
   Major Tennis
   Captain Glenny
   DC-15
   File

Grievance Officer   10/19/98

| Refer to DC-ADM 804, Section VIII for instructions on grievance system appeal procedures. | SIGNATURE OF GRIEVANCE COORDINATOR Sharon M. Burke | DATE 10)22)9 |
|---|---|---|

DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. *Smi-4*

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Burks* | *SCIS* | *10-9-* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *Lisa Smith CT2162* | *Lisa Smith* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| *Kitchen* | *I-B-42* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*In June or July I was treated for a boil and given a sit bath and medication which I was charged. Once this problem did not clear up I found I was treated for the same boil gave sit bath and medication and once again charged. Since this is an ongoing medical condition I should not be charged for that treatment. This is a direct essence of abuse of policy and it calls into question the conduct of medical personel and the trust now of an inmate whom on is evident has to equitably return to medical for the same thing and be repeatedly charged for the same problem. This kind of abuse should not stand.*

B. Actions taken and staff you have contacted before submitting this grievance:

*This date R. McMullen, Pat Nyasger, Ms. Zimmer threw request.*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*Sharon M. Burks*
_____
Signature of Grievance Coordinator

10/13/98
_____
Date

**DEPARTMENT OF CORRECTION**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. $Smi'-419-$

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Burks | SCI S | 10-9-9 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Kitchen | I-B-42 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

In Sept. I saw Dr. Long regarding treatment for apnea. At which time I was told during an hour of sleep I stop breathing 16 times at between 16-75 seconds each. After contacting Wexford, Dr. Lewis and other health care personel. I feel that this medical treatment or problem is being viewed with deliberated indifference to my health care needs and safety. Why did they take me threw testing only to refuse treatment. Because of the damaging affect it is having on my heart and brain, I bring this matter to your attention.

B. Actions taken and staff you have contacted before submitting this grievance:

Wexford Med. Dept. Camp Hill, Dr. Mark H. Lytan, Wexford Dr. Lewis C/H. Dr. Long and other parties.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Sharon M. Burks_
Signature of Grievance Coordinator

10/13/98
Date

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

March 14, 2000

Kim Smith,  CT-2162
SCI Smithfield

Re:    DC-ADM 804 - Final Review
        Grievance No. SMI-0005-00, SMI-0029-00 **and** SMI-0030-00

Dear Mr. Smith:

    This is to acknowledge receipt of your appeal to final review of the above numbered grievances.

    In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of these grievances; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review.

    Upon completion this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate.

    I concur with the responses already provided at the institution level. Accordingly, your appeals to final review must be denied.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:ph
pc:    Superintendent Morgan

③
CC: Caursda
DC-15
MS. Burk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                                    :
                                              :
            Plaintiff,                         :
                                              :
                                              :     Civil Action No. 1:01-0817
      v.                                       :
                                              :     (Judge Caldwell)
JAMES MORGAN, et al.,                          :
                                              :     (Magistrate Judge Mannion)
            Defendants.                         :

## VERIFICATION

I, Kristen P. Reisinger, Assistant Chief Grievance Coordinator, with the Pennsylvania

Department of Corrections have reviewed the attached Response of the Secretary's Office of

Inmate Grievances and Appeals and hereby verify that the information is true and correct to the

best of my knowledge, information and belief.  I knowingly make this verification according to

28 U.S.C. §1746 relating to unsworn statements.


                                    _____
                                    Kristen P. Reisinger
                                    Assistant Chief Grievance Coordinator
                                    Pennsylvania Department of Corrections


Dated:  July 19, 2001

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                          :

       Plaintiff,               :

                      :     Civil Action No. 1:01-0817

       v.                       :

                      :     (Judge Caldwell)

JAMES MORGAN, et al.,               :

                      :     (Magistrate Judge Mannion)

       Defendants.              :

## PROOF OF SERVICE

I hereby certify that I have caused to be served upon the below-listed individual the

Response of the Secretary's Office of Inmate Grievances and Appeals in the manner indicated

below:

Service by first class mail
addressed as follows:

Kim Smith, CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

*Tracey M. McCullough*

Tracey M. McCullough
Administrative Officer

Pa. Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated: July 19, 2001