UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                          : CIVIL ACTION NO. 1:01-0817
    Petitioner               : (CALDWELL, J.)
v.                                  : (MANNION, M.J.)
JAMES MORGAN, et al.,               :
    Respondents              :

FILED
SCRANTON
JUL 24 2001
PER _____
DEPUTY CLERK

O R D E R

Before the court is a motion filed by the petitioner for the appointment of counsel. (Doc. No. 4).

For the reasons set forth in this court's previous order dated July 18, 2001, (Doc. No. 21), the plaintiff's motion for appointment of counsel, **(Doc. No. 4)**, is DENIED.

MALACHY E. MANNION
United States Magistrate Judge

Dated: July 23, 2001