VANNION

```
08/16/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                      1
TRNS-ADJ       DATE       FUND      CASE NO      DEF                    AMOUNT
*********************************************************************************

80300261901.  08/15/01   6855XX    3:01-OP-1              1            -69.82
80300261902.  08/15/01   5100PL                           0              2.66
80300261903.  08/15/01   5100PL                           0              6.44
80300261904.  08/15/01   5100PL                           0             10.00
80300261905.  08/15/01   5100PL                           0             10.00
80300261906.  08/15/01   5100PL                           0             24.00
80300261907.  08/15/01   5100PL                           0             16.72
80300262001.  08/15/01   6855XX    3:01-OP-1              1         -5,100.00
80300262002.  08/15/01   504100    3:01-CR-096-01         1          5,100.00

                                          DIVISION TOTAL                 0.00
```

T2014-5  $10.00   1:01-817  Smith

FILED
SCRANTON
AUG 16 2001
PER _____ DEPUTY CLERK