a. G+
Proper.

ORIGINAL

28
9/25/0
ny

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: 1:CV01-0817 |
| Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

FILED
HARRISBURG
SEP 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants, Wexford Health Sources, Inc. and Ronald Long, M.D., only in the above-referenced matter.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.

Date: 9/29/01

By: *[signature]*
James D. Young, Esquire
Attorney I.D. #53904
P. O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
Attorneys for Defendants,
Wexford Health Sources,
Inc. and Ronald Long, M.D.

2

# CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 24th day of September, 2001, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Kim Smith
CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

Pennsylvania Department of Corrections
Office of Chief Counsel
P. O. Box 598
Camp Hill, PA  17001-0598

_____
Linda L. Gustin