09/17/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                         1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| ************ | ******** | ****** | ********** | ******** | ********* |
| 8030026400l. | 09/14/01 | 6855XX | 3:01-OP-1 | SCRANTON 1 | -50.02 |
| 8030026400l. | 09/14/01 | 5100PL | | 0 | 4.80 |
| 80300264003. | 09/14/01 | 5100PL | | 0 | 4.29 |
| 80300264004. | 09/14/01 | 5100PL | | 0 | 2.88 |
| 80300264005. | 09/14/01 | 5100PL | | 0 | 5.88 |
| 80300264006. | 09/14/01 | 5100PL | | 0 | 9.33 |
| 80300264007. | 09/14/01 | 5100PL | | 0 | 6.96 |
| 80300264008. | 09/14/01 | 5100PL | | 0 | 4.60 |
| 80300264009. | 09/14/01 | 5100PL | | 0 | 8.28 |
| 80300264010. | 09/14/01 | 6855XX | | 1 | 3.00 |
| 80300264101. | 09/14/01 | 5100PL | 3:01-OP-1 | 0 | -75.33 |
| 80300264102. | 09/14/01 | 5100PL | | 0 | 6.12 |
| 80300264103. | 09/14/01 | 5100PL | | 0 | 6.87 |
| 80300264104. | 09/14/01 | 0869PL | | 0 | 2.54 |
| 80300264105. | 09/14/01 | 5100PL | | 0 | 20.00 |
| 80300264106. | 09/14/01 | 5100PL | | 0 | 9.74 |
| 80300264107. | 09/14/01 | 5100PL | | 0 | 2.00 |
| 80300264108. | 09/14/01 | 5100PL | | 0 | 28.06 |
| 80300264201. | 09/14/01 | 6855XX | 3:01-OP-1 | 1 | -71.09 |
| 80300264202. | 09/14/01 | 5100PL | | 0 | 16.75 |
| 80300264203. | 09/14/01 | 0869PL | | 0 | 10.63 |
| 80300264204. | 09/14/01 | 0869PL | | 0 | 6.90 |
| 80300264205. | 09/14/01 | 5100PL | | 0 | 7.00 |
| 80300264206. | 09/14/01 | 0869PL | | 0 | 3.82 |
| 80300264207. | 09/14/01 | 5100PL | | 0 | 3.96 |
| 80300264208. | 09/14/01 | 5100PL | | 0 | 1.06 |
| 80300264209. | 09/14/01 | 0869PL | | 0 | 6.97 |
| 80300264210. | 09/14/01 | 5100PL | | 0 | 3.37 |
| 80300264211. | 09/14/01 | 5100PL | | 0 | -49.21 |
| 80300264301. | 09/14/01 | 6855XX | | 1 | 7.68 |
| 80300264302. | 09/14/01 | 5100PL | | 0 | 1.52 |
| 80300264303. | 09/14/01 | 5100PL | | 0 | 2.88 |
| 80300264304. | 09/14/01 | 5100PL | | 0 | 6.88 |
| 80300264305. | 09/14/01 | 5100PL | | 0 | 30.25 |
| 80300264306. | 09/14/01 | 0869PL | | 0 | |

DIVISION TOTAL   0.00

*Handwritten notes:* T 2041-6 $9.74   1:01-817 Smith   Refer Mannion

FILED SCRANTON SEP 26 2001 PER _____ DEPUTY CLERK

9/27/01  (29)