```
10/17/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ       DATE        FUND    CASE NO        DEF     AMOUNT                    1
***********************************************************************************
                                   SCRANTON
80300267601.  10/16/01    6855XX   3:01-OP-1        1      -65.48
80300267602.  10/16/01    5100PL                    0        3.31
80300267603.  10/16/01    0869PL                    0        9.31
80300267604.  10/16/01    0869PL                    0        9.31
80300267605.  10/16/01    5100PL                    0        6.20
80300267606.  10/16/01    0869PL                    0        5.02
80300267607.  10/16/01    5100PL                    0        3.26
80300267608.  10/16/01    5100PL                    0        6.72
80300267609.  10/16/01    5100PL                    0        8.24
80300267610.  10/16/01    0869PL                    0        5.00
80300267611.  10/16/01    5100PL                    0        9.11
80300267701.  10/16/01    6855XX   3:01-OP-1        1      -77.58
80300267702.  10/16/01    5100PL                    0        5.15
80300267703.  10/16/01    0869PL                    0        7.08
80300267704.  10/16/01    5100PL                    0        5.98
80300267705.  10/16/01    0869PL                    0       14.02
80300267706.  10/16/01    5100PL                    0        3.50
80300267707.  10/16/01    5100PL                    0        8.00
80300267708.  10/16/01    5100PL                    0       33.85
80300267801.  10/16/01    504100   3:00-CR-174-01   1     -650.00
80300267802.  10/16/01    6855XX   3:01-CR-012-01   1      650.00

                                                    DIVISION TOTAL      0.00
```

FILED
SCRANTON
OCT 19 2001
PER _____ DEPUTY CLERK

T 2677-6   $3.50   1:01-817  Smith