

KIM SMITH CT-2162
1 KELLEY DR.
COAL TOWNSHIP  PA, 17866-1021

OCT. 15, 2001

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT ST.
P.O. BOX 983
HARRISBURG  PA.  17108

FILED
SCRANTON

NOV 0 7 2001

PER _____
DEPUTY CLERK

IN RE :  Alternative Motion for Injunction to Stop the Abuse and to Put a freeze on
         the defendants assets.
         Docket numbers 1:CV-0817


Dear Sir:

     Petitioner prays that a less stringent standard be applied to this pro-se
pleading, as petitioner is without the required knowledge of a learned attorney or
his aid, and prays a less stringent standard be applied to this pleading and letter
in the form of a motion.
     Petitioner respectfully request a T.R.O. Injunction to stop the abuse and still
denial of health care for a serious illness, see the enclosed as a form of evidence
of the abuse that has since continued.
     On Oct. 12, 2001 at 9 a.m. a C.O. Henny and Brobaker shook down my cell and took
about $ 11.00 worth of markers making a false claim that this institution has a
policy that such must be in a clear container or casing.  This is true for ink pens,
not markers, then he goes on to state that these are not sold in this institution
and I had no right to them.  Then he goes on to claim that these are the
commonwealths markers, notheless they were taken.  Depriving petitioner his right
to do art work and mark legal work when doing research.  This officer knew or he

should have known that his act was in violation of my rights and policy by this institution when he took them.

This act comes a day after petitioner got a Subpoena for his medical records sent to the institution, for the above claim, since the shake down and the manner in which it was applied petitioner feels that it was directed at him to bring him harm, and injury and hinder the access to the court.  Also the manner in which funds are being taken and institutional business office takes 20 % of all monies coming in including personal gifts, which is not stated in 28 U.S.C. 1915(3)(b)(1)(A)(B)(2)(3)(4)(c), nor is it stated that funds are to be placed in an escrow account. see the enclosed grievance on this issue.

Because these C.O. during the shake down only took items that belong to me and fruit even when cell mate fruit was in clear showing this C.O. went into cabinet and took petitioers fruit even when petitioner stated he was disbetic.  Then he goes on and states that he can not return them cause he was using the bag as a spit tune for his snuff spit, dragging it threw cell leaking this spit every where.  Therefore for these reason petitioner prays that a restraining order be issued and inforced as well as the freezing of assets for the defendants.

RESPECTFULLY

KIM SMITH CT-2162
1 KELLEY DR.
COAL TOWNSHIP  PA. 17866-1021


OCT. 16, 2001


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON  PA.  18501



IN RE:      Additional information of deliberate indifference and denial of health care
            for a serious illness that may result in death.
            Docket number 1:01-cv-00817

Dear Sir;

    I'm in hopes that the enclosed information can be used in the above listed civil
action, that these parties exspected plaintiff to use the C-pap device while in the RHU.
at S.C.I.S. and at S.C.I.C. when their was no power in these cells to use the device.
It is a known fact that all of the state institution do not have power in the cells in
the RHU, and all of plaintiff request for this device went unaddressed and have since
been addressed, with claims that plaintiff signed a refusal form and that their is no
evidence, and other issues to support giving plaintiff the use of this health care
device.  Since it is clear in plaintiff medical record this illness, and that he stops
breathing 16 or more time each hour during sleep, at 16 or more second each time has
since fallen on deaf ears and any injury that might be sustained when oxygen in blood
stream goes low during sleep and the damaging affect it will have on the brain lungs
heart and respatory system.  Knowing this the medical staf still has refused to issue
this device, and have since went on to falsify records that if anything happens to
plaintiff or death that they do not want to be responsible, stated Dr. Long and staff
at S.C.I.C. have since stated that this institution has a policy that inmates wwith such
illness do not get treated and then goes on to state that its a Department of Correction
policy that supports this level of abuse for health care.

to know of a health condiction and refuse to treat it is a clear and convincing showing of deliberate indifference, to a serious health care condiction.  Even if I did refuse to use such in the past this institution and the Department of Correction are not justified in dening it use at present based on a false claim that plaintiff refused it use, more over when requesting the use of this device now plaintiff should be given consideration, and given this device when his medical records show a need for such and that the condiction is documented.  For this reason and the on going abuse and denial of health care for this condiction and fear for safety and even death from the dening the use of the C-pap device by staff at this institution plaintiff fear for his safety. That these parties know or should have known that their refusal to treat a documented illness will have harmful consequences, and could result in death, shows a deliberate indifference standard to a serious illness, and even in the future denial of this health care for these reason plaintiff submitts this additioinal information to his case.

RESPECTFULLY

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS                    September 26, 2001

Kim Smith, CT 2162
SCI Coal Township

                      Re:    DC-ADM 804 – Final Review
                             Grievance No. 1087

Dear Mr. Smith:

        This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

        In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

        Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. There is documented evidence that you refused the C-Cap on several occasions and were non-compliant. This does not support your claim of discrimination, deprivation of health and attempted murder. Your medical records were discussed with you related to another grievance and you were provided an opportunity to review your records again. I suggest you take advantage of the opportunity to meet with the medical staff before you pursue these unfounded allegations.

        The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

                                      Sincerely,

                                      Thomas L. James
                                      Chief Grievance Coordinator

TLJ/rh

cc:    Superintendent Gillis

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
State Correctional Institution Coal Township
(570) 644-7890
October 1, 2001

SUBJECT:    Appeal from Initial Review Grievance 3895

TO:    Kim Smith CT-2162
       D-2-19

FROM:    *Frank D. Gillis*
         Frank D. Gillis
         Superintendent

I have received your Request for Appeal from Initial Review of the above-noted grievance and I have reviewed the entire record related to this matter.

I find the response provided you by Mrs. Dascani, in her capacity as Grievance Officer, to be proper and it shall, therefore, be sustained. Your Request for Appeal from Initial Review of Grievance 3895 is denied.

FDG/jh

cc:    DC-15
       File

KIM SMITH CT-2162
1 KELLEY DR.
COAL TOWNSHIP  PA.  17866-1021

Received
SCi Coal Township

01 SEP 28  AM 9: 02

Superintendent's Assistant
Office

OCT. 1, 2001

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM NEALSON FEDERAL BLDG.
235 NORTH WASHINGTON AVE.
P.O. BOX 1148
SCRANTON PA.  18501-1148    *Kim Smith  CT2162*

*Appeal to grievance # 3895 Date 9-14-01*

IN RE:    IN FORMA PAUPERIS STATUS AND DEDUCTION FROM INMATES ACCOUNT.


DEAR SIR,

        The reason for this letter is that I'm concerned by the manner in which this
institutions business office Mr. Voeclker is deducting the filing fee under 28 § U.S.C.A.
1915 in forma pauperis status which I was granted in a 1983 civil action in this honorable
court.

        The staff at this institution takes 20 % of all money's put on my account  even
personal gifts.  It is my understanding that this statue stated that 20  % of monthly
allowance is to be taken, or for a working month.  A personal gift is not income under
this statue and 20 % should not be taken of this amount.  Also the fact that Mr. Voeclker
request inmates to forward legal mail  to him for his approvel before sending the legal
mail out, to be granted indigent status.  The manner in which funds are being taken is
depriving me  of personal needs and legal paper, carbon, postage, personal needs, as often
I must go in the red for postage, and deprive myself of personal needs and maintaining
contact with loved ones, because most of my funds are being taken.  No amount of a
personal gift should be taken, as such is sent to insure inmates ability to provide for
his personal needs.  This fee comes off my account when ever I get funds and is placed in
an escrow account in the institution book keeping system, and it staffs their until the
next month and the fee is paid, and such is being done every month in this manner.  If I

get a $ 20.00 money order from mother for personal needs in Sept. $ 5.00 of this amount is taken and placed in an escrow account until payment is made in Oct. and I sure that this statue was not set to deprive an inmate of his fundimental necessities and to hinder his litigation. Petitioner has a financial inability to pay and this claim is not frivolous. Anderson v. City of Chicago N.D. Ill. 1992, 803 F Supp. 1327. Lawson v. Prasse, C.A. 3 (Pa) 1969, 411 F2d. 1203: Carroll v. U.S. D.C. Tex. 1970, 320 F Supp. 581. In the manner in which the in forma pauperis status is being applied is depriving petitioner of the small amenities of life which they are permitted to acquire in a prison, that is beyond items furnished by the state. Minimal amenities which a prisoner may acquire need not be surrendered in order to litigate in forma pauperis in a District Court. Souder v. McGuire C.A. 3 (Pa.) 1975, 516 F2d. 820, See also In Re Smith, C.A. 8 (S.C.) 1980, 626 F2d. 363.

To prepay this fee in this manner in which funds are being deducted are set to deprive and hinder petitioner from adequately repling and filing with the court in a timely manner, and is directed against petitioner to chill his litigation and to stop the abuses he is being subjected to at the hands of prison officials, if it is not at one level its at the other. Weaver v. Toombs, C.A. 6 (Mich.) 1991, 948 F2d 1004.

For these forgoing reason petitioner respectfully request the Court issue a new order directing institutional staff to only take 20 % of monthly allotments to petitioners account that under this statue personal gifts from family and loved ones are not subjected to this statue at least such is not stated.

Prison trust fund account, Prison Litigation Reform Act (PLRA) provision requiring prison to forward 20 % of indigent inmates preceding month's income to the court until inmates civil filing fee is paid required, and violation of the $ 10.00 minimum perscribed by (PLRA) and district court order underlining the pending litigation. Chachere v. Barerra C.A. 5 1998 135 F2d. 950. See United States Annotated Title 28 Judiciary and Judicial Procedures §§ 1861 to 2200, 2001 Cumulative Annual Pocket Part under 1915 (3)(b)(1)(A)(B)(2)(3)(4)(c) would you please instruct the institution business office, as I feel they are knowingly and intentionally with delirerate indifference violation this statue to deprive at no time are they to take Oct. filing fee in Sept. depriving me of needed personal items and postage and other items to file adequaely with the court. Since all request on this issue has since went unaddressed by institutional staff I feel I have no other course but to file this motion with the court in the nature of a mandamus seeking injunction to stop this abuse that seems to be depriving me of the smallest needs that are required by a prisoner. I can even afford to buy typing paper or writing paper, and use the back of request slips to reply to letters and other court pleadings.

Therefore it is hoped and prayed for that this court will consider this letter in the nature of a mandamus, to stop the abuse in which my account is being abused and funds are repeatedly being taken without cause.

RESPECTFULLY SUBMITTED

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**

Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1.  To: (Name and Title of Officer)
*Warden Gillis*

2.  Date: *9-26-01*

3.  By: (Print Inmate Name and Number)
*Kim Smith CT-9162*

*Kim Smith*
Inmate Signature

4.  Counselor's Name
*Mr. Moser*

5.  Unit Manager's Name
*Mr. Smith*

6.  Work Assignment
*F/S*

7.  Housing Assignment
*D-2-19*

8.  Subject;  State your request completely but briefly.  Give details.

*Enclosed you will find an appeal to grievance
See United States Annotated Title 28 Judiciary and
Judicial Procedure §§ 1861 to 2200, 2001 Cumulative
annual Pocket Part under 1915 (3)(b)(1)(A)(B)(2)(3)
4)(5) no where is it stated all incoming monies
nor does it state funds are to be placed in an
escrow account. Staff should read the above*

9.  Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
　　　　　　　　　　　Print　　　　　　　　　Sign

Revised July 2000

APPEAL TO FINAL REVIEW.          ISSUE HEALTH CARE.    C-PAP BREATHING DEVICE
GRIEVANCE NUMBER 1087-01         DATE 8-4-01           S.C.I.C.

    This is an appeal from a decision provided me regarding a c-pap device which I had
at S.C.I.S. until I was placed in RHU, for 7 months at which time this device could not
safely be used and their was no power in these RHU. cells at the time and the plug sockets
were so damaged that the device would not work.  At that time a Pa. M. Baker denied me this
use then went on to claim that I refused this device and went on to falsify records and
claim I refused this device, and also claim that I refused this device several times and
signed a refusal.  I'm being told the same at S.C.I.C. regarding this device and its use
that this institution does not permit inmates with this illness to use such a device.  That
I signed a refusal several times which I did not, at S.C.I.S. I was given a misconduct
because I would not obey the order given me by C.O. Ersek to sign a refusal, even though
all complaints about breathing and waking in nights gasping for air have went unaddressed
at this institution and at S.C.I.S. I have not been provided this health care, since I once
had it, even if I did refuse the device at the time which I did not I should be provided
this health care upon request.  To have me taken out tested and have over night staffs at
hospital then to have Dr. McGlaughlin, and Mrs Sewell claim that their is no, clinical or
symptomatic evidence when record clearly show such, is done with deliberate indifference
and with malious with the intent to bring me harm and or even death when the oxygen level
in blood stream goes dangerous low during sleep.  To know and have this information and
refuse to treat based on the claim of refusal by an inmate, is unjust, then to claim that
their is no evidence when their is a clear showing as inmate had over night stays in
hospital and testing done, show an obvious need for this device, since inmate once did in
fact have this device, and threw means out of his control he was denied such then the false
claim that he refused and never did, moreover that he signed a refusal which he did not.
And all request for this device and it use have wen unaddressed for over 14 months.  Even
Ms Hannah unit manager at S.C.I.S. tried to get me the divice back and was denied and meet
a level of indifference from the medical staff their.  Even though I have requested such
and put in sick call to be seen the staff he at S.C.I.C. have denied such and stated either
a non-existent D.O.C. policy or institutional policy to deprive me this health care and
is doing so to bring me harm or death, to know of a health condiction that may cause death
and refuse to treat it is done with the intent to bring harm, neglect, negilience ,
malpractice, to a serious illness.
    For these reason I'm bring this appeal as every night without this device put me at
risk for death and the medical staff refusal to address this health care problem is done

with deliberate indifference to bring inmates harm and even death if not treated correctly.

RESPECTFULLY SUBMITTED

PROOF OF SERVICE

I certify a true and correct copy of this appeal was sent to the below listed parties by the United States Postal Service on or about Sept. 5, 2001.  To the below listed parties.

GRIEVANCE APPEALS OFFICE
KIM SMITH

Attachment B

DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**

**NO.**

GRIEVANCE

| 1087 |
|------|

| TO:<br>Kim Smith, CT-2162 | FACILITY<br>SCI-Coal Township | HOUSING<br>LOCATION<br>D-2-19 | GRIEVANCE<br>DATE<br>8-4-01 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

Mr. Smith,

Please allow me to reiterate some of the same message I shared with you on 8-6-01 in Grievance #0626-01 regarding a C-Pap.

On 8-2-01, you were seen by Dr. McGlaughlin and at that time, the C-Pap Machine was discussed. An extensive review of your medical records was done and it notes, (inmate signed refusal to use C-pap and was non-compliant).

On 7-25-01, Dr. McGlaughlin responded to a request written by you to him on 7-24-01. His response to you at that time was, Review of your chart and it is noted that you had not used the C-Pap for nearly one year, while incarcerated at Smithfield.   Several signed refusals by you were found in your records regarding the C-Pap on 2-4-00 and 6-16-00.  Dr. Long clearly documented on 1-5-01 to discontinue C-Pap, patient has been non-compliant and obviously does not need this machine. There is no clinical or symptomatic evidence of your need for C-Pap.

The Medical Department here at SCI-Coal Township, does not issue C-Pap.

Mr. Smith, if you would like to review your medical chart, please send a request to Ms. Phillips, Medical Records Department.  She will make the necessary arrangements.

You were also directed to seek medical treatment when needed.

WJS/mp

CC:  Kandis Dascani, Superintendent Assistant
     Inmate Records, DC-15
     Unit Manager
     File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Wilma J. Sewell | | |
| Health Care Administrator | *Wilma J. Sewell* 2CHA | 8·16·01 |



**COMMONWEALTH OF PENNSYLVANIA**
Department of Corrections
State Correctional Institution Coal Township
(570) 644-7890
August 24, 2001

SUBJECT:    Appeal from Initial Review Grievance 1087-01

TO:        Kim Smith, CT-2162
           D-2

FROM:      Frank D. Gillis
           Superintendent

I have received your Request for Appeal from Initial Review of the above-noted grievance and I have reviewed the entire record related to this matter.

I find the response provided you by Ms. Sewell, in her capacity as Grievance Officer, to be proper and it shall, therefore, be sustained. Your Request for Appeal from Initial Review of Grievance 1087-01 is denied.

FDG/kp

cc:    Ms. Sewell
       DC-15
       File

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **Department of Corrections** |

1 of 2

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in
preparing your request, it can be responded to more
promptly and intelligently.

| 1. To: (Name and Title of Officer)<br>Supt Gillis | 2. Date: 8-23-01 |
|---|---|
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT9162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mr Moses |
| | 5. Unit Manager's Name<br>Mr Smith |
| 6. Work Assignment<br>F/S | 7. Housing Assignment<br>D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Appeal to grievance #1087 dated 8-4-01 reply dat 8-6-01

① I would never signed a refusal for here @ at SCIS, moreover it was
issued as misconduct because I would not

② I've explained about breathing problem here and at SCIS
regarding my sleep apnea, and staff refused to address

③ There is clinical and symptomatic evidence, as it was taken to
Oxford hospital 8 times for sleep study as well as to see a
peurmonist

④ the fact that I was issued the C-Pap device and possess the
comchare was there. And because it was refused its use in RHU
from 6-18-00 because no response was in the RHU, who at SCI's and
requested the use of such many times and was denied such

⑤ What Policy of the D.O.C, or this institution that prohibits
the issuing of a C-Pap device when medical staff is aware

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                          Sign

Revised July 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>*2 of 2* | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1.  To: (Name and Title of Officer)<br>*Supt Wilkus* | 2.  Date: *8-23-01* |
| 3.  By: (Print Inmate Name and Number)<br>*Kim Smith CT2162*<br><br>*Kim Smith*<br>Inmate Signature | 4.  Counselor's Name<br>*Ms Moses* |
| | 5.  Unit Manager's Name<br>*Ms Smith* |
| 6.  Work Assignment<br>*F/S* | 7.  Housing Assignment<br>*D-2-19* |

8.  Subject:  State your request completely but briefly.  Give details.

*health risk and serery death).*
*what can be gained by reviewing my medical chart with*
*Ms Phillips id'ers. medical staff. is set on reviewing and*
*this health care and knowing the risk for death. I and*
*making false claims that there is no clinical evidence, when*
*record should show 2 eras night staff.*
*Also any request about breathing and sleep pro-*
*blems medical staff refused to address.*

*Respectfully,*

9.  Response: (This Section for Staff Response Only)

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____  Date _____
Print                        Sign

Revised July 2000

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Supt Gillie

2. Date: 2-8-01

3. By: (Print Inmate Name and Number)
Kim Smith CT2162

Kim Smith
_____
Inmate Signature

4. Counselor's Name
Mr Moser

5. Unit Manager's Name
Mr Smith

6. Work Assignment
U/A

7. Housing Assignment
D-2-19

8. Subject: State your request completely but briefly. Give details.

Appeal to Grievance #0626-01 medical C-Pap respirator for sleep apena.

① I've repeatedly signed up for sick call to address this issue at S.C.I.S and here at S.C.Y.C and was denied the use of this device. I've repeatedly complainted about problems breathing during sleep; and have woke gasping for air; and expressed such threw request and sick call and was knowingly and intentional denied this treatment. Why should I continue to sign up for sick call about this condition when I'm meet with deliberate indifference and denial to this serious health condition. And claiming non-existent D.O.C. policy to deny health care.
② At no time, here or at S.C.I.S did I sign a refusal of the use of this device, and I request that medical staff

9. Response: (This Section for Staff Response Only)

On 8-10-01 prohibited from getting copies to reply to grievance appeal in compliance with DC-ADM 816 and forward to Court

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
              Print                    Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.   Date: |
| 3.  By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br><div align="center">Inmate Signature</div> | 4.  Counselor's Name<br><br>5.  Unit Manager's Name |
| 6.  Work Assignment | 7.  Housing Assignment |

8.   Subject:  State your request completely but briefly.  Give details.

*produce a sign refusal by me, and prove this claim, that I knowingly and intentional, refused this health care and not make false claims to support this denial.*

*③ I did not use device from 5-12-00 when placed in to R.H.U. at B.C.I. ☒ S, and in R.H.U. H Block) plugs in cells were so damaged that this device can not have been used. And the cord on the device was to short to safely use device, being placed on top bunk. Which showed I deliberate indifference to my low back problem. But at no time did a sign or refusal or refuse to use this device and since 5-16-00 ive made a great number of request and complaints concerning the use of this device and plezed such with the false claim by staff that I refused the use of such, which I did*

9.   Response: (This Section for Staff Response Only)

_____

_____

_____

_____

_____

_____

_____

_____

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  _____ / _____  Date _____
<div align="center">Print                                                        Sign</div>

Revised July 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.  Date: |
| 3.  By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>**Inmate Signature** | 4.  Counselor's Name<br><br>5.  Unit Manager's Name |
| 6.  Work Assignment | 7.  Housing Assignment |

8.  Subject:  State your request completely but briefly.  Give details.

not. On 2-4-00 at S.C.I.S. I was issued a misconduct because I refused to obey a order given by C.O. Crook, to go to medical and signe a refusal slip, stating I was refusing the use of this health care device, which I did not and was issued a misconduct and given 30 days cell restriction, because I would not sign a refusal.
③ I did not use this device for a year, because I was denied its use for 7 months while in R.H.U. at S.C.I.S. and all request and complaints were never addressed, and after transfer to S.C.I.C. Jan 10, 2001 I once again was denied this health care based on the false claim that I signed a refusal. And on 1-5-01 complaints were made to unit manager at S.C.I.S. Ms. Hannah about breathing problem and the use of this device, and once again was meet with deliberate indifference and denied this health care over again. Even

9.  Response: (This Section for Staff Response Only)

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name  _____ / _____    Date  _____
                                          Print                                              Sign

Revised July 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1.   To: (Name and Title of Officer) | 2.   Date: |
| 3.   By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>Inmate Signature | 4.   Counselor's Name |
| | 5.   Unit Manager's Name |
| 6.   Work Assignment | 7.   Housing Assignment |

8.   Subject:  State your request completely but briefly.  Give details.

*though, clinical symptomatic complaints and respiratory complaints were made I was denied this health care, with no concern and knowing the damage, that my access to heart, lungs, brain, when oxygen level in blood stream would go dangerously low during sleep, putting me at risk for respiratory failure or death. I signed up for sick call and was denied this treatment or and medical attention for this condition. For these reason this appeal is taken as I'm dissatisfied about what I'm being told concerning this health care.*

*Since this is a health care issue, I've superceded and articulated your decision and mailed this appeal to central office for final review so this case can be amended and altered to a pending 1983 for damages for denial of*

9.   Response: (This Section for Staff Response Only)

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name  _____ / _____  Date  _____
                                        Print                                        Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) | 2. Date: |
| 3. By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>**Inmate Signature** | 4. Counselor's Name<br><br>5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment |

8. Subject: State your request completely but briefly.  Give details.

_of health care for this serious condition. As in the past you have supported the denial of health care, and always by staff as I feel I have no other alternative but to seek the intervention of federal, for cruel punishment, civil rights violation, and denial of this health care, and attempted murder, from this denial._

_Hep-C treatment, at no time was I advised that I had a Hep-C-D virus. and that my viral load would increase from 202,000 to 500,000 if properly treated. Intervention: of Infectant Disease Dept. U.S. Government_

_Proof of Service: Sent to below listed Parties on 2-15-01 U.S. District Court Middle, and Hill Grievance Appeal Dept., Kim South_

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____  Date _____
　　　　　　　　　　Print　　　　　　　　　　　Sign

Revised July 2000

1 of 2

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

0626-01

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Kandis DasCany | SCIC | 7-27-01 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Kim Smith CT-2162 | Kim Smith | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| U/A | D-2-19 | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 7-25-01 Dr McGlaughlin refused me my C-Pap device for my sleep apena - Now I you sine June of 2000 I've been requesting this device, and denied such with the false claim that I signed a refusal. I did not, in fact I was issued a misconduct because I would not sign such at S.C.I.S. And I'm sure a signed refusal by me cannot be found as it is I never signed one as all complaints have went unaddressed. Their treatment that I once had, Now show I refused have to repealed I sign was for

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Dr. McGlaughlin  Kathie Roscon,

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascani
Signature of Facility Grievance Coordinator

8/1/01
Date

*2 of 2*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

0626-01

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K. DASCANI | SCIC | 7-27-01 |

FROM: (INMATE NAME & NUMBER)
Kim Smith CT2162

SIGNATURE of INMATE:
Kim Smith

WORK ASSIGNMENT: U/A

HOUSING ASSIGNMENT: D-2-19

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

sick call to get this condition addressed.
Denial of its use puts me at risk for serious health problems, when oxygen level in blood stream goes dangerously low during sleep. If my complaints thru request slips are not addressed who can such be determined if I've not been seen for this condition or monitored damages will be sought for injury sustained

**B.** List actions taken and staff you have contacted, before submitting this grievance.

for denial of this health care

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K. K. Dascani
Signature of Facility Grievance Coordinator

8/1/01
Date

DC-ADM 804, Inmate Grievance System

**Attachment B**

DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001**

OFFICIAL INMATE GRIEVANCE

INITIAL REVIEW RESPONSE

GRIEVANCE NO.

0626-01

| TO:<br>Kim Smith, CT-2162 | FACILITY<br>SCI-Coal Township | HOUSING<br>LOCATION<br>D-2-19 | GRIEVANCE<br>DATE<br>7-27-01 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

Mr. Smith,

First of all, if you do not come to Sick Call, how can Medical staff know you have a problem?

Mr. Smith, after careful review of your medical chart and after speaking with Dr. McGlaughlin, the following are my findings:

On 8-2-01, you were seen by Dr. McGlaughlin and at that time, the C-Pap Machine was discussed. An extensive review of your medical records was done and it notes, (inmate signed refusal to use C-pap and was non-compliant).

On 7-25-01, Dr. McGlaughlin responded to a request written by you to him on 7-24-01. His response to you at that time was, Review of your chart and it is noted that you had not used the C-Pap for nearly one year, while incarcerated at Smithfield. Several signed refusals by you were found in your records regarding the C-Pap on 2-4-00 and 6-16-00. Dr. Long clearly documented on 1-5-01 to discontinue C-Pap, patient has been non-compliant and obviously does not need this machine. There is no clinical or symptomatic evidence of your need for C-Pap. You were directed to use Sick Call when needed.

WJS/mp

CC: Kandis Dascani, Superintendent Assistant
    Inmate Records, DC-15
    Unit Manager
    File

| Print Name and Title of Grievance Officer<br>Wilma J. Sewell<br>Health Care Administrator | SIGNATURE OF GRIEVANCE OFFICER<br>*Wilma J. Sewell* | DATE<br>8-6-01 |
|---|---|---|