# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| Plaintiff, | : |
| | : Civil No. 1:01-0817 |
| v. | : (Judge William W. Caldwell) |
| JAMES MORGAN, et al., | : (Magistrate Judge Malachy E. Mannion) |
| Defendants. | : |

## ORDER

**AND NOW** this __8th__ day of __November__ 2001, upon consideration of the Corrections Defendants' motion to depose prisoner, it is hereby **ORDERED** that said motion is **GRANTED**. The Corrections Defendants may depose Plaintiff Kim Smith (CT-2162) within the state correctional system.

_____
Mannion, M.J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 8, 2001

Re: 1:01-cv-00817   Smith v. Weaver

True and correct copies of the attached were mailed by the clerk to the following:

> Kim Smith
> SCI-COAL
> CT-2162
> SCI Coal Township
> 1 Kelley Drive
> Coal Township, PA 17866-1020
>
> John J. Talaber, Esq.
> PA Dept. of Corrections
> 55 Utley Dr.
> Camp Hill, PA 17011
>
> James D. Young, Esq.
> Lavery & Associates, P.C.
> 301 Market Street
> P.O. Box 1245
> Suite 800
> Harrisburg, PA 17108-1245

cc:
Judge                              ( )           ( ) Pro Se Law Clerk
Magistrate Judge                   ( )           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail

```
                              to:  US Atty Gen    ( )   PA Atty Gen  ( )
                                   DA of County   ( )   Respondents  ( )
Bankruptcy Court        ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

DATE: __11-8-01__                      BY: __BHB__
                                            Deputy Clerk
```