Mannion

```
11/14/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ      DATE       CASE NO         FUND      DEF      AMOUNT           1
*********************************************************************
                                   SCRANTON
80300269701.  11/13/01   3:01-OP-1       6855XX     1        -83.63
80300269702.  11/13/01                   0869PL     0          6.76
80300269703.  11/13/01                   0869PL     0         20.00
80300269704.  11/13/01                   5100PL     0         13.08
80300269705.  11/13/01                   5100PL     0         26.88
80300269706.  11/13/01                   5100PL     0          4.00
80300269707.  11/13/01                   5100PL     0          5.88
80300269708.  11/13/01                   5100PL     0          7.03
80300269801.  11/13/01   3:01-OP-1       6855XX     1        -10.00
80300269802.  11/13/01                   5100PL     0          5.00
80300269803.  11/13/01   3:01-OP-1       0869PL     0          5.00
80300269901.  11/13/01   3:01-OP-1       6855XX     1        -15.46
80300269902.  11/13/01                   5100PL     0          5.99
80300269903.  11/13/01                   5100PL     0          3.42
80300269904.  11/13/01                   5100PL     0          6.05

                                             DIVISION TOTAL   0.00
```

T 2697-4  $13.08   1:01-817  Smith

FILED
SCRANTON
NOV 1 5 2001
PER _____ DEPUTY CLERK

38
BO
11-15-01