Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

Dec. 15, 2001

Mary D'Andrea
Office of the Clerk
U.S. District Court
235 N. Washington Ave.
P.O. Box 1148
Scranton Pa. 18501

FILED
SCRANTON
DEC 26 2001
PER _____
DEPUTY CLERK

In Re:   Temporary Restraining Order filed on Nov. 30, 2001 or soon their after done so in error.   1-01 CV-817

Dear Ms. D'Andrea:

The reason for this letter is that at the present time I'm without a copy of the above listed restraining order, as in error I sent such to the Commonwealth Court, and Superior Court, and I'm with out a copy at this time.

Would you please return one of the copies sent to your office, or forward a copy to the below listed parties so that they can adequate reply to this motion. Your assistance will be greatly respected in this matter to correct this error.

The Dept. of Correction, needs a copy as well as James Young Esq. so they are aware of the contence of this motion.

I pray that you will return such or forward a copy of such to the defendants counsel coupled with a proof of service.

I pray that I will hear from your office soon so I can comply with the rules of this court, to cure this defect. Or issue an order for them to obtain of copy of the Temporary Restraining Order form the Court to correct petitioners error.

Respectfully
Kim Smith

Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

Dec. 15, 2001

*Com. Court*

*Superior Court*

In Re:    Temporary restraining order sent to the court in error on or-about Nov. 30, 2001.

Dear Sir:

   The reason for this letter is that I sent you a copy of the above listed motion in error and respectfully request that your office please return such to me. As such is needed in federal court for filing, I'm in hopes to soon hear from your office, and thank you very much for you attention in this matter.

                                        Respectfully
                                        Kim Smith

Proof of Service

I certify the for going is true and correct that a envelope containing a letter was turned over to block officers to forward to the below listed parties by the United States Postal service on or about Dec. 15, 2001

Office of the Clerk
Mary D'Andrea
United States District Court
Middle District of Pennsylvania
235 N. Washington Ave.
P.O. Box 1148
Scranton Pa. 18501


James Young Esq.
301 Market St
P.O. Box 1245
Harrisburg Pa. 17108-1245

Office of the Chief Counsel
Pa. Dept. of Corrections
55 Utley Dr.
Camp Hill Pa. 17011

Kim Smith

Commonwealth Court
Harrisburg Pa.

Superior Court of Pennsylvania
Grant St.
Pgh. Pa. 15219

Certificate of Service

I undersigned hereby certify that a copy of this letter was sent to the below listed parties, or persons that are indicated below. I certify under the penalty of perjury the for going is true and correct. Buy way of first class mail.

Mary D'Andres
Office of the Clerk
U.S. District Court
235 N. Washington Ave.
Scranton  Pa. 18501

James D. Young Esq.
301 Market St.
P.O. Box 1245
Harrisburg Pa. 17108-1245

Pa. Dept. Of Correction
55 Utley Dr.
Camp Hill Pa. 17011

Superior Court of Pa.
Grant St.
Pgh. Pa. 15219

Commonwealth Court
Harrisburg Pa.

Kim Smith

Verification

I Kim Smith swear/affirm, that the under the penalties of perjury provided for under 18 Pa. C.S. § 4904 ( unsworn falsification ) that the facts contained here in, are true and correct to the best of my knowledge, information and understanding.

*Kim Smith*
Petitioner

Date 12-15-01
Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021