

copy 50

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,  :
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff,  :
　　　　　　　　　　　　　　　　　　　　　　　　　　:  Civil No. 1:01-CV-0817
v.  :
　　　　　　　　　　　　　　　　　　　　　　　　　　:  (Judge William W. Caldwell)
JAMES MORGAN, et al.,  :
　　　　　　　　　　　　　　　　　　　　　　　　　　:  (M.J. Malachy E. Mannion)
　　　　Defendants.  :

## ORDER

AND NOW this 2nd day of January 2002, upon consideration of the Corrections Defendants' motion for an enlargement of time to file a brief in opposition to Plaintiff's Motions for Temporary Restraining Orders (docs. 5 and 18), it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file the brief in opposition to the abovementioned Motions on or before January 31, 2002.

　　　　　　　　　　　　　　　　　　　　　　　　　Malachy E. Mannion
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge