OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

January 3, 2002

Kim Smith, CT-2162
SCI Coal Township
1 Kelley Drive
Coal Township, PA   17866-1021

FILED
WILKES-BARRE
JAN - 4 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

RE: 1:01-CV-0817

Mr. Smith:

    We are in receipt of your letter dated December 15, 2001 requesting a copy of the motion for TRO that you filed with this court on November 30th. Enclosed is that copy. Pursuant to Fed. R. Civ. P. 5, you are required to serve this motion as well as any other documents filed with the court upon the defendants.

Very truly yours,

Mary E. D'Andrea
Clerk of Court