IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kim Smith | : |
| Plaintiff | : Civil Action N. 1:01-0817 |
| | : (Caldwell,J.) |
| | : (MannionM.J.) |
| vs. | : |
| James Morgan et al | : |
| Defendants | : |

FILED SCRANTON JAN 14 2002 PER ___ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

   AND now comes pro-se petitioner Nunc Pro Tunc a lay person not lettered in legal matters prays a less srtingent standard be applied to this pro-se pleading for enlagrement of time avers these fact:

   Their is 460 pages of exhibits the petitioner must get copies of for 2 counsels and the court, in which petitioner does not have $ 138.00 for such nor does he have funds for postage of these items that have been requested by the defendantes counsel for their interrogatories that have been requested.

   Since November 2001 petitioner has tried to get these items copied threw staff and contacting Kanbis Dascani and she has failed to set up a time or approve these items get copied. I have written the Warden, Deputy Johnson, Counsel Moser, Mr. Smith Ms. K. Dascania, and the Business offices and these request have since been met with a level of indifference, and said copies have not been approved and petitioner does not see it forth coming , and will not turn over his only copies to the defendants in this institution.

   Please be advised that petitioner is unable to get copies of the enclosed and if the defendants attorneys wish to get a copy of the exhibits setforth in this motion for time they must do so threw the court,

since petitioner as of this date has been prohibited for getting copies Jan 6, 2002, and can not provide such.

Copies of exhibits are need to show a pattern of abuse that petitioner has collected since 1998 to this date and it will able both the defense and petitioner the ability to adequately address the claims set forth in his amended complaint and give substance to the issues in this complaint.

Petitioner request an enlargement of time until the correctional defendants copy petitioner exhibits or petitioner can afford to get these exhibits copied, at his pay rate will take some time such is needed for Petitioner to adequately be doposed.

In the defendants attorneys reply he states that I was to contact Ms. Dascania to get copies I have and she has failed to reply to request. More over if their was not a problem with out going mail the defendants attorney would not get thier copies of petitioner weeks after the court, and this institution staff is not supportive of assistingpetitioner in his litigational efforts, per- statement by their counsel for the coping of evidence for their defense. I must state if this claim does not have a form of substance why would this institution or the department of correction deny and hinder any attempts to submit any evidence. Their is evidence that is hand written by staff at S.C.I. Smithfeild, and S.C.I. Coal Township that would supprt petitioner claimed abuse that has since been on going and continues when seeking health care, at present boils behind knew, and right shoulder pain, one institution states bones spurs and alsto-arthritis in right shoulder and when seen at S.C.I. Coal they have stated to me their is nothing wrong and has since made step to treat this condition. Alter sound would not solve the problem thius is an operational issue as long as their is bone spurs petitioner will be in pain.

A copy of the 460 pages for count and both counsel is needed, to present this case to the court. They consist of written requset and replies form medical staff, grievance to final review and how this form of abuse was supported by Camp Hill, and Misconducts such as petitioner would not obey a order of a C.O. to sign a medical refusal form, and petitioner did not as long as this C.O. knowingly and entential with held petitioner health care device namely a C-Pap device for his sleep

apena when this C.O. had no medical knowledge or authority to make an order that a inmate sign a medical refusal form when petitioner was not refusing health care but being denied such by this officer and correctional institutional staff when they had no authority to do so, or make such an order that inmate must sign a refusal form, as long as this C.O. was with holding the health care device from inmate who had it approved.

For this reason petitioner request an enlargement of time to get the requested evidence copied and the interrogatories to have attached as evidence. So that both parties can adequate present their case to the court, in the name of justice.

Enlargement of time for 40 days is requested after petitioner can get the requested copies made.

                                          RESPECTFULLY SUBMITTED

                                          *Kim Smith* (signature)

**PROOF OF SERVICE**

I certify a true and correct copy of this motion was sent to the below listed partis on or about Jan 9, 2002 by handing a enevlope containing a copy of this motion to be forwarded to the United States Postal Service to Mail first class to the below listed parties.

Clerks Office
United States District Court
Middle District of Pennsylvania

John Tababe Esq.
P.O. Box598
Camp Hill Pa. 17001-0598

James Young Esq.
#01 Market St
P.O. Box1245
Harrisburg Pa. 17108-1245

VERIFICATION

I Kim Smith swear/affirm under the penalties provided by 18 Pa. C.S. § 4904 (unsworn falsification that the facts contained in the enclosed motion for enlargement of time was sent to the below listed parties on or about Jan. 8 2002.

Date_____
Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

Prothonotary's Office
Supreme Court of Pennsylvania
Western District

Darren M. Breslin

Kim Smith

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| *Kim Smith's Copy*<br>1. To: (Name and Title of Officer)<br>Kandio Gascani | 2. Date: 1-7-02 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT3163<br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Moser |
| | 5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment   F/S | 7. Housing Assignment   D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Ms: I've sent you several request concerning legal copies to met the demands of Court order and request by DOC and Wexford Health Counsel for interrogories and discovery and you have failed to reply to any of my request or set up a process to get copies of material that your counsel has requested. Why have you repeated to acknowledge this request as it is hindering my litigation

Copy sent to W.E. Farrell Jr Esq Camp Hill, James D Young, Deputy Johnson, Warden Gillis, Mr Moser, Mr Smith, Kandio Gasconi, U.S. District Court
Kim Smith

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                        Print                Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. TO: (Name and Title of Officer)<br>*James Young Esq*<br>*Paulien Procaci* | 2. Date: *1-7-02* |
| 3. By: (Print Inmate Name and Number)<br>*Kim Smith CT-8162*<br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name *Mr Mercer*<br>5. Unit Manager's Name *Mr Smith* |
| 6. Work Assignment  *F/S* | 7. Housing Assignment *D-2-19* |

8. Subject: State your request completely but briefly. Give details.

*[handwritten message regarding legal request concerning court order, interrogatories, and discovery, asking why the request has not been acknowledged or the hearing of litigation. Copies sent to various parties.]*

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                        Print                    Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | INSTRUCTIONS |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

*U.S. District Court*

1. To: (Name and Title of Officer)  *Rambus Dascani*
2. Date: *1-7-02*
3. By: (Print Inmate Name and Number)  *Kim Smith CT3162*
   *Kim Smith* — Inmate Signature
4. Counselor's Name  *Mr. Moser*
5. Unit Manager's Name  *Mr. Smith*
6. Work Assignment  *F/S*
7. Housing Assignment  *D-2-19*

8. Subject: State your request completely but briefly. Give details.

Sir: I've sent you several requests concerning legal copies to meet the demands of Court orders and request by D.O.C. and Wexford Healths Counsel for interrogatories and discovery and you have failed to reply to any of my request or set up a process to get copies of material that your counsel has requested. Why have you refused to acknowledge this request as it is hindering my litigation.

Copy sent to: W.E. Russell Jr. Esq., James Yang, Deputy Johnson, Warden Gilles, Mr. Moser, Mr. Smith, Rambus Dascani, U.S. District Court, Kim Smith

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐   To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____/_____  Date _____
       Print          Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mr Smith, Mr Bavall | 2. Date: 1-7-02 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT8162<br><br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mr Moser |
| | 5. Unit Manager's Name<br>Mr Smith |
| 6. Work Assignment   F/S | 7. Housing Assignment   D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Sir: I've sent several requests to staff concerning legal copies to met the demands of court order and request by DOC and Wexford Health Council for interrogatories and discovery and and they have failed to reply to any of my request or set up a process to get copies of material that your council has requested. Why have you refused to acknowledge this request and is hindering my litigation.

Copy sent to: W.E. Truscott Jr. Esq, James A. Young, Deputy Johnson, Warden Gillis, Mr Moser, Mr Smith, Sandra Graceni, US District Court, Kim Smith

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐            To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
          Print              Sign

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>U.S. District Court Mid. | 2. Date:<br>12-25-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT-2162<br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Moser |
| | 5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment<br>F/S | 7. Housing Assignment<br>D-3-19 |

8. Subject: State your request completely but briefly. Give details.

It has come to my attention, thru cellmate Dennis Benjamin, that he was infected with TB and, maybe a carrier of this disease and I'm concerned about my health and becoming infected with such. Thus in the past few weeks he's been coughing, spitting and stating he can not breath. I'm not sure if these are symptoms or not since I've never been infected. What steps can be taken to ensure my health, safety. Copy sent to U.S. District Court, Warden Gillis, Deputy Johnson, Medical Director Mrs. Yencell C.H.C.A., Kim Smith

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐       To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____   Date _____
                        Print              Sign

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) Warden Gillis, Mr Moses | 2. Date: 1-7-02 |
| 3. By: (Print Inmate Name and Number) Kim Smith CT2162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name Mr Moser |
| | 5. Unit Manager's Name Mr Smith |
| 6. Work Assignment F/S | 7. Housing Assignment D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Sir: Due sent your office several request concerning legal copies to meet the demands of court order and request by DOC and Wexford Health counsel for interrogatories and discovery and you have failed to reply to any of my request or set I up a process to get copies of material that your counsel has requested. Why have you repeated to acknowledge this request as it is hindering my litigation.

Copy sent to: W.E. Purcell Jr, Esq, James D. Young, Deputy Johnson, Warden Gillis, Mr Moses, Mr Smith, Xanlies Dascant, K.S. District Court, Kim Smith

9. Response: (This Section for Staff Response Only)

Mr. Smith I have no idea what you are talking about - Any request you give to me is Answered the same day of Receipt.

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _Moser_
                   Print              Sign

Date 1-7-02

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mr. Voeckler, Business Office | 2. Date: 12-7-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT9162<br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name<br>Mr. Moser<br>5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment  F/S | 7. Housing Assignment  D-2-19 |

19

8. Subject: State your request completely but briefly. Give details.

Sir: Corrections attorney advised me to get with your office to inspect legal material and copy such and provide such to Correction counsel as means of interrogatories. Please contact

James Young Esq                     Pa Dept of Correction
301 Market St                       55 Utley Dr.
Harrisburg Pa 17108-1345            Camp Hill, Pa 17011
                                    (717) 731-0444

as I do not have the funds to provide them with copies nor will I turn over said material to be copied without being present at time of copying. Thank you

9. Response: (This Section for Staff Response Only)

Per DC ADM 804, an indigent inmate is only permitted to make copies when appealing to the Secretary's Office of Inmate Grievances.

To DC-14 CAR only ☐         To DC-14 CAR and DC-15 IRS ☐

Staff Member Name  William Voeckler, Bus.Mgr.  *William Voeckler*   Date  12/13/01

Revised July 2000

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mr Smith | 2. Date: 1-7-02 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT3162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mr Moser |
| | 5. Unit Manager's Name<br>Mr Smith |
| 6. Work Assignment   F/S | 7. Housing Assignment  D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Sir: I've sent several request to staff concerning legal copies to met the demands of court order and request by DOC and Wexford Health Counsel for interrogatories and discovery and and they have failed to reply to any of my request or set up a process to get copies of material that your counsel has requested. Why have you repeated to acknowledge this request as it is hindering my litigation.

Copy sent to: W.E. Purcell Jr Esq, James D Young Deputy Johnson Warden Gillis, Mr Moser, Mr Smith Randi Daarani, U.S. District Court  Kim Smith

9. Response: (This Section for Staff Response Only)

Mr Smith, I am sure they will get back with you.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
         Print                    Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mr. Voeckler, Business Office | 2. Date: 12-8-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT2162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mrs. Moses<br>5. Unit Manager's Name<br>Mr. Smith     19 |
| 6. Work Assignment   F/S | 7. Housing Assignment  D-2-19 |

8. Subject: State your request completely but briefly. Give details.

Sir: Could you please provide me with a copy of your letter in or about Nov. 7-20, 2001, in which you returned to me several (7) legal envelopes for reason to tally file date. Attached is a cash slip for 3 copies. $.30.

Thank you.

9. Response: (This Section for Staff Response Only)

Here is one copy of my memo dated Nov. 21, 2001. If you need additional copies you need to go to the Library. We do not make copies for inmates.

To DC-14 CAR only ☐         To DC-14 CAR and DC-15 IRS ☐

Staff Member Name  William Voeckler, Bus.Mgr.   _William Voeckler_   Date 12/13/01
                        Print                              Sign

Revised July 2000