*per Marrion - Copies Scanning*

1:01CV817

KM 1/17/02

TRANSFER-ADJUSTMENT-FORFEITURE REPORT    1

01/11/02    SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030274701 | 01/10/02 | 6855XX | 3:02-OP-1 | 1 | -82.44 |
| 8030274702 | 01/10/02 | 5100PL | | 0 | 5.40 |
| 8030274703 | 01/10/02 | 5100PL | | 0 | 8.44 |
| 8030274704 | 01/10/02 | 5100PL | | 0 | 17.00 |
| 8030274705 | 01/10/02 | 5100PL | | 0 | 21.04 |
| 8030274706 | 01/10/02 | 0869PL | | 0 | 8.60 |
| 8030274707 | 01/10/02 | 0869PL | | 0 | 4.56 |
| 8030274708 | 01/10/02 | 5100PL | | 0 | 4.92 |
| 8030274709 | 01/10/02 | 5100PL | | 0 | 5.48 |
| 8030274710 | 01/10/02 | 5100PL | | 0 | 7.00 |
| 8030274801 | 01/10/02 | 6855XX | 3:02-OP-1 | 1 | -43.86 |
| 8030274802 | 01/10/02 | 0869PL | | 0 | 6.76 |
| 8030274803 | 01/10/02 | 5100PL | | 0 | 15.00 |
| 8030274804 | 01/10/02 | 5100PL | | 0 | 2.00 |
| 8030274805 | 01/10/02 | 5100PL | | 0 | 3.82 |
| 8030274806 | 01/10/02 | 5100PL | | 0 | 12.88 |
| 8030274807 | 01/10/02 | 0869PL | | 0 | 3.40 |
| 8030274901 | 01/10/02 | 6855XX | 3:02-OP-1 | 1 | -44.39 |
| 8030274902 | 01/10/02 | 0869PL | | 0 | 5.00 |
| 8030274903 | 01/10/02 | 0869PL | | 0 | 10.19 |
| 8030274904 | 01/10/02 | 0869PL | | 0 | 5.02 |
| 8030274905 | 01/10/02 | 5100PL | | 0 | 5.02 |
| 8030274906 | 01/10/02 | 0869PL | | 0 | 19.16 |

DIVISION TOTAL    0.00

T 2748-3    $15.00    1:01-817    Smith

FILED
SCRANTON
JAN 11 2002
PER _____
DEPUTY CLERK