IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,
    Plaintiff

vs.

JAMES MORGAN, et al.,
    Defendants

CIVIL ACTION NO. 1:CV-01-0817
(Judge Caldwell)
(Magistrate Judge Mannion)

O R D E R

AND NOW, this 29th day of March, 2002, upon consideration of the report of the magistrate judge, dated March 8, 2002, to which no objections have been filed, and upon independent review of the record, it is ordered that the magistrate judge's report is adopted. It is further ordered, pursuant to the magistrate judge's recommendations, that:

    1. Plaintiff's motions for injunctive relief (doc. 5, 18 and 34) are denied.

    2. This matter is remanded to the magistrate judge for further disposition.

William W. Caldwell
United States District Judge

