```
04/08/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                          1

TRNS-ADJ        DATE        FUND       CASE NO         DEF               AMOUNT
*************************************************************************************
                                                   SCRANTON
80300284901.   04/08/02    6855XX     3:02-OP-1                          -88.84
80300284902.   04/08/02    0869PL                                          7.41
80300284903.   04/08/02    5100PL                                          8.08
80300284904.   04/08/02    5100PL                                          8.20
80300284905.   04/08/02    0869PL                                         40.44
80300284906.   04/08/02    5100PL                                         14.73
80300284907.   04/08/02    5100PL                                          9.98
80300285001.   04/08/02    6855XX     3:02-OP-1                          -70.18
80300285002.   04/08/02    5100PL                                         12.03
80300285003.   04/08/02    0869PL                                         14.96
80300285004.   04/08/02    5100PL                                         15.56
80300285005.   04/08/02    5100PL                                          5.86
80300285006.   04/08/02    5100PL                                          6.00
80300285007.   04/08/02    5100PL                                          6.60
80300285008.   04/08/02    5100PL                                          9.17

                                                        DIVISION TOTAL     0.00
```

Rec 87559    4/5/02    $ 8.08    1:01-817  Smith

REFER
Mannion

FILED
SCRANTON
APR 0 5 2002
PER _____
DEPUTY CLERK

4/9/02