Kim Smith CT2162

1 Kelley Dr

Coal Township Pa. 17866-1021

01-817

(60)
5-22-0
sc

FILED
HARRISBURG, PA

MAY 21 2002

MARY E. D'ANDREA, CLERK
PER _____
DEPUT CLERK

May 17, 2002

Mary E D'Andrea
Clerk of Courts  P. O. Box 983  Harrisburg Pa 17108
J. Caldwell

In Re:    Motion to Compel. 10: 0817: 2201

mag J Mannion ✓

Dear Ms D'Andrea:

  Please be advised that Am requesting and have requested that the Department of Correction, S.C.I Smithfield provide me with any and all, maintence reports of cells in RHU, and any damage to plug sockets in RHU H Block. The Depart-ment of Correction Policy is which the power in all RHU cells were terminated.

  Since Mr Lalober claims I must afford him a chance to provide ~~the~~ me with such please delay filing my motion to compel for 30 days

          Sincerely

          Kim Smith