05/17/02 TRANSFER-ADJUSTMENT-FORFEITURE REPORT 1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | | SCRANTON | |
| 80300290001. | 05/17/02 | 6855XX | 3:02-OP-1 | 1 | -41.38 |
| 80300290002. | 05/17/02 | 5100PL | | 0 | 3.70 |
| 80300290003. | 05/17/02 | 0869PL | | 0 | 8.29 |
| 80300290004. | 05/17/02 | 5100PL | | 0 | 5.28 |
| 80300290005. | 05/17/02 | 5100PL | | 0 | 7.70 |
| 80300290006. | 05/17/02 | 5100PL | | 0 | 4.61 |
| 80300290007. | 05/17/02 | 5100PL | | 0 | 9.00 |
| 80300290008. | 05/17/02 | 5100PL | | 0 | 2.80 |
| 80300290101. | 05/17/02 | 6855XX | 3:02-OP-1 | 1 | -10.00 |
| 80300290102. | 05/17/02 | 5100PL | | 0 | 10.00 |
| 80300290201. | 05/17/02 | 6855XX | 3:02-OP-1 | 1 | -132.74 |
| 80300290202. | 05/17/02 | 5100PL | | 0 | 4.56 |
| 80300290203. | 05/17/02 | 0869PL | | 0 | 9.06 |
| 80300290204. | 05/17/02 | 5100PL | | 0 | 2.88 |
| 80300290205. | 05/17/02 | 5100PL | | 0 | 5.32 |
| 80300290206. | 05/17/02 | 0869PL | | 0 | 8.00 |
| 80300290207. | 05/17/02 | 5100PL | | 0 | 42.30 |
| 80300290208. | 05/17/02 | 0869PL | | 0 | 18.28 |
| 80300290209. | 05/17/02 | 5100PL | | 0 | 24.02 |
| 80300290210. | 05/17/02 | 5100PL | | 0 | 18.32 |
| 80300290301. | 05/17/02 | 6855XX | 3:02-OP-1 | 1 | -89.46 |
| 80300290302. | 05/17/02 | 5100PL | | 0 | 45.15 |
| 80300290303. | 05/17/02 | 5100PL | | 0 | 19.12 |
| 80300290304. | 05/17/02 | 5100PL | | 0 | 20.20 |
| 80300290305. | 05/17/02 | 5100PL | | 0 | 4.99 |
| | | | | DIVISION TOTAL | 0.00 |

Rec 88018 5/10/02 $7.70 1:01-817 Smith

1:01 CV 817
Caldwell - Refer - Morrison
Orig - OSF (Scr)

FILED
SCRANTON
MAY 1 0 2002
PER ________ DEPUTY CLERK

(61) Km 5/22/02