Kim Smith CT263
1 Kelley Dr
Coal Township Pa 17866-1021

63

FILED
SCRANTON
JUN 10 2002
PER ___KM___
DEPUTY CLERK

June 6, 2002

Mary E. D'Andrea
Clerks Office
U.S.D.C
P.O. Box 1148
Scranton Pa

RECEIVED
SCRANTON
JUN 10 2002
PER _____
DEPUTY CLERK

In Re:   Civil Action 1:01-0817 Informa Pauperis

Dear Ms D'Andrea:

  Please be advised that once again the Business office at S.C.I. Coal Township is in violation of 28 U.S. 1915.

  As it is my account was -.36 in the red, which is less then $10.00, and no fee is to be taken. I was placed $10.64 in the red for filing fee on May 24, 2002 for June filing fee. This office knew or should have known that this act violated the court order for informa pauperis status, to put me in the red for filing fee when my account was less then $10.00.

  This act was an affirmative act set to deprive and deny me legal postage and copies to

I should not have to endure my account being placed in the red for filing fee when I have less then $10.00 on my account.

Would you please address this abuse that I have to endure at the hands of this institution business office who is knowingly and willingly violating a federal court order. At present I'm being denied legal postage and my access to the courts.

Sincerely

Kim Smith