(15)

KM
6/26/02

1 Refer -
Program

FILED
SCRANTON
JUN 13 2002

PER _____
DEPUTY CLERK

06/17/02          TRANSFER-ADJUSTMENT-FORFEITURE REPORT

**********************************************************************************

TRNS-ADJ      DATE      CASE NO      FUND      DEF      AMOUNT

                                  SCRANTON

| TRNS-ADJ | DATE | CASE NO | FUND | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300293001. | 06/17/02 | 3:02-OP-1 | 6855XX | 1 | -51.83 |
| 80300293002. | 06/17/02 | | 0869PL | 0 | 8.51 |
| 80300293003. | 06/17/02 | | 5100PL | 0 | 5.61 |
| 80300293004. | 06/17/02 | | 5100PL | 0 | 5.98 |
| 80300293005. | 06/17/02 | | 0869PL | 0 | 4.66 |
| 80300293006. | 06/17/02 | | 5100PL | 0 | 8.74 |
| 80300293007. | 06/17/02 | | 5100PL | 0 | 15.31 |
| 80300293008. | 06/17/02 | | 5100PL | 0 | 3.02 |
| 80300293101. | 06/17/02 | 3:02-OP-1 | 6855XX | 1 | -109.22 |
| 80300293102. | 06/17/02 | | 5100PL | 0 | 4.18 |
| 80300293103. | 06/17/02 | | 0869PL | 0 | 4.18 |
| 80300293104. | 06/17/02 | | 5100PL | 0 | 6.69 |
| 80300293105. | 06/17/02 | | 5100PL | 0 | 6.69 |
| 80300293106. | 06/17/02 | | 5100PL | 0 | 6.69 |
| 80300293107. | 06/17/02 | | 5100PL | 0 | 7.19 |
| 80300293108. | 06/17/02 | | 0869PL | 0 | 6.94 |
| 80300293109. | 06/17/02 | | 0869PL | 0 | 2.17 |
| 80300293110. | 06/17/02 | | 5100PL | 0 | 3.17 |
| 80300293111. | 06/17/02 | | 5100PL | 0 | 8.00 |
| 80300293112. | 06/17/02 | | 0869PL | 0 | 13.17 |
| 80300293113. | 06/17/02 | | 0869PL | 0 | 21.79 |
| 80300293114. | 06/17/02 | | 0869PL | 0 | 0.78 |
| 80300293115. | 06/17/02 | | 5100PL | 0 | 4.07 |
| 80300293116. | 06/17/02 | | 0869PL | 0 | 4.85 |
| 80300293117. | 06/17/02 | | 5100PL | 0 | 2.24 |
| 80300293118. | 06/17/02 | | 5100PL | 0 | 2.24 |
| 80300293119. | 06/17/02 | | 5100PL | 0 | 2.24 |

DIVISION TOTAL                                    0.00

Rec 88439   6/13/02   $10.64   1:01-817   Smith