Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

June 25, 2002

Mary D'Andrea
Office of the Clerk
U.S. District Court
235 North Washington Ave.
P.O. Box 1148
Scranton Pa. 18501

FILED
SCRANTON

JUN 2 8 2002

PER _____ DEPUTY CLERK

In Re:   Civil Action No. 1:01-0817, On or About June 6, 2002 petitioner filed a request to amend complaint.

Dear Ms. D'Andrea:

The reason for this letter is that I'm writing your office regarding the request to amend complaint filed on or about June 6, 2002 as this request was turned over to institutional staff to mail to the court.

This amendment is about including Dr. Breen Medical Director at S.C.I.C., and Prison Health Service 890 Poplar Church Rd. Suite 207, Medical Arts Building Camp Hill Pa. 17011.

This is in regards to the denial of health care for two cyst behind left knee, spurs right shoulder, and lower back pain in which they are refusing to address these issues and show little concern about the pain petitioner has to endure for the lack of treatment for these serious condition. And staff also has projected a level of indifference and correctional officers has gotten in may face about I have filed a civil action against them and have taken the denial of may health care as part of their duty

as officer to inflict punishment and deprive me of my rights. This act has repeatedly been done when certain block officers work the block in the getting out of may cell to go to pill line and for other call outs that I have to have other inmates inform them as they do not adhear to the call botton, and will not address my calls when I need to get out of my cell to go where I need to go.

For this reason I'm requesting the status of the amended complaint, and would you please inform me if your office has gotten such as of this date, as all parties have been informed as of this date and I'm concern where this issue is now standing.

Sincerely

[signature]

Date June 25, 2002