IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith

    Plaintiff : Civil Action No. 1:01-0817

vs.

James Morgan et al.,

    Respondent

FILED
SCRANTON

JUL 1 2 2002

PER _____ DEPUTY CLERK

## REQUEST FOR COURT ORDER

    AND NOW, COMES Kim Smith a lay person not lettered in legal matters and without the aid of counsel, prays a less stringent standard be applied to this pro-se request for a Court order to obtain a copy of transcripts.

    Petitioner respectfully request the Court to issue an order directing the Court Reporter to provide Kim Smith CT-2162, 1 Kelley Dr. Coal Township Pa. 17866-1021 with a copy of the transcripts transcribed from the May 17, 2002 deposition summary, to review and make any necessary changes to this deposition, or typographical errors, or the substance of the information that may not have been covered in this deposition, or the 550 page exhibit that was submitted to the respondents.

    As a pauper petitioner should be entitled to a copy of this transcript, to aid him in the preperation of his case and to better present this matter to the Court. As the manner in which Mr. Talaber sets forth in his June 28, 2002 letter attached herein as exhibit A will not give petitioner adequate time to review these transcripts and make the requested changes, and match such with the 550 page exhibit. Also this manner may affect the operation of institutional staff and limit petitioners time in which to review transcripts, and such would be hard to adequately do when petitioner will be pressed for time. More over institutional staff will make this as hard as they can as they will not aid an inmate in bring an action against them. If they were acting to the letter of the law and providing adequate treatment then their would not be a need for this action,

since the act in the manner that they have they can and should be held accountable for their action and any violation of constitutional rights or civil rights when denying an inmate adequate health care for his serious illnesses.

Respectfully Submitted

*[signature]*

PROOF OF SERVICE

I certify that on or about July 10, 2002 I turned over to D block officer a true and correct copy of this motion for court order to be forward to the institutional mail room to be sent to the United States Postal Service to be mail by way of first class mail to the below listed parties.

May D'Andrea
Clerk of Courts
United States District Court
Middle District of Pa.

Mr. Fairall Jr. Esq.
James Young Esq.
Kim Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith                                       :
    Plaintiff                 :
                                  :Civil Action No. 1:01-0817
vs.                                             :
                                  :
James Morgan et, al,.                           :
    Respondent                :         **FILED**
                                  :         **SCRANTON**
                                  :         JUL 1 2 2002
                                  :         PER _____
                **VERIFICATION**                DEPUTY CLERK

    I Kim Smith pro-se petitioner in this motion hereby verify that the information contained in this motion is true and correct to the best of his knowledge and information and understanding and belief. I knowingly make this verification according to 28 U.S.C. 1746 relating to unsworn statements.

                                                                  */s/ Kim Smith*
                                                                  Kim Smith CT-2162
                                                                  1 Kelley Dr.
                                                                 Coal Township Pa. 17866-1021

Date  7-10-02



**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
OFFICE OF CHIEF COUNSEL
55 UTLEY DRIVE
CAMP HILL, PENNSYLVANIA 17011
(717) 731-0444

June 28, 2002

Kim Smith, CT-2162
1 Kelley Drive
Coal Township, PA 17866-1020

    Re:   <u>Smith v. Morgan, et al., No. 1: 01-0817</u>

Dear Mr. Smith:

    This letter is in reference to the deposition summary in which you participated on May 17, 2002. A copy of the transcript has been provided to Ms. Kandis Dascani, Assistant to the Superintendent, at SCI-Coal Twp. Under Federal Rules of Civil Procedure 30 (e) you have thirty (30) days to review and make any necessary changes to this deposition. The changes can be regarding typographical errors only. No changes can be made to the substance of information provided. Should you wish to review the transcript please contact Ms. Dascani. Upon your request Ms. Dascani will make arrangements for a mutually convenient time to review the transcript.

    Also, as we discussed at your deposition you are <u>not</u> entitled to a copy of this transcript; however, you may purchase a copy at your expense from the Court Reporter. Should you have an interest in purchasing a copy of the transcript please advise Ms. Dascani and she will provide you with the address and phone number necessary to make your request.

Sincerely,

John J. Talaber
Assistant Counsel
Pennsylvania Department of Corrections

JJT/cga

cc: Kandis Dascani
    File

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Mr. Dreeari | 2. Date: 7-6-02 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT2162<br>_Kim Smith_<br>Inmate Signature | 4. Counselor's Name<br>Mr. Mauer<br>5. Unit Manager's Name<br>Mr. Smith |
| 6. Work Assignment  F/S | 7. Housing Assignment  D-2-19 |

8. Subject: State your request completely but briefly. Give details.

I was told by John Balaban (717) 731-0444 to contact you to review May 17, 2002 deposition summary transcripts in which he stated you were provided a copy of. Also would you please give me the name and address of Court Reporter. Would you please advise me when and if you will let me review transcripts. Thank you.

cc-7-6-02 sent to U.S. District Court, John Balaban, K Smith Smith v Morgan, et al No. 1:01-0817 John Young

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____/_____ Date _____
                    Print        Sign

Revised July 2000