1:01CV817

Refer - Mannion
OSF - Scr.

(70)
KM 7/15/02

FILED
SCRANTON
JUL 11 2002
PER _____ DEPUTY CLERK

```
07/12/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE        FUND       CASE NO         DEF                         AMOUNT
*****************************************************************************************
                                       SCRANTON
80300295001.    07/12/02    6855XX     3:02-OP-1        1                          -22.91
80300295002.    07/12/02    0869PL                      0                            8.54
80300295003.    07/12/02    5100PL                      0                            5.62
80300295004.    07/12/02    0869PL                      0                            8.75

                                           DIVISION TOTAL                            0.00
*****************************************************************************************
```

Rec 88731  7/11/02  $8.75  1:01-817 Smith