```
08/12/02              TRANSFER-ADJUSTMENT-FORFEITURE REPORT                        1

TRNS-ADJ       DATE       FUND      CASE NO                        DEF       AMOUNT
**************************************************************************************
                                    SCRANTON

803002973O1.   08/12/02   6855XX    3:02-OP-1                       1         -8.88
803002973O2.   08/12/02   5100PL                                    0          8.88
803002974O1.   08/12/02   6855XX    3:02-OP-1                       1        -52.46
803002974O2.   08/12/02   0869PL                                    0          8.06
803002974O3.   08/12/02   5100PL                                    0         11.20
803002974O4.   08/12/02   5100PL                                    0          5.06
803002974O5.   08/12/02   0869PL                                    0         18.03
803002974O6.   08/12/02   5100PL                                    0         10.11

                                                      DIVISION TOTAL           0.00
```

Rec 89119  8/9/02  $18.03  1:01-817 Smith

REFER
Mannion

FILED
SCRANTON
AUG 09 2002
PER _____ DEPUTY CLERK

80
W
8/19/0