Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

May 1, 2002

Chief Counsel Office

In Re:   Request for information of S.C.I.S. and Medical Records.

Dear Sir:

Please be advised that I was told by Ms. Kandis Dascani that I must contact your office in regards to information and before I could be granted such I must get your approvel for such. At this time I'm asking to be provided with the below listed information, and request you inform staff at S.C.I.S. and S.C.I.C. to provide me with this information. This has been the 7 th request for this information and I have been denied such by either your office and both institutions. Would you pleas see that I'm provided with such.

1. Maintinance records of RHU H block at S.C.I.S. and the condition of the plug sockets in those cells, and any and all repairs that were done from June 2000 to this date.

2. The Department of Correction Policy that states all cells in RHU are to have the power cut of, the reasoning and directive in DOC policy.

3. All relevant medical records blood test and x-ray reports and general information dealing with right shoulder problem, left knee, lower back problem, sore on body, Hep-C treatment, and reason for termination and reason for the condition worsening after

treatment was started back, foot fungus problem, treatment for diabetes, regular Acc-U-cheks, and it policy for type two diabetics, Reason for the denial for C-PaP devise, reason for denial of night shift cook school at S.C.I.S., all Physic reports, and all reports of operation since July 1995.

Wherefore I'm in hopes and prayers that your office will provide me with such.

Sincerely

Proof of Service

I certify that a true and correct copy of this letter was sent to the below listed parties on or about May 1, 2002 and was forwarded to the United States Postal Service to be mailed first class mail to the below listed parties.

Office of the Clerk
United States District Court
Middle District of Pennsylvania

Counsel for Wexford Health
Counsel for the Department of Correction Defendants
Kim Smith

**19**

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) Ms. A. Buell RHIT
2. Date: 4-5-02
3. By: (Print Inmate Name and Number) Kim Smith CT2167
   Kim Smith — Inmate Signature
4. Counselor's Name: Mr Moser
5. Unit Manager's Name: Mr Smith
6. Work Assignment: F/S
7. Housing Assignment: D-2-19

8. Subject: State your request completely but briefly. Give details.

Please be advised this is the case documentation I requested in order for me to get copies for my litigation.

In the United States District Court
For the Middle District of Pennsylvania

Kim Smith
  Plaintiff                    Civil Action No. 1:01-0817

VS                             Judge Caldwell
                               Mag. Judge Mannion
James Morgan, et al

Attorneys: William A. Rowell Jr. Esq (717) 731-0444
James D. Young Esq (717) 233-6633

Thank you

9. Response: (This Section for Staff Response Only)

If you need any more information please advise.

Refer To K. Dascani for review 4/8/2.
                                               C. Buell RHIT

I spoke with Chief Counsels office, because you have a civil action pending for this matter. If you want copies of your medical records you will have to request them through the Office of Chief Counsel.

cc: Ms Buell

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name: K Dascani (Print) / KK Dascani (Sign)   Date: 4/16/02

Revised July 2000