1:01 CV 817
Refer - Marmion

⑧⑧
KM
10/9/02

FILED
SCRANTON
OCT 7 2002
PER _____ DEPUTY CLERK

```
10/08/02                      TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                   1
TRNS-ADJ         DATE      FUND     CASE NO            SCRANTON      DEF       AMOUNT
*****************************************************************************************************
80300301701.   10/08/02   6855XX   3:02-OP-1                          1        -56.38
80300301702.   10/08/02   5100PL                                      0          6.67
80300301703.   10/08/02   5100PL                                      0          5.29
80300301704.   10/08/02   5100PL                                      0          6.00
80300301705.   10/08/02   0869PL                                      0          6.87
80300301706.   10/08/02   5100PL                                      0          5.87
80300301707.   10/08/02   0869PL                                      0          1.58
80300301708.   10/08/02   5100PL                                      0          5.34
80300301709.   10/08/02   5100PL                                      0          4.00
80300301710.   10/08/02   5100PL                                      0          4.00
80300301711.   10/08/02   0869PL                                      0          0.43
80300301712.   10/08/02   0869PL                                      0         10.33
80300301801.   10/08/02   6855XX   3:02-OP-1                          1        -15.77
80300301802.   10/08/02   0869PL                                      0          4.80
80300301803.   10/08/02   0869PL                                      0          2.51
80300301804.   10/08/02   6855XX   3:02-OP-1                          1          8.46
80300301902.   10/08/02   0869PL                                      0       -137.87
80300301903.   10/08/02   5100PL                                      0         22.18
80300301904.   10/08/02   5100PL                                      0         16.17
80300301905.   10/08/02   0869PL                                      0         13.76
80300301906.   10/08/02   5100PL                                      0         16.84
80300301907.   10/08/02   0869PL                                      0         20.82
                                                                                48.10

                                                       DIVISION TOTAL            0.00
```

Rec 89729   10/7/02   $16.84   1:01-817 Smith
1:01-817