*89*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    **Plaintiff**    :    **CIVIL ACTION NO. 1:01-0817**

    **v.**    :    **(CALDWELL, D.J.)**
                        **(MANNION, M.J.)**

JAMES MORGAN, <u>et</u> <u>al.</u>,    :

    **Defendants**    :

### O R D E R

Presently pending before the court is the Corrections Defendants' Motion for Discovery and Dispositive Motion Deadlines. (Doc. No. 83).

In accordance with Local Rule 7.6, the plaintiff has failed to file a brief in opposition to the defendants' motion. As such, the motion is deemed unopposed.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** the Corrections Defendants' Motion for Discovery and Dispositive Motion Deadlines, (Doc. No. 83), is **GRANTED**;

**(2)** all discovery in this matter is to be completed on or before Tuesday, November 12, 2002;

**(3)** any dispositive motions in this matter are to be filed on or before Friday, December 13, 2002; and

1

**(4)** the parties are advised that the court will not entertain motions for extension of the above deadlines absent extraordinary circumstances.


MALACHY E. MANNION
United States Magistrate Judge


**Date:** October 24, 2002