```
11/18/02                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                      1
TRNS-ADJ         DATE        FUND      CASE NO            DEF      AMOUNT
*************************************************************************
                                       SCRANTON
8030030530301.   11/18/02    504100    3:96-CR-309-01      1       -150.00
8030030530302.   11/18/02    6855XX    3:02-OP-1           1        150.00
8030030530401.   11/18/02    6855XX    3:02-OP-1           1       -119.82
8030030530402.   11/18/02    0869PL                        0          4.42
8030030530403.   11/18/02    5100PL                        0         13.33
8030030530404.   11/18/02    0869PL                        0         30.91
8030030530405.   11/18/02    0869PL                        0          9.88
8030030530406.   11/18/02    0869PL                        0         11.72
8030030530407.   11/18/02    5100PL                        0         37.66
8030030530408.   11/18/02    0869PL                        0         11.90
8030030530501.   11/18/02    6855XX    3:02-OP-1           1        -43.19
8030030530502.   11/18/02    5100PL                        0          7.18
8030030530503.   11/18/02    5100PL                        0          6.72
8030030530504.   11/18/02    0869PL                        0          9.98
8030030530505.   11/18/02    0869PL                        0          9.31
8030030530506.   11/18/02    5100PL                        0         10.00

                                                 DIVISION TOTAL      0.00
```

Rec 96204  11/15/02    $11.72    1:01-817  Smith (Pd in Full)

Refer
Mannion
(Caldwell)

FILED
SCRANTON
NOV 15 2002
PER _____ DEPUTY CLERK

96
W
11-20-02