IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

: Civil No. 1:01-0817
:
: (Judge William W. Caldwell)
:
: (Magistrate Judge Malachy E. Mannion)

## ORDER

AND NOW this 2nd day of December 2002, upon consideration of the Corrections Defendants' Motion for an Enlargement of Time to respond to Smith's Motion to Compel (doc. 92) and Motion for a Temporary Restraining Order (doc. 93), it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file their Briefs in Opposition to Smith's Motions on or before December 6, 2002.

                                              M.J. Malachy E. Mannion