**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| | : |
| Plaintiff, | : |
| | : Civil No. 1:01-0817 |
| | : |
| v. | : (Judge William W. Caldwell) |
| | : |
| JAMES MORGAN, et al., | : (Magistrate Judge Malachy E. Mannion) |
| | : |
| Defendants. | : |

## CORRECTIONS DEFENDANTS" MOTION FOR SUMMARY JUDGMENT

The Corrections Defendants, by and through their attorney, John J. Talaber, Assistant Counsel, Pennsylvania Department of Corrections, pursuant to Fed.R.Civ.P. 56, respectfully moves this Honorable Court to grant summary judgment on their behalf for the reasons stated within the supporting brief to be filed in accordance with Pa.MDLR 7.5.

FILED
HARRISBURG, PA

DEC 1 3 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**WHEREFORE**, the Corrections Defendants respectfully move this Honorable Court to grant summary judgment on their behalf.

Respectfully submitted,
Office of General Counsel

BY: *John J. Talaber* /s/
John J. Talaber
Pa. Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Attorney Id. No. 83279

Dated: December 13, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,               :
                         :
        Plaintiff,       :
                         :  Civil No. 1:01-0817
                         :
  v.                     :  (Judge William W. Caldwell)
                         :
JAMES MORGAN, et al.,    :  (Magistrate Judge Malachy E. Mannion)
                         :
        Defendants.      :

### CERTIFICATE OF SERVICE

I the undersigned hereby certifies that a copy of the Corrections Defendants' Motion for Summary Judgment in this matter was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

Kim Smith, CT-2162                James D. Young, Esquire
SCI-Coal Township                 Lavery, Faherty, Young and Patterson, P.C.
1 Kelley Drive                    301 Market Street
Coal Township, PA 17866-1020      P.O. Box 1245
                                  Harrisburg, PA 17108-1245

_____
Marilyn Jones
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444

Dated: December 13, 2002