IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-CV-0817

(Judge William W. Caldwell)

(M.J. Malachy E. Mannion)

## ORDER

AND NOW this 19th day of December 2002, upon consideration of the Corrections Defendants' motion for an enlargement of time nunc pro tunc to file their: (1) Brief in Opposition to Plaintiff's Motion to Compel (doc. 92); (2) Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order (doc. 93); and (3) Statement of Material Facts to their Motion for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file the Briefs in Opposition to Plaintiff's Motion to Compel and Motion for a Temporary Restraining Order on or before December 19, 2002. Further, the Corrections Defendants may file their Statement of Material Facts to their Motion for Summary Judgment on or before December 27, 2002. Absent extraordinary circumstances, no further Motions for Enlargement of Time will be granted for these matters.

By the Court,

Malachy E. Mannion
Magistrate Judge