# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: 1:CV01-0817 |
|     Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

**FILED**
WILKES-BARRE
DEC 20 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## O R D E R

AND NOW, this _____20th_____ day of December, 2002, upon Defendants'

Joint Motion for Enlargement of Time, it is hereby ORDERED, ADJUDGED

and DECREED that said Motion is granted and the Defendants shall file

their Statement of Undisputed Material Facts, Appendix of Exhibits and

Brief in support of their respective Motions for Summary Judgment on or

before January 6, 2003.

BY THE COURT:

_____
Malachy E. Mannion
United States Magistrate Judge