IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: 1:CV01-0817 |
| Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

FILED
WILKES-BARRE
JAN - _ 2003
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

O R D E R

AND NOW, this 6th day of January, 2003, upon consideration of the Wexford Defendants' Motion for Further Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and the Defendants shall file their Concise Statement of Undisputed Material Facts, Appendix of Exhibits, and Brief in support of the Motions for Summary Judgment on or before Friday, January 10, 2003.

BY THE COURT:

Malachy E. Mannion
United States Magistrate Judge