IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-0817

(Judge William W. Caldwell)

(Magistrate Judge Malachy E. Mannion)

JURY TRIAL DEMANDED

FILED
HARRISBURG, P
JAN 0 6 2003
MARY E. D'ANDREA, CL
Per_____
Deputy Clerk

## CORRECTIONS DEFENDANTS' MOTION TO EXCEED PAGE LIMIT

The Corrections Defendants, by and through their attorney, John J. Talaber, Assistant Counsel for the Pennsylvania Department of Corrections, hereby move this Court, pursuant to Local Rule 7.8(b) of the United States District Court for the Middle District of Pennsylvania, for leave to exceed the fifteen (15) page limit for their *Brief in Support of the Motion for Summary Judgment* to amount not greater than twenty five (25) pages.

**WHEREFORE,** the Corrections Defendants respectfully request the Court to allow them to file a *Brief in Support of their Motion for Consolidation* of twenty (25) pages or less, not including the Table of Contents and the Table of Citations.

                                            Respectfully submitted,
                                            Office of General Counsel

BY: _____
            John J. Talaber
            Assistant Counsel
            Pa. Department of Corrections
            55 Utley Drive
            Camp Hill, PA  17011
            (717) 731-0444
            Attorney No. 83279

Dated:  January 6, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-0817

(Judge William W. Caldwell)

(Magistrate Judge Malachy E. Mannion)

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

I undersigned hereby certify that a copy of the Corrections Defendants' Motion to Exceed Page Limit in this matter was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

Kim Smith, CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

James D. Young, Esquire
Lavery, Faherty, Young and Patterson, P.C.
301 Market Street
P.O. Box 1245
Harrisburg, PA  17108-1245

*Marilyn Jones*
Marilyn Jones
Clerk Typist II

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  January 6, 2003