IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| Plaintiff, | : |
| | : Civil No. 1:01-0817 |
| v. | : (Judge William W. Caldwell) |
| JAMES MORGAN, et al., | : (Magistrate Judge Malachy E. Mannion) |
| Defendants. | : JURY TRIAL DEMANDED |

*FILED WILKES-BARRE JAN - 6 2003 MARY E. D'ANDREA, CLERK Per _____ DEPUTY CLERK*

## ORDER

AND NOW this 6th day of January 2003, upon consideration of the Corrections Defendants' Motion for an Enlargement of Time it is hereby **ORDERED** that said motion is **GRANTED**. The Corrections Defendants' Brief in Support, Supporting Documents, and Statement of Material Facts to their Motion for Summary Judgment shall be filed on or before Tuesday, January 21, 2003. Absent extraordinary circumstances, no additional enlargements of time will be granted for this matter.

M.J. Malachy E. Mannion