Case 1:01-cv-00817-WWC   Document 114   Filed 01/07/2003   Page 1 of 1

114

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-0817

(Judge William W. Caldwell)

(Magistrate Judge Malachy E. Mannion)

JURY TRIAL DEMANDED

FILED
JAN - 7 2003
MARY _____, CLERK
Per_____
DEPUTY CLERK

### ORDER

**AND NOW** this ___7th___ day of ___January___ 2003, upon consideration of the Correction Defendants' Motion to Exceed Page Limits for their Supporting Brief to the Motion for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants may exceed the fifteen (15) page limit of Pa.MDLR7.8(b) and file a Brief of twenty-five (25) pages or less, not including the Table of Contents and Table of Citations.

                                                          _____
                                                          M.J. Malachy E. Mannion