

FILED
HARRISBURG, PA
JAN 10 2003
MARY E. D'ANDREA, CLERK
Per_____ /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: 1:CV01-0817 |
|     Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | ✓(Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

## WEXFORD DEFENDANTS' MOTION FOR FURTHER ENLARGEMENT OF TIME

AND NOW, come the Wexford Defendants, by and through their attorneys, Lavery, Faherty, Young & Patterson, P.C., and file this Motion for Further Enlargement of Time and in support thereof, aver as follows:

1. Pending for disposition before this Honorable Court are Motions for Summary Judgment filed on behalf of the Wexford Defendants and the Department of Corrections Defendants.

2. There is a commonality of legal and/or factual issues presented in the pending dispositive motions.

3. By Order dated January 3, 2003, this Honorable Court granted the Wexford Defendants' Motion for Enlargement of Time until January 10, 2003 within which to file the Brief and other documents in support of their pending dispositive motion.

4. Thereafter, the Court granted the Corrections Defendants' request for an extension of time until Tuesday, January 21, 2003 to file its Brief and other documents in support of the pending Motion for Summary Judgment.

5. Due to preparations for a hearing on a request for a temporary restraining order/preliminary injunction in federal court and an evidentiary hearing on a land use appeal in state court, and in order to coordinate filings with the Corrections Defendants, undersigned counsel is seeking a further enlargement of time until Tuesday, January 21, 2003, within which to file the Brief and other documents in support of the Wexford Defendants' Motion for Summary Judgment.

6.  The requested enlargement of time is brief in duration; it will not prejudice Plaintiff's substantive rights; and it will not unduly delay the adjudication of this matter on the merits.

7.  The requested enlargement of time will also promote judicial economy in that Plaintiff's responsive pleadings to the two Motions for Summary Judgment would be due at the same time.

WHEREFORE, the Wexford Defendants respectfully request that this Honorable Court grant their Motion for Further Enlargement of Time and enter the accompanying Court Order.

                                              Respectfully submitted,

                                              Lavery, Faherty, Young & Patterson, P.C.

By: _____
      James D. Young, Esquire
      Atty No. 53904
      225 Market Street, Suite 304
      P.O. Box 1245
DATE: 1/6/2003      Harrisburg, PA 17108-1245
      Attys for the Wexford Defendants

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 10th day of January, 2003, I served a true and correct copy of the foregoing **Wexford Defendants' Motion for Further Enlargement of Time,** via U.S. First Class mail, postage prepaid, addressed as follows:

Kim Smith
CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

John Talaber, Esquire
Assistant Counsel
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011

*Linda L. Gustin*
Linda L. Gustin