IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: 1:CV01-0817 |
| Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

### O R D E R

AND NOW, this 14th day of January, 2003, upon consideration of the Wexford Defendants' Motion for Further Enlargement of Time, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and the Wexford Defendants shall file their Concise Statement of Undisputed Material Facts, Appendix of Exhibits, and Brief in support of their Motion for Summary Judgment on or before Tuesday, January 21, 2003. No further extensions of time will be granted absent extraordinary circumstances.

BY THE COURT:

_____
Malachy E. Mannion
United States Magistrate Judge