# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                                :

      Plaintiff,                    :

                     :      Civil No. 1:01-CV-0817

     v.                              :

                     :      (Judge William W. Caldwell)

JAMES MORGAN, et al.,          :

                     :      (M.J. Malachy E. Mannion)

      Defendants.                :

## ORDER

**AND NOW** this 23RD day of _____January_____ 2003, upon consideration of the Corrections Defendants' motion for an enlargement of time, it is hereby **ORDERED** that said motion is **GRANTED.** The Corrections Defendants' Statement of Material Facts and Supporting Brief to their Motion for Summary Judgment shall be filed on or before January 31, 2003.

M.J. Mannion