IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
JAN 29 2003
PER _____ DEPUTY CLERK

Kim Smith :
    Plaintiff :
     :
     :Civil No. 1:01-0817
v. :
     :(Judge William W. Caldwell)
     :
James Morgan, et al., :(Magistrate Judge Malachy E. Mannion)
    Defendants :

## OBJECTION TO CORRECTION DEFENDANTS MOTION FOR ENLARGEMENT OF TIME

**AND NOW**, comes Kim Smith a lay person not lettered in legal matters and without the aid of counsel prays a less stringent standard be applied to this pro-se pleading and objection to the Correctional Defendants Motion for Enlargement of Time. As a Matter of law and in this Court Order it stated that their will be no additional enlargement of time. And since have grant two additional enlargement of time and at this point a third is not required nor should the Correction Defendants be Granted any more additional time to respond to claim or in their Motion for Summary Judgment. Because of the period of time and the amount of additional time it is appearing that the Correction Defendants may not have evidence to support their claim and material fact and this matter should be set for jury trial on the violation and the cruel punishment imposed on petitioner by the Correction Defendants.

It is respectfully requested the Correction Defendants Motion be **DENIED**, and this matter set for trial as their material fact that would support the Correction Defendants action in the terminating power in the RHU cells, and the denial of use of C-Pap when their was no power for its use. Coupled with some of the other claims in plaintiff complant.

Wherefore no additional enlargement of time should be granted and this case should

move forward and set for submitting to the jury.

Respectfully Submitted

*[signature]*

Date:   January 24, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kim Smith | : |
|     Plaintiff | : |
| | : |
| | : Civil No. 1:01-0817 |
| v. | : |
| | : (Judge William W. Caldwell) |
| | : |
| James Morgan, et al., | : (Magistrate Judge Malachy E. Mannion) |
|     Defendants | : |

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that a copy of the Plaintiff Motion for Enlargement of Time in this matter was served upon the person(s) in a manner indicated below.

Service by first class mail
addressed as follow:
Jan. 24, 2003

*Kim Smith* (signature)

Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

Office of the Clerk
United States District Court
Middle District of Pennsylvania

James D. Young Esq.
Lavery, Faherty, Young, and Patterson, P.C.
301 Market ST.
P.O. Box 1245
Harrisburg Pa. 17108-1245

Pa. Department of Correction
55 Utley Dr.
Camp hill Pa. 17011