IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith                              :
    Plaintiff                      :
                                       :
                                       :Civil No. 1:01-0817
v.                                     :
                                       :(Judge William W. Caldwell)
                                       :
James Morgan, et al.,                  :(Magistrate Judge Malachy E. Mannion)
    Defendants                     :
                                       :
                                       :

MOTION FOR ENLARGEMENT OF TIME

**AND NOW,** comes Kim Smith a lay person not lettered in legal matters and without the aid of counsel prays that a less stringent standard be applied to this pro-se pleading for an Enlargement of Time in which to reply to the Weford Health Defendants Motion for Summary Judgment and Material fact.

It is respectfully requested an enlargement of time to do research and make attempts to obtain medical record from the street for plaintiff health care condiction that he was treated for. And time is needed to do research on the issues presented in the defendant brief in support of.

Plaintiff request an enlargement of time for a period of 90 days in which to file his response to the claims presented in the defendants brief.

Respectfully Submitted

/s/ Kim Smith

Dated: January 24, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith
    Plaintiff

v.

:Civil No. 1:01-0817

:(Judge William W. Caldwell)

James Morgan, et al.,
    Defendants

:(Magistrate Judge Malachy E. Mannion)

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that a copy of the Plaintiff Motion for Enlargement of Time in this matter was served upon the person(s) in a manner indicated below.

Service by first class mail
addressed as follow:

Jan 24, 2003

Kim Smith CT-2162
1 Kelley Dr.
Coal Township Pa. 17866-1021

Office of the Clerk
United States District Court
Middle District of Pennsylvania

James D. Young Esq.
Lavery, Faherty, Young, and Patterson, P.C.
301 Market ST.
P.O. Box 1245
Harrisburg Pa. 17108-1245

Pa. Department of Correction
55 Utley Dr.
Camp Hill Pa. 17011