UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:01-0817 |
| v. | : | (CALDWELL, D.J.) |
| | | (MANNION, M.J.) |
| JAMES MORGAN, et al., | : | |
| Defendants | : | |

## ORDER

Before the court is the plaintiff Smith's "Objection to Correction Defendants Motion for an Enlargement of Time". (Doc. No. 122). In that motion, Smith objects to the correction defendants' January 21, 2003 motion to extend time to file their statement of material facts and brief in support of their motion for summary judgment until January 31, 2003. (Doc. No. 117). On January 23, 2003, this court granted that motion. (Doc. No. 121). As such, Smith's objection is dismissed as moot.

MALACHY E. MANNION
United States Magistrate Judge

Dated: February 6, 2003