# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM SMITH,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 1:01-0817 |
| v. | : | (CALDWELL, D.J.) |
| | | (MANNION, M.J.) |
| **JAMES MORGAN, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

Before the court is plaintiff's Kim Smith's motion for an enlargement of time. (Doc. No. 123). In the motion for enlargement of time Smith requests an enlargement of ninety (90) days in which to file his response to the defendants' brief in support of summary judgment. Normally, pursuant to L.R. 7.6, a party opposing a motion for summary judgment would have fifteen (15) days from service of the movant's brief in which to respond. In this case, the plaintiff must not only respond to the Wexford defendant's motion for summary judgment (Doc. No. 100), but additionally respond to the correction defendants' motion for summary judgment. (Doc. No. 99). In light of the foregoing, plaintiff's motion will be granted to the extent that he will have thirty (30) days from service of each of the motions to file a responsive brief.

MALACHY E. MANNION
United States Magistrate Judge

Dated: February 6, 2003