IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-CV-0817

(Judge William W. Caldwell)

(M.J. Malachy E. Mannion)

## ORDER

AND NOW this 25th day of February 2003 upon consideration of the Corrections Defendants' motion for an enlargement of time to file their Briefs and Statements of Materials Facts to their Motion for Summary Judgment, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file their Briefs in Support and Statements of Material Facts on March 3, 2003 using the Court's electronic filing system, and serve copies upon the parties in accordance with the Court's Local Rules.

Malachy E. Mannion
Magistrate Judge