# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| Plaintiff, | : |
| | : Civil No. 1:01-CV-0817 |
| v. | : |
| | : (Judge William W. Caldwell) |
| JAMES MORGAN, et al., | : |
| | : (M.J. Malachy E. Mannion) |
| Defendants. | : |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel of record in the above-captioned matter for the following Defendants *for the limited purpose of filing the Corrections Defendants' Motion for Enlargement of Time to File Briefs in Support of Motion for Summary Judgment:*

K. Allen, Ambrose, Bernas, Burks, Kandis Dascani, Ersek, Frank Gillis, Johns, Jordon, Learn, James Morgan, W. Sedwell, Voeckler, Mr. Weaver, Whysong, Wolfgang, Pat Yarger, Angela Zimmerman, H. Zimmerman

Laura J. Neal
Assistant Counsel
Attorney I.D. No. 81070

Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444

Dated:      March 3, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                          :
                                    :
         Plaintiff,                 :
                                    :   Civil No. 1:01-CV-0817
v.                                  :
                                    :   (Judge William W. Caldwell)
JAMES MORGAN, et al.,               :
                                    :   (M.J. Malachy E. Mannion)
         Defendants.                :

## PROOF OF SERVICE

I hereby certify that I am this day forwarding a true and correct copy of the foregoing Corrections Defendants' Motion for Enlargement of Time to File Briefs in Support of Motion for Summary Judgment upon the person(s) and in the manner indicated below.

Kim Smith, CT-2162             James D. Young, Esquire
SCI-Coal Township              Lavery Faherty Young and Patterson P.C.
1 Kelley Drive                 301 Market Street
Coal Township PA  17866-1020   P.O. Box 1245
                               Harrisburg, PA  17108-1245

Deborah Bryan
Clerk Typist 2

PA Department of Corrections
55 Utley Drive
Camp Hill, PA  17011
(717) 731-0444
Dated:  March 3, 2003