UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM SMITH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:01-0817 |
| v. | : | **(CALDWELL, D.J.)** |
| | | **(MANNION, M.J.)** |
| **JAMES MORGAN, et al.,** | : | |
| Defendants | : | |

## O R D E R

Before the court is a motion for an extension of time to file a brief in support of their motion for summary judgment filed by counsel for the correctional defendants. (Doc. No. 134). Counsel is seeking an extension until March 10, 2003.

**IT IS HEREBY ORDERED** that the motion is **GRANTED** to the extent that counsel will be given an additional seven (7) days or until **March 17, 2003** to file their brief in support.

s/ Malachy E. Mannion

MALACHY E. MANNION
United States Magistrate Judge

Dated:   March 12, 2003
O:\shared\ORDERS\01-0817.20.wpd