IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| Plaintiff, | : |
| | : Civil No. 1:01-CV-0817 |
| v. | : |
| | : (Judge William W. Caldwell) |
| JAMES MORGAN, et al., | : |
| | : (M.J. Malachy E. Mannion) |
| Defendants. | : |

## ORDER

AND NOW this _____ day of _____ 2003, upon consideration of the Corrections Defendants' motion for an enlargement of time *nunc pro tunc*, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file their Supporting Briefs and Statements of Material Facts on or before Monday, April 21, 2003.

_____
Malachy E. Mannion
Magistrate Judge