IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:01-CV-0817

(Judge William W. Caldwell)

(M.J. Malachy E. Mannion)

## ORDER

AND NOW this 19th day of March 2003, upon consideration of the Corrections Defendants' motion for an enlargement of time *nunc pro tunc*, it is hereby **ORDERED** that said Motion is **GRANTED**. The Corrections Defendants shall file their Supporting Briefs and Statements of Material Facts on or before Monday, April 21, 2003.

Malachy E. Mannion
Magistrate Judge