IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith                                    :

    Plaintiff                            :No. 1:01-0817

                          :(Judge William W. Caldwell)

    v.                                   :(Magistrate Judge Malachy E. Mannion)

                          :

James Morgan, et al,,                        :

        Defendants                    :

**FILED**
HARRISBURG

MAY 1 4 2003

## MOTION FOR ENLARGEMENT OF TIME

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

    And now, comes Kim Smith a lay person not lettered in legal matters, and without the aid of counsel, prays a less stringent standard be applied to this pro se motion for enlargement of time, avers the following:

    Plaintiff is respectfully requesting a 30 day enlargement of time to file his objection to the Correction Defendants Motion for Summary Judgment, until next month. As it is the business office Michael K. Frawn has advised me on May 5, 2003 that I will not be able to place my account in the red for legal postage until next month, see the attached exhibit. As it is plaintiff is not sure when and if family will send funds and he has to depend on institutional allowance for legal postage, and had to have filed in these courts document by May 14, 2003 and has exceeded his allowance for postage per D.O.C. policy, as it is stated inmate can only go in red $ 10.00 per month for legal postage. For this reason it is requested an enlargement of time for mailing reasons.

Date: 5-13-03

Respectfully Submitted

Kim Smith

# **REQUEST FOR FREE STATIONERY/POSTAGE FOR LEGAL MAIL**

Inmate Name: _Yun Lovett_     Inmate Number: _CT-216-2_

Housing Unit: _CD-2-55_

**The following excerpt from Department of Corrections Policy outlines required information you must provide in order to receive free stationery/postage:**

Date of Request: _5-7-23_

The approximate quantity of paper needed to prepare the legal documents: (If applicable)

_150 sheets Carbon_

Whether a pen or the use of a pen is needed: (If applicable) _yes_

The current balance in your inmate institutional account, if known: _0_

The case/docket number, type of case, and location of filing: _____

_State Supreme Court Docket No. 14 WAP 2003 Appeal_
_U.S. Court of Appeal Docket No. C.A. No. 03-2033 appeal_
_U.S. District Court Western Dist Pa Docket No 01-29_

_Postage for: 11 (Business) Envelope and 1_
_large envelope_

---

All twelve (12) pieces of legal mail have been sent out. The total for postage was $11.93. If you have additional legal mail to send out you will have to wait until next month. Here is a legal packet as requested.

Michael K. Brown, Acct.
5/8/03

cc: Mailroom