## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM SMITH,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 1:01-0817** |
| v. | : | **(CALDWELL, D.J.)** |
| | | **(MANNION, M.J.)** |
| **JAMES MORGAN, et al.,** | : | |
| Defendants | : | |

## O R D E R

Before the court is plaintiff's motion for an enlargement of time in which to respond to the defendants' motion for summary judgment. (Doc. No. 144). Plaintiff requests a 30 day extension of time and he has supplied a documentation from the Bureau of Prisons advising that his account does not have sufficient funds, as of May 8, 2003, to send out any additional legal mail within the present month. As such, the plaintiff requests an extension of 30 days.

In light of the foregoing, the plaintiff's request is **GRANTED** and his brief in opposition to the defendants' motion for summary judgment is due on or before June 18, 2003. The docket in this matter is already voluminous. Plaintiff is well advised to anticipate his mailing needs in advance. Future request of this nature will be denied.

s/ Malachy E. Mannion

MALACHY E. MANNION
United States Magistrate Judge

Dated: May 19, 2003

O:\shared\ORDERS\01-0817.21.wpd