**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

August 22, 2001

Kim Smith, CT-2162
SCI Coal Township

RE:    DC-ADM 804 – Final Review
Grievance No. COA-0555-01

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office.  Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision.  The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal is incomplete.  You have failed to provide this office with the required documentation that relates to your appeal.  An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

*Tshanna C. Kyler*

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:    Superintendent Gillis
Grievance Office
Central File

Case 1:01-cv-00817-WWC    Document 1472    Filed 06/16/2003    Page 2 of 100

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
SCI P.O. BOX 598
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

01 JUL -9 AM 11: 13

GRIEVANCE NO. | 0555-01

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Kanbis Dascani | SCIC | 7-4-01 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT3162 | Kim Smith | |
| WORK ASSIGNMENT  U/A | QUARTERS ASSIGNMENT  D-2-19 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On this date, in the A.M, I was told to take a curtain curtain down, at time I was on tolet, and could not above to order. 10 second later Cpt Wetz, and C.O. Corp was at my to I explained I was on tolet, they seemed to expect me to jump up in the middle of a dump. They opened the door, took paper down, then stood there and looked at me while on tolet. After taking paper down, they should have left instead they looked for 5 min, it was not until C.O. Corp moved around to get a better look that this act become sexual harrasment, and the period of time they stood their with door open, after they took paper down, that I felt I was being sexually harrised while in tolet.

B. Actions taken and staff you have contacted before submitting this grievance:

P.M. H-at P.M meal line

---

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascani
Signature of Grievance Coordinator

7/9/01
Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

· DC-ADM 804, Inmate Grievance System

**Attachment B**

**DC-804**
**Part 2**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

**OFFICIAL INMATE GRIEVANCE**    01 JUL 19  AM 9:08
**INITIAL REVIEW RESPONSE**

Superintendent's Assistant
Office

**GRIEVANCE NO.**    | 0555-01

| TO: (Inmate Name & DC No.)<br>Smith, Kim  CT-2162 | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| | SCICT | DB-1019 | July 4, 2001 |

**The following is a summary of my findings regarding your grievance:**

Investigation into the allegations presented revealed that grievant had paper placed on his cell door window at the time of the incident, reference DOC Inmate Handbook p. 4 #7 "Except as expressly authorized, nothing is to be affixed to the bars, ventilators, windows or doors. ....."

At no time were either of the mentioned staff members at or near the cell. The order to clear the windows was given from the Officer's Station.

*Got reply on 8-10-01*

| J. T. Mushinski, Captain | SIGNATURE OF GRIEVANCE OFFICER  *Mushinski C.O.* | DATE<br>July 17, 2001 |
|---|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

July 24, 2002

Kim Smith, CT-2162
SCI Coal Township

Re:   DC-ADM 804 – Final Review
Grievance No. 15086

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to refer this grievance to the Bureau of Health Care Services for review. Upon completion of this review, I will then complete final review of your grievance and provide you with a written response.

This letter is to advise you that final review will be delayed pending review by the Bureau of Health Care Services.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ/kpr

cc:   Superintendent Gillis
Grievance Office
Central File

---

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

August 7, 2002

Kim Smith, CT-2162
SCI Coal Township

Re:   DC-ADM 804 - Final Review
      Grievance No.  15086

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review with the Bureau of Health Care Services.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. Dr. Arrow, Assistant Medical Director, Bureau of Health Care Services, reviewed your grievance and found the issues raised for final review were addressed by the Health Care Administrator and the Superintendent, and their responses are reasonable and appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ/kpr
cc:   Superintendent Gillis
      Grievance Office
      Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

**APPEAL TO GRIEVANCE NO. 15086**

Date 2-22-02

Kim Smith. CT - 2162    S.C.I. Coal Township

## M E D I C A L

On 12-10-01 I complained about a lump behind left knee, and right shoulder pain, an ultersound was ordered and x-rays. At which time a Dr. Gregory dignosed this condition as ( 2 adjacent cysts with some internal debris along the lateral aspect of the left popbteal focsa, and referred to consult with an orthorpedic doctor. Dr. Breen Medical Director stated it was his opinion that these cyst were benine and that in his opinion I should not see a orthopedic Doctor for this condition they gave tyenol, and a rub for the pain and the lump which has since worsen.) The determination for treatment is better determined by a train bone doctor not a general practionor.

X-rays were also taken at S.C.I. Smithfeild and a dignoses was given ( mild erosive changes the distol end of the clavicle at A/C joint as well as a slight hypertrophic spurring at the superior tublrosity of the humeral head. This I believe was done by a Dr. K. Smith. Then at S.C.I. Coal Township they claim their was no problem with the shoulder and the condition that appeared at S.C.I.S. did not go away and no treatment for pain was given and have since worsen.

This appeal comes from Mrs. W. Sewell C.H.C.A. and Warden Gillis reply to this grievance supporting the denial of this medical condition and a referral to see an orthopedic doctor for this problem and the level and manner of treatment given for these condition as Kim Smith sits and watches these condition worsen and their and appears their is no treatment forth coming. For these reason I appeal the denial of health care for these serious illness, that these parties knew or should have known that refusing to treat these condition would result in a more serious problem and pain. That these parties knowingly and intentionally denied treatment and done so with deliberate indifference to inflict pain and injury with a wanton desire to punish and hinder any and all aspect for treatment. When Dr. Breen superceeded the referral and order of another Dr. and denied Kim Smith the right to see a specialist for the above condition was done with deliberate and wanton intent to injury and harm, as their is no justification for this denial. More over for this Dr. Breen to claim that these cyst were benien put Kim Smith at risk for serious injury, when the reason and cause and

nature of this problem was not and is not being correctly addressed and treated by the health care providers at this institution.  Civil action will be sought for damages and the denial of health care coupled with 8 th amendment violation malpractice, neglegect, and deliberate indifference to health care needs.  When staff at this institution supports a Dr. decision of a health care need when he is not trained to make that call is a showing of deliberate indifference and reckless indangerment of another, when the result could be a serious injury.

RESPECTFULLY SUBMITTED

4-15-02

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*15086*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K. Dascani | S.C.I.C. | 2-22-02 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT-2162 | *Kim Smith* |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| F/S | D-2-19 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

1 of 2

On 2-19-02 while speaking to Dr. Brien he knowingly and intentionally refused me health care for a lump behind left knee that runs up into left ham s string and causes pain and my ability to walk. This Dr. claimed that the lump was benided even after x-rays and ulter sound showed a condiction and that this lump could cause other problems if not address. This Dr. todd me that it was benined and that was the opinion he was giving and if I did not like it I could sue him. He claimed that the fat lady sang which told me he has no intention to treat this condition, so I must suffer the pain and continue to do so.

As a medical professional this Dr. knew or he should have known that to see a medical problem and refuse to treat or make a diganioses of such whih out first taking the correct steps put an inmate are risk for serious healTH problems and to state if you do not like it sue me, and that it was not therfirst time he was sued for malpractice. My calf muscle is small and knee is swoblen and I'm in constent pain all the time even when walking and their is something going on and I'm refused

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Sgt. Mann, and Capt Mashineki

Request sent to Deputy Lane and Ms. Sewell

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_K K Dascan_
Signature of Facility Grievance Coordinator

_2/26/02_
Date

DC-804
Part 1

FOR OFFICIAL USE ONLY
15086
GRIEVANCE NUMBER

OFFICIAL INMATE GRIEVANCE

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR [illegible] | FACILITY: S.C.I.C. | DATE: 3-21-02 |
| FROM: (INMATE NAME & NUMBER) [illegible] | SIGNATURE: [illegible] | |
| WORK ASSIGNMENT: F/S | HOUSING ASSIGNMENT: 3-2-19 | |

INSTRUCTIONS:
1. [illegible]
2. [illegible]
3. [illegible] to include the identity of staff [illegible]

A. [illegible] maximum two pages.

Page 2 of 2

health care for a known condition by Dr. [illegible] Medical Director of S.C.I.C. for what ever reason, I'm not sure if this is a game he is playing but he has denied to treat this problem, on 3-14-02

This act was knowingly and intentionally done with deliberate indifference to a health condition. To see a health care problem and not treat it is deliberate indifference, and malpractice, and done with wanton desire to inflict harm and [illegible]

act for the [illegible]

to support to abuse this inmate is being [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

[illegible]

Signature of Facility Grievance Coordinator

Date

WHITE - Facility Grievance Coordinator Copy CANARY - File Copy PINK - [illegible] Copy GOLDENROD - Inmate Copy

Revised
December 2000

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

15086

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR **K. Dascani** | FACILITY: **S.C.I.C.** | DATE: **2-22-02** |
| FROM: (INMATE NAME & NUMBER) **Kim Smith CT-2162** | SIGNATURE OF INMATE: *Kim Smith* | |
| WORK ASSIGNMENT: **F/S** | HOUSING ASSIGNMENT: **D-2-19** | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

#### 2 of 2

health care for a known condition by Dr. Brien Medical Director of S.C.I.C. for what ever reason, I'm not sure if this is a game he is playing but he has denied to treat this problem, on 2-19-02

This act was knowingly and intentionally done with delberate indifference to a health condition.  To see a health care problem and not treat it is delberate indifference, and malpractice, and done with wanton desire to in flict harm and bring about an affect that may cost an inmate his leg or other health problems for the failure to treat and knowingly and intentionally do so with little re-grad to inmate health care and safety.  I have a constitutional right to be free from this level of abiuse fro medical; staff, and to leave such a condition un-treated brings about a level of emotional distress, and I feel this is a retalitory act for the pending claim in federal court, and the falsifyng of records to support to abuse this inmate is being subjected to.

B. List actions taken and staff you have contacted, before submitting this grievance.

Sgt. Menn, Capt. Mashinski

Request slip sent to Deputy Lane and Ms. Sewell

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_K.K. Dascani_                              2/26/02
Signature of Facility Grievance Coordinator          Date

..TE - Facility Grievance Coordinator Copy   CANARY - File Copy   PINK - Action Return Copy   GOLDENROD - Inmate Copy
.evised
December 2000

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

*EH A — 7*

January 25, 1999

Kim Smith, CT-2162
SCI Smithfield

Re:     DC-ADM 804 - Final Review
        Grievance No. SMI-0418-97 and SMI-0419-98

Dear Mr. Smith:

Your request for appeal to final review of the above noted grievance is hereby acknowledged.

In accordance with the provisions of DC-ADM 804, VI, D, as amended effective November 1, 1997, I have reviewed Grievance Nos. SMI-0418-98 and SMI-0419-98 and all documents related to your appeal at the institutional level and this office.

After a careful evaluation of the entire record, it is the decision of this office that your appeal to final review be dismissed. Review of the record reveals that on October 13, 1998, you refused two opportunities to be seen by Dr. Long to discuss the issues raised in your grievance. Having refused to discuss your issues with the Medical Director at initial review, you cannot appeal the response provided at initial review.

For the above stated reasons, your appeal to final review is dismissed.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:ph

pc:     Superintendent Morgan

COMMONWEAL  OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 31, 2001

Kim Smith, CT-2162
SCI Coal Township

RE:    DC-ADM 804 – Final Review
       Grievance No. COA-0282-01

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office. Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision. The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal is incomplete. You have failed to provide this office with the required documentation that relates to your appeal. An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

*Bhanna Kyler*

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:    Superintendent Gillis
       Grievance Office
       Central File

*about nurse Bhanas cutting my diabetic medication with aut cause or authority attemped murder*

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 19, 2001

Kim Smith, CT-2162
SCI Coal Township

Re:    DC-ADM 804 – Final Review
Grievance No. COA-0161-01

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. Our review indicates that you are being considered for continued treatment and the doctor sees you on a regular basis. Our review also indicates that you have been less than cooperative with the medical staff regarding your care. I believe the instruction from Superintendent Gillis to the Corrections Health Care Administrator addressed your claim of inadequate medical attention. Moreover, I find nothing inappropriate about the doctor's comments related to the level of community services available for people with your condition.

The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ/tck

cc:    Superintendent Gillis
Grievance Office
Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

May 16, 2001

Kim Smith, CT-2162
SCI Coal Township

RE:   DC-ADM 804 – Final Review
      Grievance No. COA-0250-01

Dear Mr. Smith:

This is to acknowledge receipt of your letter to this office. Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision. The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

Review of the record reveals that your appeal is incomplete. You have failed to provide this office with the required documentation that relates to your appeal. An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

*Tshanna Kyler*

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:   Superintendent Gillis
      Grievance Office
      Central File

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."



**COMMONWEALTH OF PENNSYLVANIA**
Department of Corrections
State Correctional Institution Coal Township
(570) 644-7890
May 9, 2001

SUBJECT:   Appeal from Initial Review Grievance 0250-01

TO:           Kim Smith CT-2162
                 RHU

FROM:       *Frank D. Gillis*
                 Frank D. Gillis
                 Superintendent

I have received your Request for Appeal from Initial Review of the above-noted grievance and I have reviewed the entire record related to this matter.

I find the response provided you by Mr. Voeckler, in his capacity as Grievance Officer, to be proper and it shall, therefore, be sustained.  Your Request for Appeal from Initial Review of Grievance 0250-01 is denied.

I had Unit Manager, Mr. Smith, provide me further information on this matter.  This confirms my decision that the response to your original grievance should be upheld.
FDG/jh

cc:   Mr. Voeckler
        Mr. Smith
        DC-15
        File

*Ex. A*

*Mr. Smith U/M and Mr. Dunn, with deliberate indifference, cruel punishment, malicy and malicious intent, failed to cut on cable after cable fee was taken and approved, 8 days into the month then refused to provide refund.*

*Warden should be held liable for subordinate act of his staff in the administering of cable con- tract*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

August 7, 2001

Kim Smith, CT-2162
SCI Coal Township

Re:   DC-ADM 804 - Final Review
      Grievance No.  COA-0062-01 and COA-0108-01

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response. I have also carefully reviewed the issues you raise to final review with the Bureau of Health Care Services.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. I find the issues raised for final review have been addressed by the Grievance Coordinator and the Superintendent, and their responses are reasonable and appropriate. Your Hepatitis C treatment, shoulder problem, back and knee complaints, and eye damage have all been reviewed by the staff in the Bureau of Health Care Services as being appropriate.

I concur with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ:tck

pc:   Superintendent Gillis

Case 1:01-cv-00817-WWC   Document 147-2   Filed 05/16/2005   Page 18 of 100

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

**0342-01**

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K Des Caull | SCI C | 4-20-01 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2462 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| U/A | H 106 |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 4-13-01 I was brought to RHU facit 35 since being here has been denied linen, diet bag at night, request, sick call slips, towel teeth paste etc.

On 4-15-01 Lt Jordan, C.O Lewis, RN Ambrose, RN Burns conspired to inflict serious harm and attempt murder by taking med line 1 medication for diabetics On 4-17-01, Re order blood test, diet accu-check and increase in diabetic medication on med line 3 at no time was any order directed to cut line one medication, R.N's Burns and Ambrose took it upon themselves to supercede Dr order and do so deliberly and wantonly to inflict harm and place Kim smith at risk of serious injury or death and done so wilfully with deliberate intent, these parties also interfered with me getting blood test when showing N Burns the Dr orders and there was no reason to cut meds, states that the _____

**B.** List actions taken and staff you have contacted, before submitting this grievance.  Attach the copy of the **DC-135A** with the staff member's response of your informal resolution attempt.

RHU office, med line Nurse Ambrose
L. L. Breon who supported this form
of medical abuse

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    4/23/01
                                                              Date

**WHITE** - Facility Grievance Coordinator Copy      **CANARY** - File Copy      **PINK** - Action Return Copy      **GOLDENROD** - Inmate Copy

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

August 15, 2001

Kim Smith, CT-2162
SCI Coal Township

Re:    DC-ADM 804 – Final Review
       Grievance Nos. COA-0342-01 and COA-0269-01

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievances.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of these grievances; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. You are being provided with appropriate medical treatment for your diabetes. Review of your record reveals your blood sugar levels are monitored on a regular basis. It is also noted that Ms. Sewell has instructed you on the importance of eating properly and cooperating with staff.

The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ/kp

cc:    Superintendent Gillis

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

December 10, 2001

Kim Smith, CT-2162
SCI Coal Township

                    Re:    DC-ADM 804 – Final Review
                           Grievance No. COA-0485-01

Dear Mr. Smith:

        This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

        In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

        Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. Your placement in the hard cell was due to a misconduct that you received on 4/18/01 (0875160-Refusing to Obey an Order). Your negative behavior placed you in this situation. Staff's decision is deemed as being in accordance with Department policy.

        The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

                    Sincerely,

                    Thomas L. James
                    Chief Grievance Coordinator

TLJ:ms

cc:    Superintendent Gillis
       Grievance Office
       Central File

---

Appeal Griv #0485-01    June 4, 2001    Kim Smith CT2163

On 6-19-01 an appeal was filed to warden in which he has failed to reply to this grievance appeal, in compliance with D.O.C. policy for appeal.

On 4-18-01 I was placed in a hard cell without reason, justification or provocation, and subjected to this cruel punishment for a 45 day period. On this date their is nothing on the tape to support this level of abuse. As I was told by Lt Gula, I had an attitude that was the reason for this punishment. Warden Shelia Rosalia Dorcani, Deputy Johnson, Mr Miller have claimed falsely that it was due to my behavior, which is not supported by the tape of 4-18-01.

The Warden has failed in his professional responsibility to comply with D.O.C. policy for grievance appeals and I respectfully request that this appeal moves forward due to the nature and conduct which is and has hindered me in this action.

Please be advised that civil damages will be sought.

Proof of Service
A copy of this appeal was sent to the below listed parties on or about July 7, 2001 or soon there after

Clerks Office
U.S. District Court
Meddle District of Pa

Grievance Appeals Office
Camp Hill Pa

I certify under the penalty of Perjury the forgoing is true and correct.

Respectfully
Kim Smith

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

March 3, 2003

Kim Smith, CT-2162
SCI Coal Township

Re:   DC-ADM 804 – Final Review
      Grievance No. 42421

Dear Mr. Smith:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective May 1, 2002, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. After review of your complaints and all enclosed documentation, I agree with the grievance officer and Superintendent Gillis's findings. I researched your account as well as other records, and you do not meet the requirements to be considered indigent. You were permitted to go in the red for postage and for medical expenses. You obviously did not manage your money very well and chose to purchase other things rather than spend your money for copies. I find no violation of policy regarding your grievance.

The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ:kk

cc:   Superintendent Gillis
      Grievance Office
      Central File

---

*"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 7, 2001

Kim Smith, CT-2162
SCI Coal Township

            Re:    DC-ADM 804 – Final Review
                  Grievance Nos. COA-0062-01 and COA-0108-01

Dear Mr. Smith:

      This is to acknowledge receipt of your appeal to final review of the above numbered grievances.

      In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of these grievances; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

      Upon completion of this review, it is the decision of this office to refer these grievances to the Bureau of Health Care Services for review. Upon completion of this review, I will then complete final review of your grievances and provide you with a written response.

      This letter is to advise you that final review will be delayed pending review by the Bureau of Health Care Services.

                  Sincerely,

                  Thomas L. James
                  Chief Grievance Coordinator

TLJ/kp

cc:    Superintendent Gillis

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

DC-804
PART II

*Ex. A-2*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. SMI-022-99

| To: (Name and DC No.)<br>Kim Smith    CT-2162 | Institution<br>Smithfield | Quarters<br>I/B 42 | Grievance Date<br>1/20/99 |
|---|---|---|---|

**The following is a summary of my findings regarding your grievance:** I have read your grievance and it seems that you state repeatedly that the staff is "abusing" you. Specifically, you say that Nurse J. Grove did such by having you sign a cash slip that you did not agree to sign. You also make a vague referral to "staff who bring their personal problems to work and abuse inmates". You go on to say that at some point after your surgery you were given dressings to take to your housing unit with which to do your own care. You state you are now "subjected to having the housing block C.O. call medical to get this dressing", which you say is the nurses' responsibility to change.

**Disposition:** Upon reviewing your medical record, I will respond by telling you that I do not tolerate any medical employee under my supervision behaving abusively toward a patient. I will follow up on your concern.

As for the medical care you are receiving since your surgery, I will state the facts as I know them. On 1/6/99, you had outpatient surgery and returned to the infirmary. You were administered analgesia, as ordered by your doctor. The following day, you started sitz baths, as ordered by your doctor. No dressing was ordered. Your doctor released you from the infirmary on that day, 1/7/99, no dressing was ordered. It is documented that nurses did change the dressing to your operative area as a nursing measure. and on 1/9/99, you complained of drainage with a foul odor. The nurse referred you to the doctor and the doctor saw you the same day. A specimen was obtained for a wound culture, but still no dressing change was ordered by any doctor. Sitz baths were done, as ordered. On 1/12/99, the PA-C saw you, no order for a dressing. This entire time you were given gauze for dressings without a doctor's order, and you tell me it was given to you in a quantity. I think rather than complaining about your treatment, you would have been wise to accept the staff's attention. On 1/19/99, Dr. Hardesty saw you and he did not recommend any dressing. The PA-C did order a dressing change on 1/20/99. You have been scheduled on nurse lines in the morning and evening to have that done according to the orders.

On 1/22/99, your concerns stated in this grievance were all addressed in response to your request dated 1/20/99 to Nurse Allen. You wrote this grievance on the same day you wrote to Nurse Allen, 1/20/99, rather than allowing time to receive a response from the staff member.

Your grievance regarding the delivery of health care has no merit, in fact, the care rendered to you has surpassed the community standard.

Category: Medical

cc:  Superintendent Morgan
     Major Tennis
     Captain Glenny
     DC-15

Grievance Officer    1/28/99

| Refer to DC-ADM 804, Section VIII<br>for instructions on grievance system<br>appeal procedures. | SIGNATURE OF GRIEVANCE COORDINATOR<br>*Sharon M. Burke* | DATE<br>1/29/99 |
|---|---|---|

GRIEVANCE NO. _____

INSTITUTION
SCI 5

INMATE'S SIGNATURE
_____

QUARTERS
I-B

_____ Signature of Grievance Coordinator _____    ____/____/____

DC-804
CHART 1

E/A-2

GRIEVANCE NO. Smi-022-99

| TO: GRIEVANCE COORDINATOR | | DATE |
|---|---|---|
| Burke | SGT S | 1-20-99 |
| FROM (Inmate name and number) | (Inmate name and number) | |
| Ken Smith CT2162 | Ken Smith CT2162 | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| abt. Clerk | I-B-42 | |

**INSTRUCTIONS:**
1. Refer to the Inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B the specific actions you have taken to resolve this matter. Be sure to

A. Brief, clear statement of grievance:

On this date 1/18, on the 7a/3p a.m. dressing for exit both and dressings for wound C. was subjected to disrespect and abuse and threats from junkie Brown for refusing to sign a cash slip for co-payment. It was not my fault Dr. Doherty did not write for weekends under DC-ADM-203 # 2-12 this is from an initial treatment and remedies. Also from Jan 6, 1999 to Jan 19 1999 I was given dressings to take to cell and change at will now I'm being subjected to having block CO to call medical to get this done approximately 3 times a day, now I'm subjected to spending the nights in damage soaked dressings ...

J. Conn

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Sharon M. Burke_
Signature of Grievance Coordinator                    1/22/99
                                                       Date

Lisa Smith, CT-2162
P.O. Box 99
1301 Kile St.
Huntingdon, Pa 16652

Nov 22, 3000

Chief, Secretary's Office
Inmate Grievance & Appeals
Dept. of Corrections
2520 Lisburn Rd.
P.O. Box 598
Camp Hill, Pa 17001-0598

Re:      Appeal from Grievance no.
         Sm. 1-413-00 dated 11-16-00
         Grievance received 11-27-00
         note signed by Mrs. D. Burks
         11-22-00

Case: June 14, 2000 I was given a misconduct by C.O.
I Wykong for calling him a dick head, a F in
dick head. After he acted as policy speaker and
denied me access to law-library, stating he felt
that I did not have such right, calling me a
nigger. This comes after being granted

extended time by me Zubert because of my work at the time. On June 16, 2000 Sgt Glenny claimed I threaten to split C.O. Wikyong head. What I told this officer is that C.O. Wikyong, should check himself cause someday he is going to mess with the right inmate and, he will split his wig. I'm not the one, and wished C.O Wikyong to stop harassing me. This C.O repeated violated policy and practice, by everyday going into my cell when one or my cellmate was not present, and you could tell cause this C.O body odor was present. And all request went to Mr. Hannah, Crider, Disario, and speaking to Lt about this C.O abuse of power went unaddress.

On June 16, 2000 I was given 30 days and on June 13, 2000 I was given 60 day for a harassy threat by C.O Henny. Sept 13, 2000 I was put on A.C status pending transfer, and on Oct. 13, 2000 threw no fault of my own I was placed on control unit. On 11-15-00 I was advised that Capt Glenny found no reason for transfer, at which time I should have been released from control unit to population. A. Zimmerman, P.R.C. Oisrden decided that placement in control unit threw no fault of my own. Oct 13, 2000 it was decided by staff to place me on this unit that is after 90 day D.C time 30 day A.C when released from A.C I should have population since they found adequate reason for transfer. And then yet been given and explanation

... why I'm being held on this unit. Poe has never given me any information ... he has told me no reason or explanation that would warrant the formal package.

DC-ADM 256 XIV. Inmate Allowance

Inmate was on unassigned, through no fault of their own and placement on control unit is not my fault but staff's observations, since Capt. Glenny's investigation showed no reason for transfer. Control Unit is not AC DC-ADM 803 and hope can staff at this institution act on policy matter and enforce a standard and practice not consistent with D.O.C. policy. I've yet to find ADM directive for a control unit let alone that other will pay. Since it was staff decision to place inmate on this unit. How could staff observation to be inmate's fault, when the investigation showed no reason for transfer, and inmate since has been given any justifiable reason to support this placement or denial. Even on D.O.C.I.S. back cont. at pg. 19 - D for change Page 20 (3) Removal from job, (5) Misconduct and E Reason for Not Compensating at (3) RHU - AC DC - AHC status. there is no listing for Control Unit in their handbook or D.O.C. Plan sheet dated 1994 to support the placement and denial of idle pay.

For these reason and the attached copies or request help & appeal since their is no standing D.O.C policy in hand book or S.C.I.S hand book that denies inmates housed on control unit from getting idle pay. Or supports any inmate to be placed on such a unit without a legal explanation.

Request idle pay. from Oct 13, 2000 forward

C.C

Respectfully Submitted

Kou Stout

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Warden Gillis | 2. DATE 4-28-01 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Kim Smith, CT8162 | |
|---|---|

| 5. WORK ASSIGNMENT U/A | 4. COUNSELOR'S NAME Mr. Dunn |
|---|---|

| | 6. QUARTERS ASSIGNMENT RHU - H-106 |
|---|---|

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

Appeal Grievance #025001

On Feb 29, 2001 my cable was not cut on per cable contract approved on 2-30-01. Informed Mr. Dunn and Ms. Smith of such both, came to cell and investigated claiming something was wrong with cable service or T.V. On March 6, 2001 at 4 P.m. I informed Mr. Dunn once again I did not have cable service and at 4:15 P.m. threw Mr. Dunn my cable was cut on, seeking refund for cable service for 6 days and verification to business office from Dunn and Smith, who both know my cable was not cut on, nor what ever reason I was without service for 6 days and expect a refund as there was nothing wrong with T.V. or ~~this~~ were, cable service was never put on.

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | Smi - 353-00 |

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
| Mr Burkes | S.C.I.S | 9-26-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT   N/A | QUARTERS ASSIGNMENT   H-2-32 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

at II-A-1 new RHU Policy is unconstitutional as Dale M. Norris Major of the Guard, & John A. Lowby Deputy for Facility Management are not Policy makers for the D.O.C. and this is not a state wide policy, and to act as policy makers for the D.O.C is an abuse of power and official oppression title 18 5301 (1)(2) as I'm not on death row, and this institution has no right enforcing such policy on me since I'm not under status of capital punishment. As a Federal protected and state protected right as well as a liberty interest to be free from this form of punishment would be a clear showing of 5th amendment discrimination, policy & Practice, Due Process, Unjustifiable wanton infliction of emotional abuse.

B. Actions taken and staff you have contacted before submitting this grievance:

Major Norris, Sgt Kiroff, C.O. Pinckney, Sgt Banks

---

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sherman M. Burke
Signature of Grievance Coordinator

10/2/00
Date

**WHITE**—Grievance Coordinator Copy      **CANARY**—File Copy      **PINK**—Action Return Copy      **GOLDENROD**—Inmate Copy

DC-804
Part 1

FOR OFFICIAL USE ONLY

45976N

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms K. Dascani | SCIC | 3-5-03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: |
|---|---|
| Kim Smith CT0162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| U/A | D-2-55 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On 2-5-03 I was advised that 4 legal size safe cant eat in response to a pending petition is being impeded from Issuing institution. Mr Moser states only 8 of the 4 will go out. Verification of business office. They know go should have known if all for use is a one is not informed of all filing. The one can be dismissed. This act by business office personage my liberations shorts and directly denies access to the court. They know or should have known that this outwards denies access to the courts and official oppression and civil rights violation. As the court citation states that all legal mail shall be use state business determined and because of this act as my ...arbitration in a civil suite claim one staff account damages will be sought as the claim one.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Mr Moser

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_K K Dascani_                                              3/6/03

Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

Case 1:01-cv-00817-WWC   Document NF 8 Filed 06/16/2003   Page 34 of 100

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

| FOR OFFICIAL USE ONLY |
|---|
| 45198 |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms K. Dascani | SCIC | 3-5-03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| U/A | D-2-55 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 3-5-03 was denied access to parole board to file my parole application. This act denies me my due process rights. The governor knew or should have known that this act would deprive me consideration of my application and other provision under the color of law and other deprivations of constitutional rights.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Mr. Moser
Parole Office

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date
KK Dascan                                               3/6/0

WHITE - Facility Grievance Coordinator Copy   CANARY - File Copy   PINK - Action Return Copy   GOLDENROD - Inmate Copy

Revised
December 2000

**DC-804**
**PART 1**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | 2671

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| K. Davrow | S C I C | 8-29-1 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kira Smith CT2160 | Kira Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| F/C | D-2-11 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

_[handwritten text, largely illegible]_ to spend the remains of their _____ _____ rules at S.C.I.C. that inmates can _____ _____ _____ _____ _____ deprived this unit, no such rule does do deliberately, requiring me her to _____ _____ _____ for legal _____ When _____ my account from _____, it _____ _____ _____ _____ _____ _____ commissioner _____ they are _____ _____ _____ the right to spend _____ money, _____ _____ on my account.

B. Actions taken and staff you have contacted before submitting this grievance:

Mr. Mosey, P.M. Lt, Businside office

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K. K. Davrow
Signature of Grievance Coordinator

8/31
Date

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

3891

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR ± K. DASCANI | FACILITY: SCIC | DATE: 9-14-01 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) **KIM SMITH** | SIGNATURE of INMATE: | |
| WORK ASSIGNMENT: **F/S** | HOUSING ASSIGNMENT: **D-2-19** | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

NO WHERE IN THE CO-PAY POLICY DOES IT STATE INMATE WHO SIGN UP FOR SICK CALL TO
GET MEDICATION RENEWED MUST PAY A $2:00 CO-PAY FEE FOR CHRONIC MEDICATION
MOREOVER WHY SHOULD I HAVE TO KEEPING GOING BACK TO MEDICAL FOR THE SAME CONDIC-
TION TO GET TREATED, AND NOW THE CLAIM OF MRS. SEWELL IS NOT OPPROPPRIATE BY
THE CO-PAY POLICY FOR THE RENEWING OF MEDICATION FOR CHRONIC CONDICTION.  SO
WHY AM I REPEATEDLY BEING SUBJECTED TO THIS ABUSE....  AND HAVE MY FUNDS TAKEN
REPEATEDLY FOR A NON-CHARGABLE FEE BY THIS POLICY.  IS MRS. SEWELL ACTING AS A
POLICY-MAKER FOR THE GOVERNMENT AND THE D.O.C. WHEN DEALING WITH THE CO-PAY POL
ICY AND THE CHARGING OF INMATES TO RENEW MEDICATIONS, WHEN THEY RUN OUT IS THIS
NOT AN ABUSE OF THIS POLICY.

B. List actions taken and staff you have contacted, before submitting this grievance.
MRS. SEWELL, CHCA

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascani
Signature of Facility Grievance Coordinator

9/19/01
Date

WHITE - Facility Grievance Coordinator Copy   CANARY - File Copy   PINK - Action Return Copy   GOLDENROD - Inmate Copy
Revised
December 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

_10394_

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| | | |
|---|---|---|
| TO: FACILITY GRIEVANCE COORDINATOR <br> Mrs K Dascari | FACILITY: <br> SCIC | DATE: <br> 12-25-01 |
| FROM: (INMATE NAME & NUMBER) <br> Kim Smith CT8462 | SIGNATURE of INMATE: <br> Kim Smith | |
| WORK ASSIGNMENT: <br> F/S | HOUSING ASSIGNMENT: <br> D-2-19 | |

INSTRUCTIONS:      1 of 2
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.
On 12-25-01 on med-line 4 nurse Pahlert knowingly and intentionally denied me my Glyburide 10 mg, with a wanted desire to cause death or bring me other harm. This nurse with deliberate indifference claimed Glucophage 500 mg was 10 mg Glyburide and him to get both of these medication on med-line 4, when bringing this error to his attention he went on to claim that the Glyburide card was empty, if that was the case, I would not have gotten such on med-line 1, moreover the stop date is 1-6-02 and on 12-6-01 a 30 day supply was ordered. Why is this nurse deliberately denying me my medication, because of this repeated act it may result in a serious health problem order the I.R.O. will be filed and charges will be sought because it has

B. List actions taken and staff you have contacted, before submitting this grievance.
Sgt Williams

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascan                                            12/27/01

Signature of Facility Grievance Coordinator          Date

WHITE - Facility Grievance Coordinator Copy  CANARY - File Copy  PINK - Action Return Copy  GOLDENROD - Inmate Copy

Revised
December 2000

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

2A10394

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MRS K DASCANI | SCIC | 12-25-01 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| F/S | D-2-19 |

**INSTRUCTIONS:**    2 of 2
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

happened more than once and I expect it will continue, because of this nurse cutting my diabetic medication, without authority or orders to do so has resulted in me suffering head aches high blood sugar and hinders me in controling my diabetes, and puts me at risk for death during sleep.

**B.** List actions taken and staff you have contacted before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_K K Dascan_
Signature of Facility Grievance Coordinator

_10/27/01_
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*10065*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K. Dascani | SCI 6 | 12-15-01 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CJ2162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| F/S | D-2-19 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

1 of 2

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

At med-line 4, nurse Huber, knowingly and intentional denied to give me prescribed medication by Dr on 12-14-01 he claimed medication was on order, (orders do not come in after 9 PM for medication to be here for med-line one) I'm to get Glyburide 10mg line 1 and 4, Buspar 15 mg line 4, restoril 150 mg line 4, Glucophage 500 mg line 4, loxoryl 50 mg, when inquiring about medication, Huber states it was in their, and only one 50 mg restoril capsules and all the rest was crushed into a powder that it and Huber is doing such knowingly and intention at with deliberate indifference, acted as a Daily

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_K. K. Dascani_
Signature of Facility Grievance Coordinator

12/20/01
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy

Revised
December 2000

**DC-804**
**PART 1**

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

INAJ2AQ

GRIEVANCE NO. 29 N9065

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| K DASCAN1 | SCIC | 12-15-01 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| F/S | D-2-19 | |

2 of 2

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

the taking of prescribed medication without knowledge or authority to do so. He acted in his individual capacity and because of his act I pray for my safety and health care. He/she went on to make a false claim that I pocketed, even after I showed c.o. on duty I did in fact take medication. A T.R.O. will be filed against this person and institution or I feel this is act of retaliation against me for pending claim. And medication should not be crushed to powder. Problem solved let inmate self medicate.
If meds fall on floor or claim, should not stop staff from giving required dose.

B. Actions taken and staff you have contacted before submitting this grievance:

Capt. Smith, C.O. at med-line window on 12-15-01 at 8:37 P.M.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K Dascan
Signature of Grievance Coordinator

12/20/01
Date

**WHITE**—Grievance Coordinator Copy  **CANARY**—File Copy  **PINK**—Action Return Copy  **GOLDENROD**—Inmate Copy

DC-ADM 804, Inmate Grievance System
DC-804
Part 3

1 9

**Attachment C**
**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Coal Township**

DATE:  _August 9, 2001_

SUBJECT:  Grievance Rejection Form

TO:  _Kim Smith, CT-2162_

_D-2-19_

FROM:  _K K Dascani_
Kandis K. Dascani
Corrections Superintendent's Assistant

| FOR OFFICIAL USE ONLY |
| --- |
| 1082 |
| **GRIEVANCE NUMBER** |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System.

1. _____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b. DC-ADM 802-Administrative Custody Procedures
    c. Other policies not applicable to DC-ADM 804

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. _____ The grievance was not signed and/or dated.

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. __X__ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.
    I suggest that you contact Mr. Sommers in reference to your complaint.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.
    Date

11. _____ Grievance involves matters that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____ The issue(s) presented on the attached grievance has/have been reviewed and addressed previously.

Case 1:01-cv-00817-WWC    Document 147-2    Filed 06/16/2003    Page 42 of 100

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

*1082*

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: S.C.I.C | DATE: |
|---|---|---|
| Kanbis Das Cani | | 8-4-01 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Kim Smith | | |
| WORK ASSIGNMENT: u/a | HOUSING ASSIGNMENT: D-2-19 | |

**INSTRUCTIONS:**
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.   State your grievance in Block A in a brief and understandable manner.
3.   List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

Since April 18, 2001 I have repeatedly saw moneys taken off my acc-
ount for one thing or another that I did not have or see or use
this act has happened a number of times and I'm dissatisfied at what
I'm being told as my funds continuely are being taken and my records
shows that I'm missing some $ 20.00 or more since April 2001  as this
is becoming a problem and depriving me my personally needs.
For pay period I was give allowence when released from RHU. for
the period of 5-16-01 t o 6-16-01 soince it is the claim of staff
that I must wait some 30 or more days why was I given allowence in
the first place.  And since I was given such on this pay period it
should have continued, and in as much if this is to be in affect
then I should have started allowence on July 2, 2001 my release
date from RHU was June 2, 2001 and 30 days makes it July 2, 2001
not what I'm being told.  I'm in hopes this error can be cXXXXXXXX
corrected and I get a reply in a timely manner in copliance with
D.O.C. policy.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

McCloskey, MOser, Business OfFice

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

8/9/01
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

FOR OFFICIAL USE ONLY

1082

DC-804
Part 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

1082

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Kenbia Das Cani | S.C.I.C | 8-4-01 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Kim Smith | | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| n/a | D-2-19 | |

INSTRUCTIONS:
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff
    members you have contacted.

**A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.**

Since April 18, 2001 I have repeatedly saw moneys taken off my acc-
ount for one thing or another that I did not have or use, other repa-
thissact has happened a number of times and I'm dissatisfied at what
I'm being told as my funds continuely are being taken and my records
shows that I'm missing some $ 20.00 or more since April 2001  as this
is becoming a problem and depriving me my personally needs.
For pay period I was give allowence when released from RHU. for
the period of 5-16-01 tpo 6-16-01 soince it is the claim of staff
that I must wait some 30 or more days why was I given allowence in
the first place.  And since I was given such on this pay period it
should have continued, and in as much if this is to be in affect
then I should have started allowence on July 2, 2001 my release
date from RHU was June 2, 2001 and 30 days makes is July 2, 2001
not what I'm being told.  I'm in hopes this error can be c########
corrected and I get a reply in d timely manner in copliance with
D.O.C. policy.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

McCloskey, MOser, Business Office

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Daucan

Signature of Facility Grievance Coordinator

8/9/01

Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

**DC-ADM 804, Inmate Grievance System**                                    **Attachment B**

DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA  17001**



**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

**GRIEVANCE NO.**   | 39040

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| Kim Smith, CT-2162 | SCI Coal Township | D-2-19 | 12/16/02 |

The following is a summary of my findings regarding your grievance:

We have court orders directing us to take 20% of any monies deposited
to your account to satisfy your obligations.  On December 16th we charged
your account $29.76, not $18.76.  20% of the $148.80 is $29.76.  There
were no errors.

cc: Superintendent Gillis
    Mrs. Dascani
    Mr. Brown
    Mr. Smith
    DC-15
    File

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| William Voeckler, Bus. Mgr. | William Voeckler | 1/3/03 |

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
**39040**
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms. Dascani | SCIC | 12-16-02 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT-2162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| F/S | D-2-19 |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 11-11-02 or about that date filing fee for civil action 1:01-087 was paid with 0 balance (see attached) so why has the business office taken $18.76 claiming filing fee. And why is their consident errors in my account, why is this taking place. Because of this act I'm being prohibited from making an outside purchase

| | | |
|---|---|---|
| MPFS | 58.80 | - 10.36 Cable |
| M/O | 35.00 | - 6.00 MD co-pay |
| M/O | 35.00 | - 1.00 Postage |
| D/O | 20.00 | - 7.00 copies |
| Total | 148.40 80 | - 70.00 Com   Balance 44.04 |
| | | 104.36   not 27.00 |

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Mr Moser / West side area Lt. Business office Federal Judge Caldwell

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

**DC-ADM 804. Inmate Grievance System**
- DC-804
  Part 3

**DATE:** _Feb 14, 2003_

**SUBJECT:** Grievance Rejection Form

**TO:** _Kim Smith CT 2162_
_D-255_

**FROM:** _K K Dascani_
KANDIS K. DASCANI
Facility Grievance Coordinator

**Attachment C**
**SS COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Coal Township**

| FOR OFFICIAL USE ONLY |
|---|
| _44157_ |
| GRIEVANCE NUMBER |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

1. _____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b. DC-ADM 802-Administrative Custody Procedures
   c. other policies not applicable to DC-ADM 804.

2. _____ Block B must be completed, as per Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. _____ The grievance was not signed and/or dated.

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You are limited to one grievance each 10 working days. You filed grievance # _____ on _____.
    Date

11. _____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _X_ The issue(s) presented on the attached grievance has been reviewed and addressed previously. _Was previously addressed in grievance #42421_

DC-804
Part 1

FOR OFFICIAL USE ONLY

**44157**

GRIEVANCE NUMBER

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

03 FEB 10 PM 1:52

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| Ms K. Dascani | SCIC | 2-7-03 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2162 | Kim Smith |

| WORK ASSIGNMENT: U/A | HOUSING ASSIGNMENT: D-2-55 |
|---|---|

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On 1-31-03 I was denied legal copies of transcripts to file with a reply to report and recommendation. Mr Voelkler cites DC-ADM 804 D-1 (i) indigent inmates can copy grievance appeal information. If this is true then this policy is denying me adequate access to the courts. As Mr Voelkler knew or he should have known, that if all the required papers are not attached to filing or pleading the case maybe dismissed, and to deny me legal copies, ie intentionally denied me legal copies in a form of retaliatory acts for pending case against this institution. With deliberate indifference, he claim a DC-ADM policy that if it were true would deny access to court. I believe that is this is a discriminatory act set to deprive that is knowingly and intentional living above. monetary punitive, compensary damages will be sought

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Mr Moser, Mr Voelkler

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

.DC-ADM 804, Inmate Grievance System                                      **Attachment B**

DC-804                          **COMMONWEALTH OF PENNSYLVANIA**
Part 2                            **DEPARTMENT OF CORRECTIONS**
                                        **P.O. BOX 598**
                                   **CAMP HILL, PA  17001**

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**
**NO.**
                                                      **GRIEVANCE**   | 0342-01 |

| TO: Kim Smith,  CT-2162 | **FACILITY**<br>**SCI-Coal Township** | **HOUSING**<br>**LOCATION**<br>**H-106** | **GRIEVANCE**<br>**DATE**<br>**4-25-01** |
| --- | --- | --- | --- |

The following is a summary of my findings regarding your grievance:

Mr. Smith,

After careful review of your medical chart and after speaking with Dr. McGlaughlin and the nurses you have named here this morning, (4-30-01), please allow me to share the following:

On 4-17-01, Dr. Adamson spoke with you at length regarding your diabetes and you were satisfied with this discussion.

Today, 4-30-01, Dr. McGlaughlin saw you in RHU.  He has started you on another medication.  You will have fasting Accu check in one week.

Mr. Smith, I can only tell you that the Medical Department Staff here at SCI-Coal Township, have no intention of mistreating anyone.  You are being treated appropriately and we will continue to take care of your medical needs.

WJS/mp

CC:  **Kandis Dascani, Superintendent's Assistant**
     **Inmate Records, DC-15**
     **Unit Manager**
     **File**

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
| --- | --- | --- |
| Wilma J. Sewell | *Wilma J. Sewell HCA* | 4.30.01 |
| Health Care Administrator | | |

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Smithfield**
Superintendent's Office
814-643-6520
March 13, 2000

SUBJECT:    APPEAL TO GRIEVANCE # SMI-063-00

TO:         Kim Smith, CT2162
            F Block

FROM:       James M. Morgan, Superintendent

This is in response to the above-mentioned grievance wherein you contend that you should be permitted to place an outside purchase order for art supplies.  In the initial response, Ms. Burks explained to you in great detail our procedure for permitting inmates to order art supplies. She denied your grievance based on your institutional adjustment.

I support her findings in that the ordering of art supplies is considered a privilege to be granted at the discretion of the institution.  The fact that you were denied approval does not violate any rights you think you may have. I support the decision of staff, and your grievance is denied.

JMM/lgh

cc:    Ms. Burks
       DC-15
       File

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Smithfield**
**Superintendent's Office**
November 2, 2000

**SUBJECT:**  Appeal of Inmate Grievance #SMI-353-00

**TO:**       Kim Smith, CT-2162
            H/2

**FROM:**     James M. Morgan
            Superintendent

The following is in response to your appeal dated October 5, 2000, received on October 10, 2000, of the grievance officer's response to you with reference to the above noted inmate grievance.  After review of your original grievance and your appeal, and the response provided by Major Norris, please be advised that your appeal is denied and the findings of the grievance officer are sustained in full.

JMM:ACB:sdw

cc:  Deputies (2)
     Major Norris
     Mrs. Burks
     DC-15
     File

**DC-804**
**PART 1**

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | Smi-032-01

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| J. Burks | SCIS | 1-05-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | H-B-13 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On 1-04-00 I was told by Ms Hannah, that CHCA G. Weaver stated I refused to use C-Pap device 7 times. I did not. On 1-03-0 me and Dr Pulmuller, went over medical chart and their was no evidence that I refused such. In June 2000 this device was taken from my property as well as a knee sleeve, and back brace & at that time Weaver stated to contract him if I needed the device, all request since then, have not been addressed and he is now denying me this health care, since I never refused such, and cells on J + H Blocks do not have power to use device as well as an extention cord to safely use the device

B. Actions taken and staff you have contacted before submitting this grievance:

Dr Long; Lt Lear; S. Weaver; C.O. Long A. Zimmerman; C.O. Sequel; Ms. Hannah

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks

Signature of Grievance Coordinator

1/5/01

Date

**DC-804**
PART 1

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. 4,3 Smi- ~~8~~ -00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Ms. Burks | SCI-S | 11-10-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT-3162 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| N/A | E-A-39 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I've been advised that I can not get idol pay, because I'm on control unit. Through no fault of my own C. Zimmerman determined the denial of transfer and this placement claiming I would not cooperate, and inform her of my intent towards C.O. Whyong. I told her I intended to see him, and it appearing not to be good enough for her standard or expectation of this issue and threw no fault of my own, I'm being denied idol pay, I've no control over staff opinionated determination, and being held in a unit based on their determination, it would appear not to be my fault idol pay is being sought from Sept 12, 2000 to this date and forward. This confinement on Control Unit is not my fault and whereas I being denied idol pay.

B. Actions taken and staff you have contacted before submitting this grievance:

Bivonio, C. Zimmerman, Hess tee, Employment Office.

_____

_____

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Sharon M. Burks                                    11/15/00

**DC-ADM 804, Inmate Grievance System**                                    **Attachment B**

DC-804
Part 2

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**

**NO.**

**GRIEVANCE** | 28714

| TO:<br>Kim Smith, CT-2162 | FACILITY<br>SCI-Coal Township | HOUSING<br>LOCATION<br>D-2-19 | GRIEVANCE<br>DATE<br>8-20-02 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

Mr. Smith,

I reviewed your medical file and found that on August 20, 2002, you were evaluated for a complaint of swelling and numbness in your hands. You also complained of a fungal infection on your feet. You did not mention anything about your Achilles tendon during that visit. According to the documentation in your medical chart, your exam was essentially negative for swelling and you had excellent reflexes and grips in both of your hands. You were appropriately treated for the fungal infection. You were instructed to seek medical care again should you develop actual swelling or a change in your condition.

Mr. Smith, when you seek the advice of a clinician, it is important for you to trust and respect that opinion. It will not always be exactly what you request. In the eyes of the trained and competent clinician, there was no other treatment necessary. When a patient is diabetic, it is a better practice to limit additional medications when they are not clinically indicated. Frequently, changes in medication can cause blood sugars to fluctuate, which could lead to life threatening complications for a diabetic. As the PA advised, you should sign for sick call if you continue to have health concerns.

WJS/mp

CC:  Kandis Dascani, Superintendent Assistant
     Inmate Records, DC-15
     Unit Manager
     File

| Print Name and Title of Grievance Officer<br><br>Wilma J. Sewell<br><br>Health Care Administrator | SIGNATURE OF GRIEVANCE OFFICER<br><br>*Wilma J. Sewell, cHCA* | DATE<br><br>9-6-02 |
|---|---|---|

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

28714

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**   02 AUG 22 PM 12:53

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K Dascani | SCIC | 8-20-02 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2162 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| F/S | D-2-19 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff members you have contacted.

**A. Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.**

On 8-20-02 I went to sick call to have numbness in both hand, pain in hands and some swelling and pain in a killer tendent and back of feet. Pa. stated their was no course of action or treatment to be given. That if this condition consist return to sick call. Why should I have to return to sick call a number of times before this condition is adequately. The Pa. also went on to state this condition was arthritis, or diabetes related. How could this Pa. make such a statement without first investigating the reason or cause for the numbness and pain in hands and feet. It is because of this kind of claimed medical treatment I have a claim in federal court.

**B. List actions taken and staff you have contacted, before submitting this grievance.**

Pa. on 8-20-02 at 9:40 A. M.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

8/22/02
Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised

DC-135A

# A-39

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. G. Weaver | 2. DATE 3-22-98 |
| --- | --- |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Lisa Smith, CT3162 | 4. COUNSELOR'S NAME McCauley |

| 5. WORK ASSIGNMENT Kitchen | 6. QUARTERS ASSIGNMENT I-A-39 |

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

Sir: In regards to Act 14 of 1995 after time July 1995 for DNA testing by or for State Police, and finger printing and photo. Since I was convicted by plea March of 1995 and the 60 day period by this act I did not fall in the catagory. Act 14 reads being advised that I must submit to this, or thrown threat of misconduct and being placed in the hole. Sir understand that in the feature of this DNA testing cause my name to be slandered in any way upon my release. You and the parties whose names have been sent to legal counsel will be held liable. I do not fit into any standards of

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

Act 14, 1995 nor was I ever convicted of a sex crime. I was convicted murder 3 March 1995 but that was before the enactment of the above statue. In pictures I would advise that your staff and other members gets the facts before they impose harms under false pretences, also if assembly that does not apply to certain inmates - Conviction time slated May 1995 and will outside of this act. I request that you do what you must to have this inmates D.N.A. testing removed. Or upon advise of counsel legal action will be taken

Thank you

Mr. Smith, Mr. Weaver and the medical department have no influence over this. Our only role in this is the drawing of the blood. Talk to your counselor.

| ☐ TO DC-14 CAR ONLY | ☐ TO DC-14 CAR AND DC-15 IRS |

24 MAR 1998

| STAFF MEMBER K. Allen RN, C-II  3-24-98 | DATE |

# A-39

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Medical Department Mr. (Weaver) | 2. DATE 4-28-98 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Jim Smith, CT8162 | 4. COUNSELOR'S NAME McCauley |
| 5. WORK ASSIGNMENT Kitchen | 6. QUARTERS ASSIGNMENT I-A-39 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir on 4-27-98 I put in sick call slip for either a muscle pull or tear in right thigh. I layed in cell until 1:00 pm on 4-28-98 and was not called. according to Sgt. Mann, Barnett, and McCauley my name was not on the sick call slip, and I do not see why it should not have been. When one put in sick call slip, they are to lay in and be called the next day. Could you please tell me why I was not called.

Thank You

Could you please tell why I was not on sick call on.

4-28-98

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,

You were seen on sick call on 4-29-98 for this problem. Your slip was picked up on 4-28-98 in the evening.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER K. Allen RN, CIII   4-29-98 | DATE |
|---|---|

Mr. Smith,

You should sign up for sick call to access health care.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

27 APR 1998

| STAFF MEMBER | DATE |
|---|---|
| K. Allen RN, CIII   4-21-98 | |

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Mr (Cleaves) Medical Dept

2. DATE 4-17-98

3. BY: (INSTITUTIONAL NAME AND NUMBER) Jess Smith CT-2162

4. COUNSELOR'S NAME Mc Crea ???

5. WORK ASSIGNMENT Kitchen

6. QUARTERS ASSIGNMENT I-A-39

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir; I requested to go over pulmonary testing with Nurse Allen, who advised me she has nothing to go over. I would like to review my medical chart and pulmonary testing to see if I have an asbestos related disorder, and also the cause of sleep apnea, and my treatment. That maybe both can be to correct this problem. Please advise me of any action you may take in this matter.

Thank You

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,

I discussed your request with Dr. Long and he recommends that you wait until the therapeutic CPAP study is done. This was suggested by Dr. Zlupko M.D and Dr. Long ordered it. Until all the testing has been completed, there is no conclusive information for you.

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
K. Allen RN, C. III     4-20-98

DATE

5A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Weaver, Medical | 2. DATE 4-17-98 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Lisa Forsyth CT-7162 | 4. COUNSELOR'S NAME McNaley |
|---|---|

| 5. WORK ASSIGNMENT Kitchen | 6. QUARTERS ASSIGNMENT I-A-34 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Sir: I have a number of issues I'd like to address to you. I, My last T.B. testing I got I had a reaction. I'm not sure if it was the T.B. test or that part of it was injected in a vain, I got cramps, the runs, and a funny taste in my mouth after being injected. And due to this reaction I do not wish to be injected with T.B. solution again. I was informed if I refuse I will be placed in RHU. by Nurse Allen. How can you expect me to take something that I feel is harmful to me and I had a reaction to. Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,

Please do not write any more requests regarding T.B. testing. This is not an issue at this time.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER K. Allen RN, C III     4-20-98 | DATE |
|---|---|

# A-39

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

---

**1. TO: (NAME AND TITLE OF OFFICER)** Medical Dept K. Allen RN C III

**2. DATE** 4-10-98

**3. BY: (INSTITUTIONAL NAME AND NUMBER)** Gene Smith CT2162

**4. COUNSELOR'S NAME** McCaulay

**5. WORK ASSIGNMENT** Kitchen

**6. QUARTERS ASSIGNMENT** I-4-39

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.**

My interaction with Mrs. Rupert was the issue of having TB solution injected into a vein. It is my constitutional right to refuse any medical treatment in which I feel harmful to me. In no way will I subject myself to be injected with a solution that makes me ill gives me cramps, the runs, and makes me have chills and aches for a week. I don't have any concern about DOC policy, and I do not wish to wait till you're to deal with this, let's get it taken care of now. And if you plan me in restricted housing, because I refuse your TB testing. Be aware you will be violating my constitutional right and subjecting me to the same time of violation, for refusing medical treatment. It is my constitutional right to refuse any medical treatment, and not be punished for such. We should deal with it now.

Thank You

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

Mr. Smith,

At the present time there is nothing I am aware of that "We should deal with."

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

**STAFF MEMBER** K. Allen RN C III   4-14-98

**DATE**

# A-39

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

---

1. TO: (NAME AND TITLE OF OFFICER) Medical Dept Kathy Allen Rn

2. DATE 4-3-98

3. BY: (INSTITUTIONAL NAME AND NUMBER) Jim Smith, CT 2162

4. COUNSELOR'S NAME McCualey

5. WORK ASSIGNMENT Kitchen

6. QUARTERS ASSIGNMENT I-A-39

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Ms. I'm writing you, due to a reaction I noted, I had when given TB testing on 4-1-98. After injection I got a watery mouth, with a funny taste, and cramps, and the shits and since the test I've felt ill, I have not taken any medecation, that would cause this reaction. I would not like to take this test in the future. Since I feel the reaction I had was due to the T.B substance injected. Almost the same as Tetanus, excrystal did not survie.

Thank You

---

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,

As you know, I observed your interaction with Mrs. Rupert in the medical corridor today. The response she gave you is the one I will repeat. Yearly TB testing is mandatory by D.O.C. Policy. Next year, if you chose to refuse the test, you will be placed in restricted housing. We will deal with that when the time comes.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
K. Allen RN.C III      4-3-98

DATE



Received
SCI Coal Township

| | |
|---|---|
| Form DC-135A | Commonwealth of Pennsylvania |
| **INMATE'S REQUEST TO STAFF MEMBER** | 01 AUG -6 PM 1:2 Department of Corrections |

Superintendent's Assistant
Office

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br><br>K. Dascani | 2. Date:<br>8-4-01 |
| 3. By: (Print Inmate Name and Number)<br><br>Kim Smith CT-2162<br><br>_Inmate Signature_ | 4. Counselor's Name<br>Mr. Moser |
| | 5. Unit Manager's Name<br><br>Mr. Smith |
| 6. Work Assignment         u/a | 7. Housing Assignment   XXXXX  D-2-19<br>XXXXXxx |

8. Subject: State your request completely but briefly. Give details.

I'm seeking to know the status of my July 4, 2001 grievance filed

and the status of any and all grievances filed in your office so

an appeal can be taken in a timely manner to meet  D.O.C. policy

for grievances that I have filed and would need to appeal, as

I feel and believe your office will not give any rythme to my com-

plaints and you are willing to support the abuses I have endured

                                                   Thank you

9. Response: (This Section for Staff Response Only)

Attached is a copy of grievance #0555-01 you
reference in your request. In reference to your
requests for copies of all grievances filed
in my office, you need to be more specific. As
grievances are responded to inmates are
sent copies. Therefore you should have
your responses.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  KK Dascani  _Print_  /  KK Dascani  _Sign_    Date  8/6/01

Revised July 2000

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Mr. Sewell,

2. Date: 2-25-01

3. By: (Print Inmate Name and Number)
Kim Smith CT2162

Kim L Smith
Inmate Signature

4. Counselor's Name
Mr. Gunn

5. Unit Manager's Name
Mr. Smith

6. Work Assignment
N/A

7. Housing Assignment
D-1-07

8. Subject:  State your request completely but briefly.  Give details.

On 2-25-01 I put in 6 sick call slips and was denied treatment and Dr. assistant told me to pick one or two or be seen for none. Then ordered me to leave. This come after requesting to see you. Then I was threatened with a misconduct for seeking adequate health care. I only complied with your reply to my grievance and signed up for sick call and was I denied to be seen. I would like to know why this abuse is consistent with your staff. I'd also would like the complete name and address of Dr. assistant working this day at 9:30 A.M. as well as the two black haired nurses who condoned this abuse and so-signed if I didn't leave they would be part of issuing a misconduct. Because of this threat and denial of health care (for it is these that papers need to get started for transfer)

9. Response: (This Section for Staff Response Only)

Mr. Smith,
     After speaking with med staff you were not denied treatment, but you were dismissed from the medical department because of your conduct.

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____
                          Print

_____  N. J. Sewell   Date 2-28-01
                      Sign  CHCA

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | **INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) <br> *Dr Long* | 2. Date: <br> *1-3-01* |
| --- | --- |
| 3. By: (Print Inmate Name and Number) <br> *Jim Smith CT2162* <br> *Jim Smith* <br> Inmate Signature | 4. Counselor's Name <br> *R Zimmerman* |
| | 5. Unit Manager's Name <br> *Ms Hannah* |
| 6. Work Assignment <br> *N/A* | 7. Housing Assignment <br> *H-B-13* |

8. Subject: State your request completely but briefly. Give details.

① Test for asbestos related illnesses; ② treatment for osteoporosis mild arthritis and bone spurs right shoulder and a bone density test ③ request to see ~~a~~ specialist for diabetes ④ low back pain ⑤ sores on skin need cream, ~~a~~ request to see skin Dr. ⑥ dry fungus feet need cream, a request to see foot Dr. ⑦ request to have C-Pap device returned to me as I'm still having problems breathing when I sleep. Another blanket and left knee sleeve

Would you please address these issues ASAP, some of these things have been going on for 5 years and have not cleared up or have I been granted the right to see specialist.
CC-1-3-01

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

Staff Member Name _____ / _____ Date _____
        Print                              Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | |
| | **INSTRUCTIONS** |
| | Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1.   To: (Name and Title of Officer)<br>C.H.C.A. G. WEAVER | 2.   Date:<br>1-03-01 |
| --- | --- |
| 3.   By: (Print Inmate Name and Number)<br>Kim Smith CT2162<br><br>*Kim Smith*<br>Inmate Signature | 4.   Counselor's Name<br>A. Zimmerman |
| | 5.   Unit Manager's Name<br>Ms Hannah |
| 6.   Work Assignment<br>N/A | 7.   Housing Assignment<br>H-B-13 |

8.   Subject:  State your request completely but briefly.  Give details.

Sir at present I'm having problem breathing and I would like to have C-Pap device during sleep

I'm being told I can not have such, which I feel is denying me my health care

① diabetic testing for related illnesses ② treatment for osteoporoses bone spurs, mild arthritis and bone density test ③ see specialist for diabetes ④ seen for low back pain, ⑤ skin Dr for sores on skin, ⑥ foot Dr for dry fingers feet ⑦ C-Pap ⑧ another blanket left knee lesions

cc-1-3-01

9.   Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
| --- | --- |

Staff Member Name _____ / _____ Date _____

                               Print                              Sign

Revised July 2000



| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in<br>preparing your request, it can be responded to more<br>promptly and intelligently. |
|---|---|

| 1.   To: (Name and Title of Officer)<br>*Dr. McLaughlin Med. Director* | 2.   Date: *7-24-01* |
|---|---|
| 3.   By: (Print Inmate Name and Number)<br>*Kim Smith CJ2162*<br>*Kim Smith*<br>Inmate Signature | 4.   Counselor's Name<br>*Mr. Moser*<br><br>5.   Unit Manager's Name<br>*Ms. Smith* |
| 6.   Work Assignment<br>*W/A* | 7.   Housing Assignment<br>*D-2-19* |

8.   Subject:  State your request completely but briefly.  Give details.

*Sir: Have you reviewed medical record to give me use of C-Pap device, for my apnea. re. it is at S.C.I.S. their was no power in RHU cells for the use of this device. And at no time did I refuse such use. I'm still having breathing problems during sleep.*

*Thank You*

*Proof of Service*
*Sent to the below parties or department on 7-24-0*
*Medical Department SCIC*
*Tonlia Dascone*
*Kim Smith*

9.   Response: (This Section for Staff Response Only)

*REVIEW OF YOUR CHART NOTES THAT YOU HAD NOT USED THE C-PAP FOR NEARLY 1 YEAR WHILE INCARCERATED AT SMITHFIELD. SEVERAL SIGNED REFUSALS BY YOU ARE FOUND IN YOUR RECORD. IT IS ALSO CLEARLY DOCUMENTED ON 7/5/01 " DC C-PAP - PATIENT HAS BEEN NON-COMPLIANT AND OBVIOUSLY DOES NOT NEED."*

*NO CLINICAL OR SYMPTOMATIC EVIDENCE OF YOUR NEED FOR C-PAP.*

| To DC-14 CAR only ☐ *Sick Call as Needed* | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____  Shawn McGlaughlin, M.D.  / _____  Date *7/25/01*
                              Print                                                      Sign

Revised July 2000

| Form DC-135A  **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania Department of Corrections  **INSTRUCTIONS** Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1.  To: (Name and Title of Officer) | 2.  Date: |
|---|---|
| Dr. McGluaghlin | 8-6-01 |

| 3.  By: (Print Inmate Name and Number) | 4.  Counselor's Name |
|---|---|
| Kim Smith CT-2762 | Mr. Moser |

| *Kim D Smith* |  |
|---|---|
| Inmate Signature | 5.  Unit Manager's Name |
|  | Mr. Smith |

| 6.  Work Assignment | 7.  Housing Assignment |
|---|---|
| u/a | D-2-19 |

8.  Subject:  State your request completely but briefly.  Give details.

Sir : Could you please provide me with a copy of this institutional policy that states an inmate with sleep apena can not be treated as you stated when I last saw you, and then you went on to state that their is only one inmate who has this C-pap device.  If I'm under standing you correctly you have no intention to treat my condition and your basing your decision on Dr. Long statment. If you can not produce a sign refusal form signed by me then I feel you have not legal standing for refusing to treat.  Even if I did refuse such I have since requested its use because I'm having breathing problems during my sleep since being in this institution.  And You know or you should have known that failure to treat this condition can put me at risk for serious health problem and even death, and your re- fusal to treat this condiction is dening me health care.  You can not base you decision on Dr. Long as I'm no loner under his care it is your care that I'm under.  THANK YOU

9.  Response: (This Section for Staff Response Only)

REVIEW OF YOUR CHART DOES NOT INDICATE DOCUMENTATION OF NEED FOR A C-PAP MACHINE AND FURTHER INDICATES THAT WHEN OFFERED TO YOU YOU REFUSED TO USE IT ON NOT 1 BUT 3 OCCASIONS. DR. LONG CLEARLY STATES (1/15/0) THAT "IT IS NOT INDICATED". NO SYMPTOMS TO THIS POINT DURING YOUR INCARCERATION AT COAL TOWNSHIP INDICATES OTHERWISE. THANK YOU!

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

| Staff Member Name | SHAWN P. McGLAUGHLIN, MD  /  *Sign* | Date | 8/6/01 |
|---|---|---|---|
|  | Print |  |  |

Revised July 2000

A 29

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>*a. Zimmerberone* | 2. Date: 11-31-00 |
| 3. By: (Print Inmate Name and Number)<br>*Kim Smith CT2162*<br>*Kim Smith*<br><span style="font-size:smaller">Inmate Signature</span> | 4. Counselor's Name<br>*a. Zimmerman* |
| | 5. Unit Manager's Name<br>*Heaster* |
| 6. Work Assignment<br>*N/A* | 7. Housing Assignment<br>*E-A-29* |

8. Subject: State your request completely but briefly. Give details.

In shot you told me ms Hawrock approved transfer, and you were processing the paper. In a Oct 24 letter from Donald Williamson Bureau of Inmate Services Camp Hill, advised me that he got no paper work on this matter. Why have you lied to me or played these asinine head game, and violate 8th amendment rights by holding me in A/C status 30 days and C/U for 30 days and impose on me this kind of punishment based on a false claim of a pending transfer. Please correct this matter, and inform me.

9. Response: (This Section for Staff Response Only)

On 9/30/00, I spoke to you at your cell in J Block. When I informed you that you would be placed on A.C. status pending approval for transfer, you denied there was a need for transfer. You stated that you have no problem with officer Wysong, never did have a problem with Wysong and only threatened Wysong to get a transfer which you no longer wanted. You were given ample opportunity to discuss this issue but you refused to verbalize your intentions regarding officer Wysong. It is understood that you want to be transferred: however, a transfer to separate you from Officer Wysong is not being considered

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ | (over) |
|---|---|---|

Staff Member Name ___Ms. Zimmerman___ / ___Ms. Zimmerman___ Date 11/2/00
<span style="font-size:smaller">Print</span>   <span style="font-size:smaller">Sign</span>

Revised July 2000



| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

1. To: (Name and Title of Officer)
   Ms H. Zimmerman

2. Date: 10-14-00

3. By: (Print Inmate Name and Number)
   Kim Smith CT2162
   _Kim Smith_
   Inmate Signature

4. Counselor's Name
   A Zimmerman

5. Unit Manager's Name
   Ms Bannon

6. Work Assignment   N/A

7. Housing Assignment
   E-A-29

8. Subject: State your request completely but briefly. Give details.

Why was my knee brace, back brace and C-Pop divice taken from my property. Could I please have them returned.

Also my eye glasses were turned into F block officers, but was never put in my property how can I get them replaced. or whom should I contact about this matter.

---

9. Response: (This Section for Staff Response Only)
Mr Smith,
You must take these issues up with Security. You have no medical orders to discontinue these.

---

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _Zimmerman_ / _H Zimmerman_   Date 10/17/00
                        Print              Sign

Revised July 2000

P29

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1.  To: (Name and Title of Officer)<br>*Deupty Biviano* | 2.  Date:  *11-3(-00* |
|---|---|
| 3.  By: (Print Inmate Name and Number)<br>*Kim Smith CT2168*<br>*(Kim) Smith*<br><div align=center>Inmate Signature</div> | 4.  Counselor's Name<br>*A Zimmerman* |
| | 5.  Unit Manager's Name<br>*Harmok/Heастеr* |
| 6.  Work Assignment<br><div align=center>N/A</div> | 7.  Housing Assignment<br><div align=center>E-A-29</div> |

8.  Subject:  State your request completely but briefly.  Give details.

*Sir on Sept 12, 2000 A Zimmerman advised me that Ms Strawak on vacation approved a transfer and A Zimmerman, was to Process such PRC also advised a transfer. According to Ronald Williamson Bureau of Inmate Service, has advised me he has not gotten any paper work in. Sia Oct 24, 2000 letter. Could you, please tell me why I'm being held on control units, and placed in A/C if transfer/papers are not being proceed, and why I'm being lied to about such. Please correct and inform me*

9.  Response: (This Section for Staff Response Only)

*Kim – Pgt. Barley supervises unit staff. I do not. If you have concerns re: that action of your counselor at unit Manager next you should next act with them 1st. Pgt Barley would be your next contact.*

*cc: Pgt Barley*

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  *ANTHONY BIVIANO,* <span>*(signature)*</span>  <div align=center>Print            Sign</div>  Date  *11/2/00*

Revised July 2000

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) G Weaver

2. DATE 7-6-00

3. BY: (INSTITUTIONAL NAME AND NUMBER) Kim Smith CT2162

4. COUNSELOR'S NAME Crider

5. WORK ASSIGNMENT N/A

6. QUARTERS ASSIGNMENT J-A-07

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I'm in the hole and been unable to obtain the c-Pap device since June 14 when I came to hole, I as a med, that I must use this device during sleep I also need a extention cord. Could you please help me obtain this.

Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,
The use of extension cords in the RHU is a security issue. Please direct this request to them.

THE EXTENSION CORD IS NOT REQUIRED FOR YOU TO USE THE MACHINE... IF YOU WILL USE THE C-PAP, WITHOUT AN EXTENSION CORD... WRITE TO ME AGAIN.

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 II

STAFF MEMBER

George Weaver, C.H.C.A.

DATE 7/11

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

*Ex A-1*

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) K. Allen RN. | 2. DATE 1-20-99 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Kim Smith CT2162 | 4. COUNSELOR'S NAME Ogurslock |
| 5. WORK ASSIGNMENT Kitchen | 6. QUARTERS ASSIGNMENT I-B-41 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

On 1-19-99 I was refused dressing by you stating it was a security issue. Why was I not told this on 1-8-99 instead of 2 weeks later. Since I'm being refused such then the responsibility falls on your nurses to change dressing, when ever it is full of drainage and you must contact my work supervisor, because I wing walk the dressing needs change I was changing this dressing at least 5 times a day because of the drainage. Please let me know if you refuse to comply with this request. This guy of mental Craws has grown tired. I feel I do not have the knowledge to change dressing and such should be done by health care professional at least 5 times a day or write dressing stages, so give me the Pain pills Dr Hardesty was going to order, and say my Sr I feel at this time going to work will appreciate the assistance.

Frank True

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Smith,

I do not disagree that a nurse should be doing your dressing change and assessing the progress or lack of it — as far as your wound healing goes. The physician is the authority on your care and must order treatments to be done according to his or her medical judgement. Dr. Hardesty wrote no specific recommendations for you, the PA-C wrote change gauze to wound area at least TID for 2 weeks. I will put you on the nurse line call out three times a day. If you are in pain, you should be coming on sick call to have it evaluated.

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER K. Allen RN | DATE 1-22-99 |
|---|---|

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) *Pat Yeager*

2. DATE *1-14-99*

3. BY: (INSTITUTIONAL NAME AND NUMBER) *Ken Smith CT3162*

4. COUNSELOR'S NAME *Ogershok*

5. WORK ASSIGNMENT *Kitchen*

6. QUARTERS ASSIGNMENT *I-B-42*

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

*Since Dr. Long has destroyed my last medical request to him in my presence, and what I was told I must question. Has the c-pap been ordered as I was told on 1-14-99. I've become very doubtful on this matter, since what is being talked about between me and this Dr. comes up a totally different form when talking to Counselor Ogershok and since request were destroyed in my presence I'm not trusting of this health care professional. The sure the destruction of request slips is not a working procedure of the D.O.C. could you please tell me if the c-pap was ordered, and when.*

*Thank You*

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

*Refer to the response on request to Mr. Weaver.*

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER *K. Allen RNC*   *1-15-99*

DATE

®2/4/99

| | |
|---|---|
| **DC-135A** | **COMMONWEALTH OF PENNSYLVANIA**<br>**DEPARTMENT OF CORRECTIONS** |
| **INMATE'S REQUEST TO STAFF MEMBER**<br><br>*E+ A-3* | INSTRUCTIONS<br><br>*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

1. TO: (NAME AND TITLE OF OFFICER) *Wexford Health Care*    2. DATE *2-3-99*

3. BY: (INSTITUTIONAL NAME AND NUMBER) *Tim Smith CT2162*    4. COUNSELOR'S NAME *Ogarrdok*

5. WORK ASSIGNMENT *Kitchen*    6. QUARTERS ASSIGNMENT *I-B-42*

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

*Sir: Dr. Long advised me that a C-Pap was ordered for me and it has been over 90 days since I was approved for this treatment, and from my view I do not see this treatment forth coming. And the manner in which my medical problems were treated in the past, has not too trusting of what I'm being told by the medical Dept. I pray that you reply, pay attention to this matter so as I get treated.*

*Thank you*

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

*Mr. Smith,*

*Your CPAP has been approved and the arrangements to determine dosage and administration are being made*

*To George Weaver 2/5/99*

☐ TO DC-14 CAR ONLY      ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER      **George Weaver, C.H.C.A.**    DATE *2/9*

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

RECEIVED
SCI COAL TOWNSHIP
2003 MAR 17 AM 10: 43
MEDICAL DEPT.

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
*Medical Records*

2. Date: 8-14-03

3. By: (Print Inmate Name and Number)
Kim Smith CT2162
*Kim Smith*
Inmate Signature

4. Counselor's Name
Mr. Maker

5. Unit Manager's Name
Mr. Smith

6. Work Assignment
U/A

7. Housing Assignment
D-2-55

8. Subject: State your request completely but briefly. Give details.

Could you please let me See, or tell me how to obtain a copy of my blood test from Sept 2000 to Sept 2001, and advise me of the process to have these documents sent to court. Also could you please tell me when and if I will be able to obtain or see such)

9. Response: (This Section for Staff Response Only)

Mr. Smith~
    Why do you wish to review/obtain copies of bloodwork from September 2000 to 2001?

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

Staff Member Name  H. Dickson, RHIT / C. Dickson, RHIT  Date 3/17/2003
                         Print                    Sign

Revised July 2000

RECEIVED
COAL TOWNSHIP

2003 MAR 17 AM 10 43

MEDICAL DEPT.

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) <br> *Mr. W. J. Serrell CHCA* | 2. Date: *3-14-03* |
| 3. By: (Print Inmate Name and Number) <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ <br><br> *Kim Smith* <br> _Inmate Signature_ | 4. Counselor's Name <br> *Mr. Moeer* |
| | 5. Unit Manager's Name <br> *Mrs. Smith* |
| 6. Work Assignment *U/A* | 7. Housing Assignment <br> ▇▇▇▇▇▇▇▇▇ |

8. Subject: State your request completely but briefly. Give details.

*I need to obtain a copy of blood test from Sept 2000 to Sept 2001 for HCV. Could you please tell me how to obtain such, and when and if I will be provided with such.*

*Thank you*

9. Response: (This Section for Staff Response Only)

*Mr. Smith,*

*You will not be able to have this copy in your hand. However you may review your medical chart with Ms. Dickson*

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____  _____  Date *3.17.03*
　　　　　　　　　　　　　　Print　　　　　　　Sign *CHCA*

Revised July 2000

19

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | **Commonwealth of Pennsylvania**<br>**Department of Corrections**<br><br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer)<br> Ms. Sewell C.H.C.A. | 2. Date:<br> 2-22-02 |
| 3. By: (Print Inmate Name and Number)<br><br>*Kim Smith*<br>Inmate Signature | 4. Counselor's Name<br> Mr. Moser<br><br>5. Unit Manager's Name<br> Mr. Smith |
| 6. Work Assignment<br> F/3 | 7. Housing Assignment |

8. Subject: State your request completely but briefly. Give details.

The reason for this request is that I'm not understanding how Dr Brien can make a determination regarding the lump behind left knee that runs up into the ham string and is very painful and hurts when walking that this lump is benine , without first taking a byopsie of the lump.  Anyway on 2-19-02 he stated such and told me if I did not like what he said then I could sue him as it was not the first time he was sued for amlpractice. I feel this act is delberate and with the intent to bring me harm or additional injury. For the Dr. to take a u...a sound and x-rays and see the problem and refuse to treat it, then make a false claim about what it is without taking a test is a clear showing of deliberate indifference and is wantonly being done to injury and bring harm while I suffer the pain.  I feel this is an act to deprive me health care for the pending claim in federal court.  I'm not sure if it is a game on the Dr. behalf, but he knew or he should have known that to make such a statement and refuse to treat would put me at risk for a serious health problem that may cost me my leg.  Since no test was taken to determine the cause or reason for this lump or it nature, it hard to believe that this Dr. has my best interest at hand.

9. Response: (This Section for Staff Response Only)

Mr Smith
Dr Breen has determined that you have "cysts" in the back of your left knee because that is what the ultra sound report indicated. He specifically stated that there are no solid masses (cancer) present on the ultra sound exam. Since there was already a clear diagnosis provided

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

to Dr Breen, no further studies are indicated.

Staff Member Name _____ / *N J Sewell CHCA* Date 2-25-02
Print                              Sign

Revised July 2000

# DC-804
## PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MRS. BURKS | S.C.I. SMITHFEILD | 9-13-99 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| KIM SM9TH    CT-2162 | |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| KITCHEN | I-B-10 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

On 6-17-99 I requested cancelation of cable due to me being out on om writ for the month of July. This request was in compliance with the cable contract for cancellation. Soon thereafter Ms. Judlocki forwards a reply to request to the county jail

*Ex.D*

**DC-135A**

SEP 20 1999

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mrs Shragg, Inmate Accounts | 2. DATE 9-13-99 |
| --- | --- |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Tim Smith CJ2165 | 4. COUNSELOR'S NAME Overstreet |
| --- | --- |

| 5. WORK ASSIGNMENT Kitchen | 6. QUARTERS ASSIGNMENT F-B-29 |
| --- | --- |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

After filing a grievance I was told by Mr Burks to cancell my June 12, 1999 cancelation of my cable in compliance with cable contract. I sent notice on that date more then 10 days before cable would payed the feedback replied to my request stating I need staff signature to cancell my cable, Oct 6-99 I trucked in my cable hook up to intake and went to PC R. I do not understand why I was billed for July cable when I was not in the institution. I turned in cable wire and complied with the cable contract for cancelation. I wrote you on this matter and you advised that I could not get a refund for this, as counsel was advised

Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

ON your request — you did not have staff signature & you told me to cancel your cable if you were not back. That is not how the policy works. I have answered this numerous times and I will not answer any more requests pertaining to this issue.

| ☐ TO DC-14 CAR ONLY | ☐ TO DC-14 CAR AND DC-15 IRS |
| --- | --- |

| STAFF MEMBER D. Jallucki | DATE 9-20-99 |
| --- | --- |

| Form DC-135A | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1. To: (Name and Title of Officer) Ms Hannah | 2. Date: 12-24-00 |
|---|---|
| 3. By; (Print Inmate Name and Number) Kim Smith CT 2162 _Kim Smith_ Inmate Signature | 4. Counselor's Name Mr Zimmerman |
| | 5. Unit Manager's Name Ms Hannah |
| 6. Work Assignment N/A | 7. Housing Assignment H-B-13 |

8. Subject: State your request completely but briefly. Give details.

Me according to L. Harris inmate accounts, your 12-13-00 signed consent slip is not good enough and else claiming are not followed. Contract policy for cancellation. I'm not sure what more needs to be done to have cable card called so I'm not charged for a service I'm not getting. And I do not see in my future returning to population in this institution. Are well as R. Zimmerman, R. Yon, Capt Denny, Lt Simpson It here. etc. Could you please look into this?

Could please contact Laundry and see I get a T-Shirt and 32 W Boxes.

Also could you aid me in getting my Cpap device on A Block and power cut on to use it and extention cord out of property to safely use it. As R Harris believes I do not have health problems, diabetes, arthritis, law back, left knee, would right shoulder, osteoparodis elapse L-5-S-1-L-4 law back, left shoulder tap-C, if these are not health

9. Response: (This Section for Staff Response Only)

problems I do not know what is, as well I may have asbestos related ill-ness and I'm not minipulating the system as R Harris believes. Could you please tell me why my legal mail is being stopped from leaving institution. R Zimmerman has failed to reply to any request in the last 3 1/2 weeks

#1 - I have contacted (Mr. Weaver) concerning your request for the cpap device. He states that you have refused this device on several occasions. I informed him (14/00) that you wanted at this time to utilize the machine. You need also to be aware that you will need to follow the instructions of the medical personnel when utilizing this equipment

(over)→

| To DC-14 CAR only ☐ | To DC-14, CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name: _____ Print _____ Sign _____ Date _____

# DC-804
**PART 1**

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mrs. Burke | S.C.I.S | 3-3-00 |
| **FROM: (Commitment Name & Number)** | **INMATE'S SIGNATURE** | |
| Tim Smith CT-2162 | Tim Smith | |
| **WORK ASSIGNMENT** | **QUARTERS ASSIGNMENT** | |
| Kitchen | F-B-29 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

On 3-2-00 I was instructed that I would be call to nurse line and given the C-Pap device at that time I would sign for such and be instructed how to operate it and clean the filter. This device were taken to F block without my knowledge, upon reporting to nurse line I was told I must carry a device to nurse line that I never signed for. When I returned to the block C1 on 6-2 shift I found to discover my C-Pap was in shreds and this threatens such a inconvenient and creating injure to ever system if C-Pap was in shreds and I'm not receiving one to back up.

**B. Actions taken and staff you have contacted before submitting this grievance:**

Mrs. Burke, Sgt. Brown, Lt. Shue

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-135A**

B 24

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Dr Long | 2. DATE 3-26-00 |
| --- | --- |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Jim Smith  ( J 2160 | 4. COUNSELOR'S NAME Crider) |
| --- | --- |

| 5. WORK ASSIGNMENT Kitchen) | QUARTERS ASSIGNMENT  -B-29 |
| --- | --- |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON ... DESIRE ASSISTANCE.   GIVE DETAILS.

Sir: I need a renewal of my medication:
1 foot cream
2 Fluocinonide 0.05% for sores on body & face
3 ACD for dry skin.
4 Also I would like to be seen for my right shoulder for the 4th time, pain is persistent and has not went away. And the medication given me by Hoffman has not eased the pain or difficulty in movement. Please reply to this request.

Thank You

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr Smith,

For the shoulder pain you need to sign up for sick call.

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | Ronald Long, M.D. | DATE 5/29/00 |
| --- | --- | --- |

Case 1:01-cv-00817-WWC   Document 147-2   Filed 06/16/2003   Page 84 of 100

**DC-804**
**PART 1**

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. [ ✓ ]

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Burks | SCIS | 10-31-99 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith - CJ262 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| of ite box | F-B-39 | |

## INSTRUCTIONS:
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

On 10-31-99 I went to store I send in a M.O.
dated 9-19-99 which was DIS at the store. I was
told Goody took the product was not to told of the
D.C. On 10-14-99 I went to store I send in M.O for
note and spent $14.97. So I went from 10-14 to
10-31 I made no transaction with me the district
cost me $4.99 postage, copies to medical and almost
every month for weeks they took some 5 to 15 dollars
for item postage on the grievance that I
must expect it and when you ask and get
charge 3 days I was also sent to the
store on 4-99

**B. Actions taken and staff you have contacted before submitting this grievance:**

I sent a tel. to unit child. Q store manager and to the
block and each office and mail room they are all
in this

---

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

10-22-99
Date

**DC-ADM 804, Inmate Grievance System**
**DC-804**
**Part 3**

**Attachment C**
**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Coal Township**

**DATE:**   __June 11, 2001__

**SUBJECT:**   Grievance Rejection Form

**TO:**   Kim Smith

   D-B-54

| FOR OFFICIAL USE ONLY |
| --- |
| __0488-01__ |
| **GRIEVANCE NUMBER** |

**FROM:**   *Kandis K. Dascani (KD)*
   Kandis K. Dascani
   Corrections Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System.

1.   _X_  Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   (a.) DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b.  DC-ADM 802-Administrative Custody Procedures
   c.  Other policies not applicable to DC-ADM 804

2.  _____  Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3.  _____  The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4.  _____  Group grievances are prohibited.

5.  _____  The grievance was not signed and/or dated.

6.  _____  Grievances must be legible and presented in a courteous manner.

7.  _____  The grievance exceeded the two (2) page limit.  Description needs to be brief.

8.  _____  Grievances based upon different events shall be presented separately.

9.  _____  The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10.  _____  You are currently under grievance restriction.  You may not file any grievances until _____.
   Date

11.  _____  Grievance involves matters that occurred at another facility and should be directed by the inmate to the appropriate facility.

12.  _____  The issue(s) presented on the attached grievance has/have been reviewed and addressed previously.

I am attaching a copy of the response to misconduct appeal #875160, which is the only appeal on record for you.

**DC-ADM 804, Inmate Grievance System**
**DC-804**
**Part 3**

NOT
R/D

**Attachment C**
**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Coal Township**

**DATE**: _____June 7, 2001_____

**SUBJECT**: Grievance Rejection Form

**TO**: _____Kim Smith, CT-2162_____

_____RHU_____

**FROM**: *Kandis K Dascani*

Kandis K. Dascani
Corrections Superintendent's Assistant

54

| FOR OFFICIAL USE ONLY |
| --- |
| _____0476-01_____ |
| **GRIEVANCE NUMBER** |

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System.

1. __X__ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

   a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
   b. DC-ADM 802-Administrative Custody Procedures
   c. Other policies not applicable to DC-ADM 804

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. _____ The grievance was not signed and/or dated.

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.
    Date

11. _____ Grievance involves matters that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____ The issue(s) presented on the attached grievance has/have been reviewed and addressed previo

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
SCI at CAMP HILL
P.O. BOX 598
CAMP HILL, PA 17001-0598

01 JUN -5 AM 10: 35

FOR OFFICIAL USE ONLY

0476-01

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | | DATE: |
|---|---|---|
| S DAS CAM      Superintendent's Assistant | | 6-3-01 |

FROM: (INMATE NAME & NUMBER)
Kim Smith CT2169

SIGNATURE of INMATE:
Kim Smith

WORK ASSIGNMENT: U/A

HOUSING ASSIGNMENT: RHU-A-107

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On this date I was to be released from RHU after serving 45 days for a misconduct for disobeying an order, with malice, and malicious intent deliberate indifference, wanton inflicting of harm and emotional distress, interference with access to law library, Staff knowingly and intentionally subjected me to cruel punishment without reason or cause my sentence had expired, since I was not given any reason for this continued confinement I feel this punishment is intentional since I was told the pod to believe there was no bed on D-1

**B.** List actions taken and staff you have contacted, before submitting this grievance. Attach the copy of the DC-135A with the staff member's response of your informal resolution attempt.

RHU lgt on A in the A.M. Pod officer Sgt claimed to called D-1 for a bed and they said their was none, that this continued confinement and abuse and punishment was due to counselor, Miller intervention

Your grievance has been received and will be processed in accordance with DC-ADM 804.

KK Dascan
Signature of Facility Grievance Coordinator

6/7/01
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy

Revised
July 2000

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
SCI Coal Towns P.O. BOX 598
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**    01 JUN -6  AM 9: 14

GRIEVANCE NO. _____

| TO: GRIEVANCE COORDINATOR    Superintendent's Assistant Office | INSTITUTION | DATE |
|---|---|---|
| K Dascani | SCIC | 6-4-01 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT262 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| U/A | D-2-54 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Could you please tell me why I've not gotten a reply to my 4-18-01 misconduct appeal. I filed 3 appeals to warden and I've gotten no reply.

B. Actions taken and staff you have contacted before submitting this grievance:

Smith, Dunn, Varano, Lane, Johnson Lt Sala, Killis

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    _____
Signature of Grievance Coordinator    Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-804**
**PART 1**



# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

**GRIEVANCE NO.** _____

| TO: GRIEVANCE COORDINATOR K Arocani | INSTITUTION S C I C | DATE 6-4-01 |
|---|---|---|
| FROM: (Commitment Name & Number) Kim Smith CT262 | INMATE'S SIGNATURE Kim Smith | |
| WORK ASSIGNMENT U/A | QUARTERS ASSIGNMENT D-2-54 | |

### INSTRUCTIONS:
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Could you please tell me why I've not gotten a reply to my 4-18-01 misconduct appeal. I filed 3 appeals to warden and have gotten no reply.

Kim Smith

B. Actions taken and staff you have contacted before submitting this grievance:

Smith, Dumn, Varano, Lave, Johnson Lt Gala, Gillis

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator          Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

| | INSTITUTION |
|---|---|
| | S C |
| | INMATE'S SIGNATURE |
| | Kis |
| | QUARTERS |
| | D |



... receive this matter. Be sure to

... still here who has not
... apply for my 4-05 misconduct
... and 2 appeals to warden
... nothing no reply.



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. [          ]

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| K. Brown | S-I | 6-4-01 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Kim Smith CT260 | Kim Smith | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| U/A | I-2-051 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

would you please tell me why I have not gotten a reply to my 4-18-01 misconduct appeal. I filed 3 appeals to warden but I have gotten no reply.

B. Actions taken and staff you have contacted before submitting this grievance:

Smith, Glenn, Varano, Lane, Johnson, Gala, Gillia

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Grievance Coordinator                    Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-ADM 804, Inmate Grievance System**
**DC-804**
**Part 3**



**Attachment C**
**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI Coal Township**

**DATE:** _____June 7, 2001_____

**SUBJECT:** Grievance Rejection Form

| FOR OFFICIAL USE ONLY |
|---|
| _____0476-01_____ |
| **GRIEVANCE NUMBER** |

**TO:** _____Kim Smith, CT-2162_____

_____RHU_____

**FROM:** _Kandis K Dascani_
Kandis K. Dascani
Corrections Superintendent's Assistant

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System.

1. __X__ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    a. DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    b. DC-ADM 802-Administrative Custody Procedures
    c. Other policies not applicable to DC-ADM 804

2. _____ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.

3. _____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.

4. _____ Group grievances are prohibited.

5. _____ The grievance was not signed and/or dated.

6. _____ Grievances must be legible and presented in a courteous manner.

7. _____ The grievance exceeded the two (2) page limit. Description needs to be brief.

8. _____ Grievances based upon different events shall be presented separately.

9. _____ The grievance was not submitted within fifteen (15) working days after the events upon which claims are based.

10. _____ You are currently under grievance restriction. You may not file any grievances until _____.
                                                                 Date

11. _____ Grievance involves matters that occurred at another facility and should be directed by the inmate to the appropriate facility.

12. _____ The issue(s) presented on the attached grievance has/have been reviewed and addressed previously.

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Capt D. McAnnaney | 2. Date:<br>2-8-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith, CT2162<br>_Kim Smith_<br><div align="center">Inmate Signature</div> | 4. Counselor's Name<br>Mr Dixon |
| | 5. Unit Manager's Name<br>Mr Smith |
| 6. Work Assignment<br>N|A | 7. Housing Assignment<br>D-1-02 |

8. Subject: State your request completely but briefly. Give details.

Sir, I must inform you of acts of Dr Krot, before I go to state police with a claim of attempted murder. Dr Krot knew or should have known that the termination of my hepitite C treatment put me at risk for serious health problems or even death.

Sept 2000 my liver enzyme level was 288,000 hep C related treatment for such was started. Feb 2001 blood test was taken, and liver enzyme level hep C related showed a significant drop from the above to 202,000 which showed a drop of 86,000 and that I was responding to treatment. With deliberate indifference, malpartias, neglect and gross negligence Dr Krot terminated this treatment, and dione so with the intent to bring harm or death. And he know or should have known, that to terminate after test showed I was responding to treatment, to stop such was done to bring me harm for a serious health problem

9. Response: (This Section for Staff Response Only)

By Copy of this request, I will advise Ms. Sewell of Your Concerns. I am not A doctor, nor are You. You Cannot dictate Your treatment plan. Your Concerns should be addressed through the medical dept. You have the opportunity to Contact the State Police at anytime, However, they will tell You to address it through the Institutional Channels.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _David W. McAnnaney_ / _David W. McAnnaney_ co ☒ Date _feb 12, 2001_
<div align="center">Print       Sign</div>

Revised July 2000

*Ex A*

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) *Medical Director* | 2. Date: *2-10-01* |
|---|---|
| 3. By: (Print Inmate Name and Number) *Kim Smith CT2162* | 4. Counselor's Name *Mr Durson* |
| *Kim Smith* _____ Inmate Signature | 5. Unit Manager's Name *Mrs Smith* |
| 6. Work Assignment    *N/A* | 7. Housing Assignment    *D-1-02* |

8. Subject: State your request completely but briefly. Give details.

It is a on going concern how Dr Krot can either desy to treat or terminate life sustaining treatment. Based on

① drop A, B, C treatment claiming she not responded to this treatment. In Sept the high liver level enzyme was 298,000 in Feb it drop to 202,000 a drop of 86,000 which showed I'm responding to this treatment. And their is no condition to this treatment that this number must be cut in half in 4½ months, the reduction in this number is a clear showing of a person responding to this treatment. Why is it that your so willing to side with this form of gross neglience, and deprive a inmate life supporting health care, without this treatment I maybe subjected to serious liver damage or even death. And for you to support this act will make you part of any civil claim filed.

9. Response: (This Section for Staff Response Only)

Mr. Smith

Due to the fact you have a grievance in with the med dept. Please allow me to answer that grievance.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ Print     Sign *W. J. Sewell*    Date *2.12.01*

Revised July 2000

| Form DC-135A  **INMATE'S REQUEST TO STAFF MEMBER**  *3 of 3* | Commonwealth of Pennsylvania Department of Corrections  **INSTRUCTIONS**  Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)  *Medical Director* | 2. Date: *8-10-01* |
|---|---|
| 3. By: (Print Inmate Name and Number)  *Tim Smith CT2162*  *Tim Smith* ___Inmate Signature___ | 4. Counselor's Name  *Ms. Quinn* |
| | 5. Unit Manager's Name  *Mr. Smith* |
| 6. Work Assignment  *N/A* | 7. Housing Assignment  *D-1-02* |

8. Subject: State your request completely but briefly.  Give details.

*It was Dr. Kort decision to terminate this treatment and it is not supported by medical evidence, or any justifiable professional decision, this issue may result in an adult or a federal investigation into your, Dr. Kort and the manner in which medical treatment is used. I feel the expense of it is treatment is not reason to deny, and after I started treatment, I should not be told I must wait until they develope a cheaper form of treatment, to base a decision of treatment on this ground, is criminal and unprofessional.*
*I must send the requested information to my attorney so please provide me with such*

*Thank you*

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
　　　　　　　　　　　　　Print　　　　　　　　　　　Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER**<br><br>*3 of 3* | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>*Medical Director* | 2. Date:<br>*2-10-01* |
| 3. By: (Print Inmate Name and Number)<br>*Kim Smith GT4162*<br>*Kim Smith*<br><span style="font-size:smaller">Inmate Signature</span> | 4. Counselor's Name<br>*Mr. Durra* |
| | 5. Unit Manager's Name<br>*Mr. Smith* |
| 6. Work Assignment<br>*N/A* | 7. Housing Assignment<br>*D-1-02* |

8. Subject: State your request completely but briefly. Give details.

*in federal court.*
*② The denial of elex. arena treatment is also a issue that puts me at risk for health care of all time in connection with this illness.*
*Please be advised that I've informed you of this issue so you're not caught by surprise.*
*③ Im still waiting for name and address for health care provider.*
*④ Im also awaiting a release of information form for my medical record.*
*⑤ and I would like the name and address of the place where blood test are sent, as I feel Dr. that my falsify medical record to justify his termination of live treatment. Or if he and other parties conspired to sign a refusal form claiming I refused treatment which I did not*

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
<span style="font-size:smaller">             Print                              Sign</span>

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

*[stamp: COL COL TOWNSHIP  201 FEB 12  MEDICAL DEPT.]*

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

**1. To: (Name and Title of Officer)**
Ms Sewell

**2. Date:** 2-11-01

**3. By: (Print Inmate Name and Number)**
Kim Smith CT8162
*Kim Smith*
Inmate Signature

**4. Counselor's Name**
Mr Dwan

**5. Unit Manager's Name**
Ms Smith

**6. Work Assignment** N/A

**7. Housing Assignment** D-1-02

**8. Subject: State your request completely but briefly. Give details.**

Could you please provide me with a copy of D.O.C policy that was past for Hepitites A,B,C treatment. I'm concerned when it is stated that a liver enzyme that shows the Hep virus must be cut in half within 160 day from the date treatment was started, as I'm being told by medical staff.

Sept blood test showed the enzyme in question 288,000 here in Feb the same test showed a level of 202,000 and if treatment would been continued the full 6 months the Sept level may have been cut in half.

Please provide me with this D.O.C policy.

**9. Response: (This Section for Staff Response Only)**

Mr. Smith,

DOC's – Hep C protocol is for institutional staff only & will not be released to inmates

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

**Staff Member Name** _____  Print  _____  Sign *[signature]*  **Date** 2-13-01

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Capt D. Mc Annany | 2. Date:<br>2-14-01 |
| 3. By: (Print Inmate Name and Number)<br>Kim Smith CT2160<br>Kim Smith<br><center>Inmate Signature</center> | 4. Counselor's Name<br>Rusin |
| | 5. Unit Manager's Name<br>Smith |
| 6. Work Assignment<br>N/A | 7. Housing Assignment<br>D-1-02 |

8. Subject: State your request completely but briefly. Give details.

It has event above a concern. I know what the Dr
said when I started the Hep C treatment. I'm not dic-
tating anything, nor do I expect Dr Koot to go above
and beyond his duty to deny treatment or deprive. Since I
was not provided with D.O.C. policy for Hep C treatment
whose is Dr Koot to dictate to me issues that are not
D.O.C. policy. They have been informed if mail has
left institution, must have counsel check this issue

9. Response: (This Section for Staff Response Only)

Your medical treatment must be directed
by medical staff. This is not a security
issue. Please direct your medical concers
to Mrs. Sewell, Mrs Rodichock or DSCS Lane

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  D.W. Mc Annaney  Cont   D.W. McAnnan Cont  Date  2/14/01
<center>Print                                    Sign</center>

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

RECORD OF CORRECTIONS
SCHOOL
01 JUN -5 AM 10:33

FOR OFFICIAL USE ONLY

0476-01

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K DAS CANI     *Superintendent's Assistant Office* | C | 6-2-01 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| Kim Smith CT2160 | Kim Smith |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| 4/A | RHU-A-107 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On this date I was to be released from RHU after serving 45 days for a misconduct for disobeying an order, with malice, and malicious intent, deliberate indifference, wanton infliction of harm and emotional distress, interference with access to law library, Staff knowingly and intentionally subjected me to cruel punishment without reason or cause by failure to release me from RHU after maximum sentence had expired. Since I was not given any reason for this continued confinement I feel this punishment is intentionally being inflicted. Its hard to believe there was none cont'd D-1

**B.** List actions taken and staff you have contacted, before submitting this grievance.  Attach the copy of the DC-135A with the staff member's response of your informal resolution attempt.

RHU let an A in the A.M, Pod officer Sgt. claimed to called D-1 for a bed and they said their was none, that this continued confinement and abuse and punishment was due to Counselor, Millers intervention

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascani

Signature of Facility Grievance Coordinator

6/7/01

Date

**WHITE** - Facility Grievance Coordinator Copy     **CANARY** - File Copy     **PINK** - Action Return Copy     **GOLDENROD** - Inmate Copy

Revised
July 2000

DC-804
Part 1

Case 1:01-cv-00917-YK-DB   Document 147-2   Filed 06/19/2006   Page 100 of 100

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

0476-01

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| K DAS CAN | SCIC | 6-2-01 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| Kim Smith CT2162 | Kim Smith | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
| UA | RHU-A-107 | |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

On this date I was to be released from RHU after serving 45 days for a misconduct for disobeying an order, With malice, and malicious intent, deliberate indifference, wanton infliction of harm and emotional distress, interference with access to law library. Staff knowingly and intentionally subjected me to cruel punishment without reason or cause by failure to release me from RHU after maximum sentence had expired. Since I was not given any reason for this continued confinement I feel this punishment is intentionally being inflicted. I'm hard to believe their was some on D-1

**B.** List actions taken and staff you have contacted, before submitting this grievance.  Attach the copy of the **DC-135A** with the staff member's response of your informal resolution attempt.

RHU left on A in the A.M, Pod officer Sgt claimed to called D-1 for a bed and they said their was none, that this continued confinement and abuse and punishment was due to Counselor Miller intervention

Your grievance has been received and will be processed in accordance with DC-ADM 804.

K K Dascan
Signature of Facility Grievance Coordinator

6/7/01
Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
July 2000