```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

KIM SMITH,                          :
    Plaintiff
                                   :

    vs.                             : CIVIL ACTION NO. 1:CV-01-0817
                                            (Judge Caldwell)
                                   :

JAMES MORGAN, et al.,
    Defendants                      :

O R D E R

AND NOW, this 20th day of August, 2003, upon consideration of Plaintiff's motion for an extension of time to "reply" to the report and recommendation of Magistrate Judge Mannion (doc. 152), it is ordered as follows:

    1) An extension of time to file objections to the report is granted until October 17, 2003. No further extensions will be granted.

    2) Plaintiff may not "reply" to the report, but may file <u>objections</u> to the report, as provided for in 28 U.S.C. § 636, and Rule 72.3 of the Local Rules of Court, included on page 2 of the Magistrate Judge's notice of filing of the report.

                                                       /s/William W. Caldwell
                                                       William W. Caldwell
                                                     United States District Judge