OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

__Harrisburg__     Clerk of District Court           Date____10/30/03_____
(District)

__Smith v. Weaver__                                  C. of A. No.____03-3207____
(Caption)

__Kim Smith__
(Appellants)

__01-cv-0817__
(D.C. No.)

Enclosures:

____10/30/03_____ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__XXXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

                              _Dana M. Moore_    (267)-299-__4927__
                              Deputy Clerk       Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

                                              Rev. 3/13/00
                           Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 03-3207</u>

Smith

vs.

Weaver, et al.

Kim Smith, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00817)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

*Kathleen Brouwer*
Chief Deputy Clerk

Date: October 30, 2003

cc:
   Mr. Kim Smith
   John J. Talaber, Esq.
   James D. Young, Esq.