## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: l:CV01-0817 |
| Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Please withdraw my appearance on behalf of Defendants, Wexford Health Sources, Inc., Ronald Long, M.D., S. Craig Hoffman and Melinda Baker, P.A., only in the above-referenced matter.

                              Respectfully submitted,
                              Lavery, Faherty, Young & Patterson, P.C.

                              By: S/ James D. Young
                                  James D. Young, Esquire
                                  225 Market Street, Suite 304
                                  P.O. Box 1245
DATE: November 3, 2003          Harrisburg, PA 17108-1245
                                  (717) 233-6633 (telephone)
                                  (717) 233-7003 (facsimile)
                                  Atty No. PA53904
                                  jyoung@laverylaw.com
                                  Attys for Defendants, Wexford
                                  Health Sources, Inc., Ronald Long,
                                  M.D., S. Craig Hoffman and
                                  Melinda Baker, P.A.

## **CERTIFICATE OF SERVICE**

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 3rd day of November, 2003, I served a true and correct copy of the foregoing **Withdrawal of Appearance**, as follows:

### *Via U.S. First Class mail, postage prepaid*:

Kim Smith
CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

### *Via electronic filing:*

John Talaber, Esquire
Assistant Counsel
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011

                                  S/ Linda L. Gustin
                                  Linda L. Gustin
                                  Legal Secretary to Attorney James D. Young

This document has also been electronically filed and is available for viewing and downloading from the ECF system.