## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: l:CV01-0817 |
|     Plaintiff | : | |
| | : | (Caldwell, J.) |
|     vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
|     Defendants | : | |

## **ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Defendants, Wexford Health Sources, Inc., Ronald Long, M.D., S. Craig Hoffman and Melinda Baker, P.A., in the above-referenced matter.

                                                Respectfully submitted,
                                                Lavery, Faherty, Young & Patterson, P.C.

                                                By:   S/ Robert G. Hanna, Jr.
                                                        Robert G. Hanna, Jr., Esquire
                                                        225 Market Street, Suite 304
                                                        P.O. Box 1245
DATE: November 3, 2003              Harrisburg, PA 17108-1245
                                                        (717) 233-6633 (telephone)
                                                        (717) 233-7003 (facsimile)
                                                        Atty No. PA17890
                                                        rhanna@laverylaw.com
                                                        Attys for Defendants, Wexford Health Sources, Inc., Ronald Long, M.D., S. Craig Hoffman and Melinda Baker, P.A.

## CERTIFICATE OF SERVICE

I, Linda L. Gustin, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 3rd day of November, 2003, I served a true and correct copy of the foregoing **Entry of Appearance**, as follows:

### *Via U.S. First Class mail, postage prepaid*:

Kim Smith
CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

### *Via electronic filing:*

John Talaber, Esquire
Assistant Counsel
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011


                                      S/ Linda L. Gustin
                                      Linda L. Gustin
                                      Legal Secretary to Robert G. Hanna, Jr., Esq.


This document has also been electronically filed and is available for viewing and downloading from the ECF system.