IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith                              : C.A. No. 1-cv-01-0817
                                       :
                                       :
v.                                     :
                                       :                FILED
                                       :                SCRANTON
                                       :
James Morgan et al.                    :                FEB 2 4 2004
                                       :
                                       :                PER _____
                                                            DEPUTY CLERK

### MOTION FOR CHANGE OF ADDRESS

And now, comes Kim Smith a lay person not lettered in legal matters and without the aid of counsel, prays a less stringent standard be applied to this pro-se motion for change of address.

It is respectfully requested that appellant present address of Kim Smith CT-2162, 1 Kelley Dr., Coal Township, Pa. 17866-1021 be changed to:

Kim Smith
C/O Renewal Resident Mail
P.O. Box 23457
Pittsburgh, Pa. 15222-6475

And that any and all motions and orders be forwarded to this address pertaining to the above listed case.

Date: 2-26-04

Respectfully Submitted

Kim Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kim Smith

vs.

James Morgan, et al.,

: C.A. No. 1-cv-01-0817

FILED
SCRANTON

FEB 2 4 2004

PER _____
DEPUTY CLERK

## CERTIFICATE OF SERVICE FOR INSTITUTIONALIZED LITIGANT

I Kim Smith swear and affirm that the forgoing is true and correct to the best of my knowledge and understanding that on _____, day of _____, I place in Renewal Resident Center mail box an envelope containing petitioner change of address to be forwarded to the United States Postal Service to be mailed first class to the below listed parties. Pursuant to 28 U.S.C. § 1746 I declare under the penalties of perjury that the foregoing is true and correct.

Office of the Clerk, Mary E. D'Andrea, United States District Court, For the Middle District of Pennsylvania, William J. Nealson Federal Building & Courthouse, 235 North Washington Ave., P.O. Box 1148, Scranton, Pa. 18501-1488

John J. Talaber, Esq., Laura J. Neal, Esq., Department of Correction, 55 Utley Dr., Camp Hill, Pa. 17011

James D. Young, Esq., Lavery, Faherty, Young & Patterson, 225 Market St., Suite 304, Harrisburg, Pa. 17101

Kim Smith C/O Renewal Resident Mail, P.O. Box 23457, Pittsburgh, Pa. 15222-6475

Date: 2-16-04                                                          Kim Smith