```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KIM SMITH,                        :
        Plaintiff
                                  :

        vs.                       :  CIVIL NO. 1:CV-01-0817
                                          (Judge Caldwell)
                                  :
JAMES MORGAN, et al.,
        Defendants                :
```

## O R D E R

AND NOW, this 8th day of March, 2004, in connection with Plaintiff's recent motion for appointment of counsel (doc. 161), it is ordered that:

   1. Defendants shall file with the court all of Plaintiff's medical records from 1995 through 2000, including laboratory reports, relating directly or indirectly, to Plaintiff's Hepatitis C condition. Defendants need not file any records already supplied.

   2. Defendants shall comply with this order within twenty days of its date.


                              /s/William W. Caldwell
                              William W. Caldwell
                              United States District Judge