```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KIM SMITH,                          :
        Plaintiff
                                    :

        vs.                         :   CIVIL NO. 1:CV-01-0817
                                            (Judge Caldwell)
                                    :
JAMES MORGAN, et al.,
        Defendants                  :
```

## O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 8, 2004, in connection with Plaintiff's motion for appointment of counsel, we ordered the defendants to file Plaintiff's medical records relevant to his Hepatitis C condition. Upon further reflection, the court believes a better procedure would be to require the defendants to submit the records to the lawyer responsible for coordinating the district court's pro bono appointments.

Accordingly, this 8th day of April, 2004, it is ordered that:

> 1. The order of March 8, 2004, is vacated.
>
> 2. Within twenty days of the date of this order, Defendants shall submit to the district court's pro bono coordinator all of

>	Plaintiff's medical records from 1995 through 2000, including laboratory reports, relating directly or indirectly, to Plaintiff's Hepatitis C condition. Defendants need not file any records already supplied.

/s/William W. Caldwell  
William W. Caldwell  
United States District Judge
