Kim Smith
c/o Renewal Resident Mail
P.O. Box 23475
Pgh. Pa 15222-6475

April 14, 2004

FILED

APR 19 2004

PER AAA
HARRISBURG, PA.        DEPUTY CLERK

Honorable Judge
William W. Caldwell
Office of the Clerk
U.S District Court
Middle District of Pa
U.S. Courthouse
228 Walnut St
P.O Box 983
Harrisburg, Pa. 17108

In Re: Civil No. 1:CV-01-0817, order
        dated April 8, 2004

Dear Hon. Judge Caldwell:

It is respectfully request that the above
listed order includes 2001 thru 2003
as it is in Jan 2001 thru August 2001
is when petitioner sustained injury
to his liver thru the Jan 2001
termination, and the reinstatement

in April 2001 in which every treat
ment petitioner was given his
virual load increase consistently
to it present state. The Hep C treat
ment was not to make the condition
worsen, as the medical records of
of 2001 will show.

Also at present petitioner is now
being treated at the Center for Liver Dis-
ease UPMC Pratt Clinic 3rd 5th Ave, 3rd
Floor, Pgh Pa 15213. Dr Rabinovitz.
Petitioner is also schedule for a liver CT
Scan, and a Ultrasound Guided liver
Biopsy and the findings and report
maybe required, so would you please
amend your April 3, 2004 order to in-
clude the years 2001 thru 2003 medical
records, and it is also request that you
issue a order to Dr Rabinovitz at the
above address to file a report of his
findings to the court and pro bono
counsel.

As it is the defendants only turn over
part of the medical records to this doctor
not the records of the beginning of Hep
C. treatment at S.C.I Smithfield. And
all labs in which all blood test were sent
should also be requested from the labs,

This is submitted as a formal request to amend the April 8, 2004 order to include the above listed request.

Respectfully Submitted

4-14-04 .                    Kim Smith


Certificate of Service

I certify that on 4-14-04 a place in the U.S. Postal Service mail box this letter to be forwarded to the below listed parties by way of first class mail. The foregoing is true and correct to the best of my knowledge and understanding and subjected to the penalties provided for 28 U.S.C 1746

Office of the Clerk, U.S. District Court for the Middle District.

Kim Smith                          4-14-04



Office of the Clerk
Mary E. D'Andrea
United States District Court
Middle District of Pennsylvania

U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

17108-0983

Kim Smitt
Sp Secured Resident Mail
P.O. Box 73475
S.C.I., Pa. 15322-6475-