IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | Civil No. 1:01-CV-0817 |
| Plaintiff, | |
| | (Judge William W. Caldwell) |
| v. | |
| | (M.J. Malachy E. Mannion) |
| JAMES MORGAN, et al., | |
| | Filed via Electronic Case Filing |
| Defendants. | |

## CORRECTIONS DEFENDANTS' STATUS REPORT REGARDING THE COURT'S APRIL 8, 2004 ORDER

The Corrections Defendants, by and through their attorney, John J. Talaber, Assistant Counsel, Governor's Office of General Counsel, now informs this Honorable Court that on April 22, 2004, via hand-delivery, the Department of Corrections delivered a copy of Plaintiff's medical records to United States District Court for the Middle District of Pennsylvania, Pro Bono Chair Charles W. Rubendall, II, Esquire. *See Corrections Defendants' Supporting Document to the Status Report Regarding the Court's April 8, 2004 Order*, Letter to Mr. Charles W. Rubendall II, Esquire dated April 22, 2004, attached thereto as Exhibit A.

**WHEREFORE**, for the reasons set forth above, the Corrections Defendants respectfully notify the Court of compliance with its April 8, 2004 order.

                                            Respectfully submitted,
                                            Office of General Counsel

                              BY:   s/ John J. Talaber
                                            Assistant Counsel
                                            Department of Corrections
                                            Office of Chief Counsel
                                            55 Utley Drive
                                            Camp Hill, PA  17011
                                            Phone (717) 731-0444
                                            Fax    (717) 975 2217
                                            Jtalaber@state.pa.us
                                            PA 83279

Dated: April 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : Civil No. 1:01-CV-0817 |
| Plaintiff, | : |
| | : (Judge William W. Caldwell) |
| v. | : |
| | : (M.J. Malachy E. Mannion) |
| JAMES MORGAN, et al., | : |
| | : Filed via Electronic Case Filing |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that a copy of the *Corrections Defendants' Status Report Regarding the Court's April 8, 2004 Order* was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

Kim Smith
C/O Renewal Resident Mail
P.O. Box 23457
Pittsburgh, PA 15222-6475
(on Friday, April 23, 2004)

Service by ECF:

Robert G. Hanna Jr., Esquire

/s John J. Talaber
John J. Talaber
Assistant Counsel

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Dated: April 22, 2004

3