IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| | : Civil No. 1:01-CV-0817 |
| Plaintiff, | : |
| | : (Judge William W. Caldwell) |
| v. | : |
| | : (M.J. Malachy E. Mannion) |
| JAMES MORGAN, et al., | : |
| | : Filed via Electronic Case Filing |
| Defendants. | : |

**SUPPORTING DOCUMENT TO THE CORRECTIONS
DEFENDANTS' STATUS REPORT REGARDING
THE COURT'S APRIL 8, 2004 ORDER**

Letter to Mr. Charles W. Rubendall, II, Esquire
  dated April 22, 2004..........................................................................Exhibit A.


                                                        Respectfully submitted,
                                                        Office of General Counsel

                                                        __/s John J. Talaber_____
                                                        John J. Talaber
                                                        Assistant Counsel
                                                        PA Department of Corrections
                                                        55 Utley Drive
                                                        Camp Hill, PA  17011
                                                        (717) 731-0444
                                                        Attorney Id. No. 83279

Dated:   April 22, 2004




EXHIBIT
A

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**
**55 UTLEY DRIVE**
**CAMP HILL, PENNSYLVANIA 17011**
**(717) 731-0444**

April 22, 2004

**VIA HAND DELIVERY**

Mr. Charles W. Rubendall II, Esquire
Keefer, Wood, Allen and Rahal, LLP
210 Walnut Street
Harrisburg, PA 17108

Re:  *Smith v. Weaver, et al.*
     USDC-MD, Civil Action No. 01-CV-00817
     Medical Records for Plaintiff Kim Smith

Dear Mr. Rubendall:

In compliance with the Court's April 8, 2004 order, enclosed please find a copy of the Department of Correction's ("Department") Medical Records for inmate Kim Smith from April 24, 1995, until April 2, 2004.

First, please be advised that while the Court's order directs the "defendants" to produce the records, the custodian of the aforementioned documents is not a defendant in the above-captioned civil rights action. Further, you should be aware that Mr. Smith was granted parole on February 17, 2004, and is no longer incarcerated at the State Correctional Institution at Coal Township ("SCI-Coal Township") but instead resides in Pittsburgh, Pennsylvania. However, in the interest of judicial economy, and in recognition of the laudable goals of United States District Court for the Middle District ("Middle District") Pro Bono Program, the Department is treating the Court's order as directed to the custodian of the records, who in this case is SCI-Coal Township Medical Records Assistant Patricia Karycki. I have enclosed Ms. Karycki's declaration attesting to the authenticity of the Medical Records she maintains at SCI-Coal Township.

Case 1:01-cv-00817-WWC   Document 167-2   Filed 04/22/2004   Page 3 of 15

Mr. Rubendall Letter
April 22, 2004
Page 2

Second, please note that while I am attorney of record in the above-captioned matter for twenty-one (21) of the Department's employees named as Defendants, I am also authorized to represent the Department's interest for purposes of releasing the documents involved in the Court's April 8, 2004 order. I bring to your attention the following facts, as they relate to documents <u>not disclosed</u> with the Department's copy of Mr. Smith's Medical Records.

On April 15, 2004, I contacted Mr. Smith at a Community Corrections Center in Pittsburgh, and discussed with him the April 8, 2004 order. I also asked Mr. Smith to provide me with a signed *Authorization for Release of Information* regarding the documents contained in the Department's Medical Record. Please note that Mr. Smith limited the disclosure of his mental health records to those "dealing with Hep. C treatment from 9-2000 to 6-2001." I have enclosed a copy of Mr. Smith's release with this letter. Accordingly, I removed approximately sixty (60) pages of mental health records that were outside Mr. Smith's aforementioned time period.

Further, in reviewing the materials in Mr. Smith's Medical Record, I discovered a document entitled, *Confidential- Administrative Transfer Individual Treatment Plan* dated December 19, 2000. I have removed the three (3) pages from the Medical Record, and I am consulting with Department staff to determine how the information contained in the document is utilized. If necessary, the Department may invoke the Executive Document's Privilege; otherwise, I will supplement the Department's disclosure by April 28, 2004.

Additionally, please note that Mr. Smith recently filed a "letter" with the Court concerning his Department of Correction's Medical Records; specifically, that the Department produce records beyond the year 2000. I have enclosed a copy of this letter for your convenience. This concern is moot as the Department is producing for you records that go beyond the year 2000 up to and including the end of March 2004.

Mr. Rubendall Letter
April 22, 2004
Page 3

Finally, the Department is disclosing this information to you, in your capacity as Pro Bono Chair for the Middle District, with the understanding that Medical Records will be released to a physician for evaluation of Mr. Smith's claims. In the event the case is deemed to have merit and a volunteer attorney is appointed, you are authorized to provide the Medical Records to the volunteer attorney. If and when that happens, the Department will provide the volunteer attorney with an invoice for reimbursement of the costs associated with producing the documents. Conversely, if counsel is not appointed for Mr. Smith, I ask that you please telephone me to arrange for our Office Messenger to retrieve the aforementioned documents from you, and the Middle District's Pro Bono program will not be charged for the costs of producing the documents.

If you have any questions or concerns, or require any additional information, please do not hesitate to contact me at (717) 731-0444.

Very truly yours,

John J. Talaber
Assistant Counsel

JJT
Enclosures
cc:    Kim Smith (First Class Mail w/o Medical Records)
        Robert G. Hanna, Jr., Esquire (First Class Mail w/o Medical Records)
        File (w/o Medical Records)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,

    Plaintiff,

v.

JAMES MORGAN, et al.,

    Defendants.

Civil No. 1:CV-01-0817

(Judge William W. Caldwell)

## UNSWORN DECLARATION OF PATRICA KARYCKI

I, Patricia Karycki, pursuant to 18 Pa. C.S. §4904, state the following facts are true, correct, and based upon my personal knowledge:

1. I am employed by the Pennsylvania Department of Corrections ("Department") at the State Correctional Institution at Coal Township ("SCI-Coal Township") as a Medical Records Assistant.

2. As a Medical Records Assistant, I assist with the organization of medical records where case histories of all patients are classified and maintained; maintenance of adequate patient, disease surgery, and physician indices, analysis of medical records for completeness and accuracy to insure their applicability for patient treatment, research, and case study; and for compliance with facility, departmental, state and federal accrediting/certifying agency requirements.

3. The Department of Corrections requires that medical documents relating to a particular inmate be placed in a file called the inmate medical record. Generally included within the inmate medical record, are history and physical exam record, dental records, vision records, consultation notes, physician orders, progress notes. When an inmate is permanently transferred between correctional institutions, the inmate medical record and documents contained therein, are transferred with him or her.

4. I certify to the best of my knowledge, information, and belief that the attached documents, relating to inmate Kim Smith (CT-2162), were produced from records contained within his inmate medical record and:

   a. were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters; and

   b. were kept in the course of the regularly conducted activities of the Department; and

   c. are maintained by regularly conducted activities of the Department in the Inmate Medical Records Office.

Date: 4/1/04

Patricia Karycki
Medical Records Assistant
SCI-Coal Township

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,
    Plaintiff

vs.    :  CIVIL NO. 1:CV-01-0817
        (Judge Caldwell)

JAMES MORGAN, et al.,
    Defendants

## O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 8, 2004, in connection with Plaintiff's motion for appointment of counsel, we ordered the defendants to file Plaintiff's medical records relevant to his Hepatitis C condition. Upon further reflection, the court believes a better procedure would be to require the defendants to submit the records to the lawyer responsible for coordinating the district court's pro bono appointments.

Accordingly, this 8th day of April, 2004, it is ordered that:

    1. The order of March 8, 2004, is vacated.

    2. Within twenty days of the date of this order, Defendants shall submit to the district court's pro bono coordinator all of

Plaintiff's medical records from 1995 through 2000, including laboratory reports, relating directly or indirectly, to Plaintiff's Hepatitis C condition. Defendants need not file any records already supplied.

/s/William W. Caldwell
William W. Caldwell
United States District Judge

04/15/04  11:38 FAX 7310492   CHIEF COUNSEL   ☒002

DC-ADM 003, Release of Information Procedures Manual

Attachment D

DC-108

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**AUTHORIZATION FOR RELEASE OF INFORMATION[1]**
(THE EMPLOYEE/INMATE SHALL CHECK AND INITIAL ALL BOXES THAT APPLY)

| Medical/Dental Records | Mental Health Records ✓ | Drug & Alcohol Treatment Records ✓ | HIV Information | Records (General) |
|---|---|---|---|---|

I, the undersigned, hereby give my consent for:
(name and address of facility)
John J. Talaber Assistant Counsel
Office of Chief Counsel
PA. Dept. of Corrections
55 Utley Drive
Camp Hill, PA 17011

To release information to:
(name and address of requester)
Charles W. Rubendall II, Esquire
Keefer Wood Allen & Rahal, LLP
210 Walnut Street
P.O. Box 11963
Harrisburg, PA 17108

I hereby authorize the above named source to release or disclose information related to the above referenced records/information to the requester during the period beginning 1/1995 and ending 3/2004. The information being requested is: medical and mental health records

Authorization for disclosure is being given for the purpose of: court order

Disclosure of medical/dental information may contain all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information, as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV).

Disclosure for mental health records pertains to treatment, hospitalization, and/or outpatient care provided to me for the period listed above. I understand that my record may contain information regarding all aspects of my treatment and hospitalization, including psychological and psychiatric information, drug and/or alcohol information as well as information regarding Acquired Immunodeficiency Syndrome (AIDS) and tests or treatment for Human Immunodeficiency Virus (HIV). **Authorizations for release of mental health records expire in 30 days.**

Disclosure of HIV related information is information about whether the patient has had a test for HIV, an HIV related illness or AIDS. HIV (Human Immunodeficiency Virus) is the virus that may cause or indicate AIDS or HIV infection.

Disclosure of general information is information contained in an inmate's DC-15. Generally, any communications from the inmate to the Department of Corrections and responses thereto, misconducts, and grievances.

In authorizing this disclosure, I explicitly waive any and all rights I may have to the confidential maintenance of these records, including any such rights that exist under local, state, and federal statutory and/or constitutional law, rule or order, including those contained in the Pennsylvania Mental Health Procedures Act, 1976, the Pennsylvania Drug and Alcohol Abuse Control Act, 1972, and the Confidentiality of HIV-Related Information Act, No. 148.

I understand that I have no obligation to permit disclosure of any information from my record and that I may revoke this authorization, except to the extent that action has already been taken, at any time by notifying the Medical Records Technician, Health Care Administrator, or Facility Manager. In any event, this authorization will expire 90 days after the date signed, with the exception of Mental Health records which have a 30 day expiration date, unless revoked prior to that time.

I understand that these records are the property of the Department of Corrections and that my authorization for their release does not require the Department of Corrections to release these records. It is understood by the above requesting facility that if the requested information's confidentiality is protected by Federal Regulations that bar secondary dissemination or re-disclosure, the providing facility will provide a statement to that effect.

Furthermore, I will indemnify and hold harmless the Pennsylvania Department of Corrections, and its employees and agents, for any losses, costs, damages, or expenses incurred because of releasing information in accordance with this authorization.

_____         Parole no.          4-15-04         _____
Employee/Inmate Signature         Employee ID/          Date            Signature of Witness
                                  Inmate DC Number

[1] 2-CO-1E-07

only mental health records dealing with Hep C
treatment from 9-2000 to 6-2001

Kim Smith
c/o Renewal Resident Mail
P.O. Box 23475
Pgh, Pa 15222-6475

April 14, 2004

FILED
APR 19 2004
PER AAA
HARRISBURG, PA   DEPUTY CLERK

Honorable Judge
William W. Caldwell
Office of the Clerk
U.S. District Court
Middle District of Pa.
U.S. Courthouse
228 Walnut St
P.O. Box 983
Harrisburg, Pa. 17108

In Re: Civil No. 1:CV-01-0817, order
dated April 8, 2004

Dear Hon. Judge Caldwell:

It is respectfully request that the above listed order includes 2001 thru 2003 as it is in Jan 2001 thru August 2001 is when petitioner sustained injury to his liver thru the Jan. 2001 termination, and the reinstatement

in April 2001, in which every that next petitioner was given his viral load increase consistently to it present state. The Hep C treatment was not to make the condition worsen, as the medical records of of 2001 will show.

Also at present petitioner is now being treated at the Center for Liver Disease UPMC Falk Clinic 3601 5th Ave, 3rd Floor, Pgh Pa 15213. Dr Rabinovitz. Petitioner is also schedule for a liver CT Scan, and a Ultrasound Guided liver Biopsy and the findings and report maybe required, so would you please amend your April 2, 2004 order to include the years 2001 thru 2003 medical records, and it is also request that you issue a order to Dr Rabinovitz at the above address to file a report of his findings to the court and pro bono counsel.

As it is the defendants only turn over part of the medical records to this doctor not the records of the beginning of Hep C treatment at S.C.I. Smithfield. And all labs in which all blood test were sent should also be requested from the labs,

This is submitted as a formal request to amend the April 8, 2004 order to include the above listed request.

Respectfully Submitted

4-14-04    Kim Smith

Certificate of Service

I certify that on 4-14-04 as placed in the U.S. Postal Service mail box this letter to be forwarded to the below listed parties by way of first class mail. The foregoing is true and correct to the best of my knowledge and understanding and subject to the penalties provided for 28 U.S.C 1746

Office of the Clerk, U.S. District Court for the Middle District.

Kim Smith    4-14-04



Kim Smith
Returned Resident Mail
P.O. Box 33475
Pgh, Pa. 15222-6475

Office of the Clerk
Mary D'Andrea
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

                    Respectfully submitted,
                    Office of General Counsel

BY:   s/ John J. Talaber
       Assistant Counsel
       Department of Corrections
       Office of Chief Counsel
       55 Utley Drive
       Camp Hill, PA  17011
       Phone (717) 731-0444
       Fax    (717) 975 2217
       Jtalaber@state.pa.us
       PA 83279

Dated:  April 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIM SMITH, | : |
| | : Civil No. 1:01-CV-0817 |
| Plaintiff, | : |
| | : (Judge William W. Caldwell) |
| v. | : |
| | : (M.J. Malachy E. Mannion) |
| JAMES MORGAN, et al., | : |
| | : Filed via Electronic Case Filing |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that a copy of the *Supporting Document to the Corrections Defendants' Status Report Regarding the Court's April 8, 2004 Order* was served upon the person(s) in the manner indicated below.

Service by first-class mail
addressed as follows:

Kim Smith
C/O Renewal Resident Mail
P.O. Box 23457
Pittsburgh, PA 15222-6475
(on Friday, April 23, 2004)

Service by ECF:

Robert G. Hanna Jr., Esquire

/s John J. Talaber
John J. Talaber
Assistant Counsel

PA Department of Corrections
55 Utley Drive
Camp Hill, PA 17011
(717) 731-0444
Dated: April 22, 2004

3