```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KIM SMITH,                        :
        Plaintiff
                                  :

        vs.                       :   CIVIL NO. 1:CV-01-0817
                                          (Judge Caldwell)
                                  :
JAMES MORGAN, et al.,
        Defendants                :
```

O R D E R

AND NOW, this 27th day of April, 2004, it is ordered that Plaintiff's request in doc. 166 that Defendants produce additional medical records is dismissed as moot as Defendants have produced the requested records as part of their response to the order of April 8, 2004.  (See doc. 167).


```
                                    /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge
```