Kim Smith
c/o Personal Resident Mail
P.O.Box 33425
339 Blvd of the Allies
Pgh. Pa. 15300
poweractor@yahoo.com

John J. Talbee
Pa. Dept of Correction
Governors Office of General Counsel
55 Utley Dr.
Camp Hill Pa. 17011

Re:    April 28, 2004 letter, USDC-MD Civil Action
       No. 01-cv-00817 Medical Records

Dear Mr. John J. Talaber:

Please allow this correspondence direct you
to the Courts Order which directed the release of
any and all medical records connected with my
Hep C treatments.

As in the Confidential Administrative Transfer
Remedial Treatment Plan 13-19-2000, I'm
sure does not contain any Hep C treat-
ment plan. And to release any inform-
ation thereof that is not directly in-
volved to Hep C treatment is a vio-
lation of the Courts Order.

If the information in the file is used as a classification tool to determine security level and programming needs, has nothing to do with Hep C treatment. It appear your determining in a coercive way what is psychological data consist with Hep C, if it is not related to Hep C treatment (1) you have no authority to release it (2) you were not authorized by me to release any confidential records (3) the court ordered on records that dealt with Hep C records. And the court and I were very specific about what is to be released.

As there no supplemental record to smith Hep C treatment, and the record that you released violates the authorization court order and perjury it, and the release is not acceptable.

Also please be advised Center For Liver Disease UPMC Falk Clinic 3rd Floor 3601 5th Ave, Pgh, Pa 15213 (412) 647-1172 Dr. Wardenae Rakonutty one of the foremost liver specialist, precisus all medical word contained in Smiths Hep C medical record, for reason to diagnose and set a treatment for current condition resulting from the manner in which Smith Hep C was treated while at

S.C.I.C and any injury sustained after the evaluation, So it is requested that this Dr. file a report.

Respectfully Submitted

Lisa Smith

I certify that a copy of this letter was forwarded to the below listed persons by the U.S. Postal Service, first class mail & certify the forgoing is true and exact to the best of my knowledge and subject to the penalties provided by 28 U.S.C. 1746

Clerk U.S. District Court Middle District of Pa

John J. Talaber Pa Dept of Corrction

Charles W Rubendall II Esq.

Dr. Mordechai Lahovirtiz M.D.

Lisa Smith

Ken Smith
c/o Personal Resident Mail
P.R. Box 23+25
York, Pa. 15200-6425

Office of the Clerk
United States District Court Mid Dist.
U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

17108+0983