Kim Smith
CT2162
P. O. Box 99901
Pgh., Pa. 15233

June 1, 2004

Office of the Clerk
Mary D'Andrea
United States District Court
Middle District of Pennsylvania
U.S. Post Office & Courthouse
Scranton, Pa 18501

In Re: Smith v Gillis et al   0817-01

Dear Ms:

Please be advised of the change of address for the plaintiff Kim Smith, from C/O Renewal Resident Mail P.O. Box 33475 Pgh. Pa. 15222-6475 to Kim Smith CT2162 P.O. Box 99901 Pgh, Pa. 15233.

This letter is the form of a petition and a request of a change of address.

Respectfully Submitted

Kim Smith

FILED
SCRANTON

JUN 07 2004

PER _____
DEPUTY CLERK

NAME _Kim Smith_
NUMBER _CT262_
P.O. BOX 99901
PITTSBURGH, PA 15233

Office of the Clerk
Mary D'Andrea
United States District Court
Middle District of Pennsylvania
U.S. Post Office & Courthouse
Scranton, Pa. 18501

INMATE MAIL - PA DEPT. OF CORRECTIONS