UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | ***FILED ELECTRONICALLY*** |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.:  01-0817 |
| | : | |
| vs. | : | |
| | : | (Caldwell, J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., ET AL., | : | |
| | : | (Mannion, M.J.) |
| Defendants. | : | |

## NOTICE OF APPEARANCE

**TO:   THE CLERK OF COURTS:**

**KINDLY NOTE THE APPEARANCE OF** of SAMUEL H. FOREMAN,

ESQUIRE, and the law firm of WEBER GALLAGHER SIMPSON STAPLETON

FIRES & NEWBY, LLP, for DEFENDANTS, WEXFORD HEALTH SOURCES,

INC, RONALD LONG, MD., S. CRAIG HOFFMAN and MELINDA BAKER,

P.A. regarding the above-captioned matter.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY:   /s/ Samuel H. Foreman
SAMUEL H. FOREMAN, ESQ.
sforeman@wglaw.com

PA77096

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP
Suite 1450
Two Gateway Center
603 Stanwix Street
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above NOTICE OF

APPEARANCE was served via U.S. mail, first class, postage prepaid, this 28th

day of July, 2004, addressed as follows:

Kim Smith
CT-2162
c/o Renewal Resident Mail
P.O. Box 23457
Pittsburgh, PA 15222-6475

John L. Talaber, Esquire
Laura J. Neal, Esquire
Department of Corrections
55 Utley Drive
Camp Hill, PA 17011

James D. Young, Esquire
Lavery, Faherty, Young & Patterson
225 Market Street, Suite 304
Harrisburg, PA 17101

_____/s/ Samuel H. Foreman_____
Samuel H. Foreman, Esq