Kim Smith CT-2162
P.O. Box 99901
Pgh.  Pa. 15233


Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Post Ofice & Courthouse
Scranton,    Pa. 18501

**FILED**
**SCRANTON**

AUG 1 0 2004

PER _____ Mg P.
DEPUTY CLERK


Dear Sir or Whom it may concern:


        In Re: Smith vs. Gilles Docket No. 01-cv-00817

        The reason for this letter is to once again advise your office of a
change of address, also to inquire about the status of the above listed case
as it I have not heard form the pro bono counsel and his decision if he will
take this case.  Since Mr. Talber had contacted my counselor or case manager
at Renewal regarding the court order to release information concerning the
Hep-C treatment, I feel this attorney had no reason to contact me about this
oissue sine the court was direct about what is to be released, and Mr. Talber
made a issue out of this to justify why he should not release these documents.

        Nonetheless I was terminated form the program shortly after Mr. Talber
spoke to staff at this center.  I was terminated form the center for 1 hour
and 20 minutes accountability, even though I provided signed documentation
of may whereabouts I was terminated which was a violation of my parole con-
dition 7 failure to complete a program, this was the only infraction of any
rules during my 92 day stay at this center.  I was under the impression thaT
staff at this center was to aid me in my adjustment back into society after
a long prison term, but they did not and what they did was hinder my ever
attempt to comply with the stipulation of my green sheet, and health care.

As it is while I did have a chance to seek health care for my Hep-C condiotion, after testing and a liver byoepy as it is at time of my termination of this liver treatment at SCI Coal my viral load went from 208,000 to over 11,000,000. After stopping treatment in 2001 and some 3 years later it showed that without the treatment my viral load went form over 11,000,000 to just 600,000 without the treatment and it appears to me that because of the manner in which I was treated at SCI Coal was the cause of injury sustained and the cause of my viral load reaching over 11,000,000. If my viral load drop from this amount to 600,000 show that the treatment that the Medical staff at this institution was giveing me and was the cause and reason for injury sustained, and for my present condition.

I was unable to start and or complete treratment at the liver diease center in the Kuffman Building in Oakland Pa, on 5 th ave. Becuase I was returned to my incarceration based on the abve listed reason and the abuse of staff and the false swearing of the facts.

For these reason I have inquired into the status of this case since I have not heard from the defendants counsel of the pro bono counsel of his decision to takle this case. I have provided the court with a change of address and I pray that they have informed all parties. Since I have been seperated from my property I do not have the addresses needed to contact all parties and could only find the address of the court.

I pray that I soon hear from your office.

Sincerely

Kim Smith

8-6-04

NAME [signature]
NUMBER CT-2162
P.O. BOX 99901
PITTSBURGH, PA 15233

RECEIVED
SCRANTON

AUG 11 2004

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

INMATE MAIL - PA DEPT. OF CORRECTIONS

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Post Office & Courthouse
Scranton, PA 18501

UNITED STATES POSTAGE
$ 00.37⁰
021A
000433865
MAILED FROM ZIP CODE 15233
AUG 06 2004