## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM SMITH, | : | NO.: l:CV01-0817 |
| Plaintiff | : | |
| | : | (Caldwell, J.) |
| vs. | : | |
| | : | (Mannion, M.J.) |
| WEXFORD HEALTH SOURCES, | : | |
| INC., et al., | : | JURY TRIAL DEMANDED |
| Defendants | : | |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance on behalf of Defendants, Wexford Health

Sources, Inc., Ronald Long, M.D., S. Craig Hoffman and Melinda Baker, P.A.,

only in the above-referenced matter.

Respectfully submitted,
Lavery, Faherty, Young & Patterson, P.C.


By:   S/ Robert G. Hanna, Jr.
         Robert G. Hanna, Jr., Esquire
         225 Market Street, Suite 304
         P.O. Box 1245
DATE:  August 16, 2004         Harrisburg, PA 17108-1245
         (717) 233-6633 (telephone)
         (717) 233-7003 (facsimile)
         Atty No. 17890
         rhanna@laverylaw.com
         Attys for Defendants, Wexford
         Health Sources, Inc., Ronald Long,
         M.D., S. Craig Hoffman and
         Melinda Baker, P.A.

## <u>CERTIFICATE OF SERVICE</u>

I, Cathleen A. Kohr, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 16th day of August, 2004, I served a true and correct copy of the foregoing **Withdrawal of Appearance**, as follows:

### <u>*Via U.S. First Class mail, postage prepaid*</u>:

Kim Smith
CT-2162
SCI-Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

Samuel Foreman, Esquire
Weber, Gallagher, Simpson, Stapleton
    Fires & Newby, LLP
2 Gateway Center, Suite 1450
603 Stanwix Street
Pittsburgh, PA  15222

***Via electronic filing:***

John Talaber, Esquire
Assistant Counsel
Pennsylvania Department of Corrections
Office of Chief Counsel
55 Utley Drive
Camp Hill, PA  17011


S/ Cathleen A. Kohr
Cathleen A. Kohr
Paralegal to Attorney Robert G. Hanna, Jr.


This document has also been electronically filed and is available for viewing and downloading from the ECF system.