Kim Smith CT-2162
1 Kelley Dr,
Coal Township Pa. 17266-1031

FILED
SCRANTON

AUG 30 2004

PER _____

DEPUTY CLERK

Aug 26, 2004

Mary D. Andrea
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Post Office & Courthouse
Scranton, Pa. 18501

Re: Kim Smith vs. Wexford Health Sources, Inc.
et al., Docket No. 1:CV01-0817

Dear Ms. De Andrea:

Please be advised of the change of address to the
above listed address, would you please advise all
parties of the change of address.

Also could you please inform me of the determination
of pro bono counsel.

Sincerely

Kim Smith