

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX  (717) 221-3959

September 1, 2004

**FILED**
HARRISBURG, P/

SEP 0 1 2004

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Kim Smith, Ct-2162
SCI-Coal Township
1 Kelly Drive
Coal Township, PA 17866-1021

Re:   Smith v. Giles
      No. 01-CV-0817

Dear Sir:

   This is in response to your inquiry about the status of your case. We have learned that a volunteer physician, recruited by the Pennsylvania Medical Society, has recently made a preliminary report on your case. However, there are additional questions about your condition and claim that must be answered. These questions are currently being posed to the physician and a prompt reply is hoped for.

                              Very truly yours,

                              Peter J. Welsh
                              Deputy-in-Charge