Kim Smith CT-2162
1 Kelley Dr.
Coal Township, Pa. 17866-1021

October 1, 2004

FILED
SCRANTON

SEP 27 2004

PER _____ DEPUTY CLERK

John Talaber, Esq.
Assistant Counsel
Pa. Dept. Of Correction
Office of Chief Counsel
55 Utley Dr.
Camp Hill, Pa. 17011

In Re:          Smith v. F. Gillis et al., 1 : CV01-0817

Dear Mr. Talaber:

    The reason for this letter is to inform you of a change of address, to the above listed address, as it is I feel you may have been the reason for my return, when you contacted Ms. Hill at the center based on a concept that you needed me to sign a release of information after the court directed you to release any and all information connected with my Hep. - C and its treatment. Since the court issued a order directing you of such you had no reason to contact me at the center or talk to its staff. Nonetheless I was returned for 1 hour and 20 minutes accountability, even though I had signed verification I was where I was to be, made no difference I was terminated form the program. After you spoke to Ms. Hill she also denied me gainful employment based on her alleged good conciseness. She stated that in her good conciseness she would not send me out for employment if an employer called based on my criminal history and her conciseness. Then Ms. Hill states a non-existent criterie for employment, and goes on to stop my home plan from the Housing Authority of the City of Pittsburgh base on a claim that I must turn over 2 pay check, if this

staff was denying me my ability to work how could she then expect me to turn over 2 pay check. A long as this staff was denying me employment she had no legal standing to make such a demand.

I still believe that you had no legal standing to contact this center when the court issued you an order directing you to release information of my Hep-C treatment. The court was certain of the information it requested, and your claim of other information was just one of your legal tactic to inflect pain and injury for me bring this civil action. I'm sure that your professional idealism is to make me look bad by any means. Understand that 1 hour and 20 minutes is not reason to place me in prison when the center had a disciplinary policy in place and the time and this being my only infraction of the rules in the 92 days that I was in the center. This still does not change the fact of the health care that I was provided for the Hep-C and the injury sustained to my liver from it. I had a byospy and was attempting to get this condition addressed while on the street threw a liver clinic, until it was stopped by my return, but they got enough information to support this claim.

I pray that you will supply me with any reply or motion filed in the court, regarding this matter at the above listed address.

In hopes to soon hear from your office.

Date: 10-1-04

Sincerely
Kirk [signature]

**PROOF OF SERVICE**

I Kim Smith certify that on or about October 2, 2004 I placed in institutional out going mail box an envelop containing petitioner letter requesting status of this case and change of address information to the below listed parties to be mailed first class. I certify the forgoing to be true and correct to the best of my knowledge and understanding, and subjected to the penalties provided for under 28 U.S.C. § 1746.

Office of the Clerk
United States District Court
Middle District of Pennsylvania

John Talaber Esq.
Dept. of Correction

Kim Smith

*/s/ Kim Smith*
Petitioner

Date: 10-2-04