AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

Kim Smith,

    Plaintiff,

        v.                 CASE NUMBER: 1:CV-01-817

George Weaver, Kathy Allen, Pat Yarger, Sharon Burks, Dr. Robyn Johns, Hazel Zimmerman, Wexford Health Services, Inc., Bureau of Health Care, Frank Gillis James Morgan, Ronald Long, Craig Hoffman, Harry Ersek, Gerald Whysong Angela Zimmerman, Melody Baker, Nancy Ambrose, Lynn Wolfgang, Mary Bernas, McLaughlin, Tim Jordon, John Learn, Kanbis Dascani, Voeckler, Wilma Sedwell, Edward Mason, Robert Glenny, Dr. Kort, Raymond Smith, John Dunn and Wendy Wright

    Defendants.

FILED
HARRISBURG, PA

SEP 29 2004

MARY E. D'ANDREA, CLERK
Per _____

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of Defendants, George Weaver, Kathy Allen, Pat Yarger, Sharon Burks, Dr. Robyn Johns, Hazel Zimmerman, Wexford Health Services, Inc., Bureau of Health Care, Frank Gillis, James Morgan, Ronald Long, Craig Hoffman, Harry Ersek, Gerald Whysong, Angela Zimmerman, Melody Baker, Nancy Ambrose, Lynn Wolfgang, Mary Bernas, McLaughlin, Tim Jordon, John Learn, Kandis Dascani, Voeckler, Wilma Sewell, Edward Mason, Robert Glenny, Dr. Kort, Raymond Smith, John Dunn and Wendy Wright against Plaintiff, Kim Smith.

Date: September 29, 2004                 Mary E. D'Andrea, Clerk of Court

                                                        (By) Jill Cardile, Deputy Clerk