```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KIM SMITH,                          :
          Plaintiff
                                    :

          vs.                       :   CIVIL NO. 1:CV-01-0817
                                            (Judge Caldwell)
                                    :
JAMES MORGAN, et al.,
          Defendants                :
```

O R D E R

AND NOW, this 29th day of October, 2004, it is ordered that plaintiff's motion (doc. 182) for court order, requesting that a treating physician submit his medical records to the court, is dismissed as moot since final judgment has been entered and the case is now on appeal.

                                     /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge