OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

<u>Middle (Harrisburg)</u>  District Court         Date  <u>11/03/04</u>
  (District)

<u>Smith v. Weaver</u>                               C. of A. Nos. <u>04-3984</u>
  (Caption)

<u>Kim Smith</u>
    (Appellant)

<u>01-cv-00817</u>
    (D.C. No.)

Enclosures:

<u>  11/03/04  </u>  Certified copy of C. of A. Order by the Court/**Clerk**
   (Date)

* _____  Record

* _____  Supplemental Record (First) (Second) (Third)

* _____  Exhibits

* _____  State Court Record

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not returned at this time until appeal(s) closed at No.(s) _____

_____  Please forward Record to this office.

_____  The certified copy of order issued as the mandate on _____
           is recalled.

                          <u>Carmella L. Wells</u>    (267)-299- <u>4928</u>
                           Deputy Clerk          Telephone Number

                        * _____     (267)-299- _____
                          Record Processor       Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)
Rev. 3/13/00
Appeals (Record)