

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

January 10, 2005

Samuel H. Foreman, Esq.
Laura J. Neal, Esq.
John J. Talabar, Esq.
Kim Smith

    Re: <u>Smith vs. Weaver, et. al.</u>
       Civil No. 1:01-CV-817 (Judge Caldwell)

Dear Counsel & Pro Se Plaintiff:

    The court has received notification from the Third Circuit Court of Appeals that the appeal filed in the above referenced case was dismissed on November 3, 2004.   Resolution of this appeal has prompted taxation of costs to occur.

    Any and all objections to the defendant's bill of costs should be filed with the Clerk on or before **January 18, 2005.**  Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

        Very truly yours,

        MARY E. D'ANDREA, CLERK


        <u>Roseanne M. Pucilowski</u>
        By:   s/Roseanne M. Pucilowski,
        Deputy Clerk