IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM SMITH** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 1: 01-CV-817 |
| : | (Judge Caldwell) |
| v. : | |
| : | |
| **GEORGE WEAVER, ET AL** : | |
| : | |
| Defendants : | |

**CLERK'S TAXATION OF COSTS**

March 25, 2005

Defendants filed a verified bill of costs in the amount of $321.90 for court reporter's charges for the plaintiff's deposition. This expense is clearly taxable under 28 U.S.C. § 1920 and the Local Rules of Court. The plaintiff's objections, including his contention that his status as an in forma pauperis litigant should relieve him from the burden of paying taxable costs, are without merit. See In re Paoli Railroad Yard PCB Litigation, 221 F.3d 449, 468 (3d Cir. 2000).

**THEREFORE, IT IS ORDERED THAT** costs are taxed against the plaintiff and in favor of the defendants in the amount of $321.90. Any party may appeal this decision to the court within five days of taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within five days. LR 54.3.

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk