# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM SMITH** | : |
| **Plaintiff** | : CIVIL ACTION NO. 1: 01-CV-817 |
| | : (Judge Caldwell) |
| v. | : |
| **GEORGE WEAVER, ET AL** | : |
| **Defendants** | : |

## JUDGMENT

Pursuant to the court's judgment entered September 29, 2004 and Federal Rule of Civil Procedure 54(d), costs are taxed against the plaintiff Kim Smith and in favor of the defendants George Weaver, et al in the amount of $321.90.

ATTEST:

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: March 25, 2005